UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TAMERA HICKMAN-WISE and JENNIFER
WISE, individually and on behalf of all others
similarly situated                          ,

Plaintiff(s),

v.

1LIFE HEALTHCARE, INC., D/B/A ONE
MEDICAL                                     ,

Defendant(s).

Case No. 3:26-cv-06142 RFL

**APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Israel David              , an active member in good standing of the bar of
Appellate Division of the Supreme Courtof the State of
New York, Second Judicial Department     , hereby respectfully apply for admission to practice pro hac
vice in the Northern District of California representing:     Tamera Hickman-Wise, Jennifer Wise
and the Proposed Class     in the
above-entitled action. My local co-counsel in this case is M. Anderson Berry              , an
attorney who is a member of the bar of this Court in good standing and who maintains an office
within the State of California.  Local co-counsel's bar number is: 262879              .

60 Broad Street, Suite 2900
New York, New York 10004
MY ADDRESS OF RECORD

(212) 350-8850
MY TELEPHONE # OF RECORD

israel.david@davidllc.com
MY EMAIL ADDRESS OF RECORD

333 University Avenue, Suite 200
Sacramento, California 95825
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(916) 823-6955
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

anderson@emeryreddy.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of
another State or the District of Columbia, as indicated above; my bar number is: 2829976         .

A true and correct copy of a certificate of good standing or equivalent official document
from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0        times in the 12 months
preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 24, 2026                    Israel David

APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Israel David              is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: July 30, 2026

Rita F. Lin

UNITED STATES DISTRICT JUDGE

United States District Court
Northern District of California

Updated 11/2021                              2