M. Anderson Berry (Bar No. 262879)
**EMERY REDDY, PC**
333 University Avenue, Suite 200
Sacramento, CA 95825
Telephone: (916) 823-6955
anderson@emeryreddy.com

Israel David (*pro hac vice* forthcoming)
**ISRAEL DAVID LLC**
60 Broad St., Suite 2900
New York, NY 10004
Telephone: (212) 350-8850
israel.david@davidllc.com

Thiago M. Coelho (SBN: 324715)
**WILSHIRE LAW FIRM, PLC**
660 S. Figueroa Street, Sky Lobby
Los Angeles, CA 90017
Telephone: (213) 381-9988
thiago.coelho@wilshirelawfirm.com

John J. Nelson (SBN: 317598)
**MILBERG, PLLC**
280 S. Beverly Drive-Penthouse
Beverly Hills, CA 90212
Telephone: (858) 209-6941
jnelson@milberg.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| TAMERA HICKMAN-WISE and JENNIFER WISE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>1LIFE HEALTHCARE, INC. dba ONE MEDICAL,<br><br>Defendant. | Case No. 3:26-cv-06142-RFL<br><br>**NOTICE OF MOTION AND MOTION FOR APPOINTMENT OF INTERIM CLASS COUNSEL; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT** |

MOTION FOR APPOINTMENT OF INTERIM CLASS COUNSEL

| | |
|---|---|
| JONATHAN RYAN BEST, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>1LIFE HEALTHCARE, INC., dba ONE MEDICAL, a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.: 3:26-cv-06145-PHK |
| JOANN WHITING, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br><br>1LIFE HEALTHCARE, INC., D/B/A ONE MEDICAL,<br><br>    Defendant. | Case No.: 3:26-cv-06161-LJC |
| AMANDA ASKINS, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>1LIFE HEALTHCARE, INC., D/B/A ONE MEDICAL,<br><br>    Defendant. | Case No.: 3:26-cv-06166-LB |
| SCOTT THURBER, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>1LIFE HEALTHCARE, INC. DBA ONE MEDICAL,<br><br>    Defendant. | Case No. 3:26-cv-06186-RFL |

MOTION FOR APPOINTMENT OF INTERIM CLASS COUNSEL

| | |
|---|---|
| MATTHEW ARDI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>1LIFE HEALTHCARE, INC., D/B/A ONE MEDICAL,<br><br>Defendant. | Case No. 3:26-cv-06189-RFL |
| PATRICIA McDOUGALL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>1LIFE HEALTHCARE INC., D/B/A ONE MEDICAL SENIOR HEALTH,<br><br>Defendant. | Case No. 3:26-cv-06278-RFL |
| DONNA SANDERS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>1LIFE HEALTHCARE, INC., D/B/A ONE MEDICAL,<br><br>Defendant. | Case No.: 3:26-cv-07053-RFL |

MOTION FOR APPOINTMENT OF INTERIM CLASS COUNSEL

## NOTICE OF MOTION AND MOTION

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on August 25, 2026, at 10:00 a.m., or as soon thereafter as the matter may be heard by the Honorable Rita F. Lin in Courtroom 4, 17th Floor of the above-entitled court located at 450 Golden Gate Avenue, San Francisco, CA 94102, or via Zoom platform as circumstances require, Plaintiffs Tamara Hickman-Wise, Jennifer Wise, Joann Whiting, Matthew Ardi, Jonathan Ryan Best, Amanda Askins, Patricia McDougall, Donna Sanders, and Scott Thurber (collectively, the "Moving Plaintiffs") will and hereby do move the Court for an order, pursuant to Federal Rule of Civil Procedure 23(g)(3), appointing Israel David of Israel David LLC, Thiago Coelho of Wilshire Law Firm, PLC, and John Nelson of Milberg, PLLC, as Interim Co-Lead Counsel; M. Anderson Berry of Emery Reddy, PC as Liaison Counsel; and an Executive Committee comprised of Amber Schubert of Schubert Jonckheer & Kolbe LLP, Raina Borrelli of Strauss Borrelli PLLC, Kristen Lake Cardoso of Kopelowitz Ostrow Ferguson Weiselberg Gilbert P.A., Gerald Wells of Lynch Carpenter LLP, and Melissa Meyer of Levi & Korsinsky, LLP (collectively, "Proposed Interim Class Counsel").

As set forth in the accompanying Memorandum in Support, Proposed Interim Class Counsel (i) have devoted considerable effort to organizing the litigation and identifying and investigating potential claims, (ii) have extensive experience handling complex class actions and data breach cases in particular, (iii) are knowledgeable of the applicable law, and (iv) have the resources to efficiently and effectively prosecute this case on behalf of the putative class members. Proposed Interim Class Counsel are committed to pursuing this action to a successful resolution for their clients and class members. Accordingly, Proposed Interim Class Counsel are well qualified and suited to lead this litigation.

This Motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, Exhibits A through I attached hereto, the Proposed Order, all documents on file in the above-referenced matter, the arguments presented by counsel at the requested hearing, and any other matter the Court may wish to consider.

MOTION FOR APPOINTMENT OF INTERIM CLASS COUNSEL

DATED: August 11, 2026                    [*signature page follows*]

By: */s/ M. Anderson Berry*
M. Anderson Berry (Bar No. 262879)
**EMERY REDDY, PC**
333 University Avenue, Suite 200
Sacramento, CA 95825
Telephone: (916) 823-6955
anderson@emeryreddy.com

Israel David (*pro hac vice* forthcoming)
**ISRAEL DAVID LLC**
60 Broad St., Suite 2900
New York, NY 10004
Telephone: (212) 350-8850
israel.david@davidllc.com

Thiago M. Coelho (SBN: 324715)
**WILSHIRE LAW FIRM, PLC**
660 S. Figueroa Street, Sky Lobby
Los Angeles, CA 90017
Telephone: (213) 381-9988
thiago.coelho@wilshirelawfirm.com

John J. Nelson (SBN: 317598)
**MILBERG, PLLC**
280 S. Beverly Drive-Penthouse
Beverly Hills, CA 90212
Telephone: (858) 209-6941
jnelson@milberg.com

Amber L. Schubert (SBN: 278696)
**SCHUBERT JONCKHEER & KOLBE LLP**
2001 Union St., Suite 200
San Francisco, California 94123
Telephone: (415) 788-4220
aschubert@sjk.law

Raina Borrelli
**STRAUSS BORRELLI PLLC**
980 N. Michigan Ave., Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
raina@straussborrelli.com

Kristen Lake Cardoso (SBN: 338762)
**KOPELOWITZ OSTROW, P.A.**
One West Las Olas Blvd., Ste. 500
Fort Lauderdale, FL 33301
Telephone: (954) 525-4100
cardoso@kolawyers.com

-2-

MOTION FOR APPOINTMENT OF INTERIM CLASS COUNSEL

Gerald D. Wells, III (SBN: 257496)
**LYNCH CARPENTER, LLP**
1760 Market Street, Suite 600
Philadelphia, PA 19103
Telephone: (267) 609-6910
jerry@lcllp.com

Melissa G. Meyer (*pro hac vice* forthcoming)
**Levi & Korsinsky, LLP**
33 Whitehall Street, 27th Floor
New York, NY 10004
Telephone: (212) 363-7500
mmeyer@zlk.com

*Attorneys for Plaintiffs and the Proposed Class*

-3-

MOTION FOR APPOINTMENT OF INTERIM CLASS COUNSEL

**STATEMENT OF ISSUE TO BE DECIDED**

Whether the Court should appoint Israel David of Israel David LLC, Thiago Coelho of Wilshire Law Firm, PLC, and John Nelson of Milberg, PLLC as Interim Co-Lead Counsel; M. Anderson Berry of Emery Reddy, PC as Liaison Counsel; and an Executive Committee comprised of Amber Schubert of Schubert Jonckheer & Kolbe LLP, Raina Borrelli of Strauss Borrelli PLLC, Kristen Cardoso of Kopelowitz Ostrow Ferguson Weiselberg Gilbert P.A., Gerald Wells of Lynch Carpenter LLP, and Melissa Meyer of Levi & Korsinsky, LLP (collectively, "Proposed Interim Class Counsel").

**MEMORANDUM OF POINTS AND AUTHORITIES**

## I.    INTRODUCTION

The Moving Plaintiffs, who collectively filed the eight related class actions at issue in this motion, jointly move for the appointment of Proposed Interim Class Counsel. Their proposed team possesses the substantive experience necessary to effectively and efficiently lead this data breach class action against Defendant 1Life Healthcare, Inc., d/b/a One Medical ("One Medical").

## II.    BACKGROUND

This action stems from One Medical's alleged failure to implement reasonable cybersecurity controls to protect the personally identifiable information and protected healthcare information of current and former One Medical patients. As alleged, on or about June 18, 2026, data extortion criminal gang ShinyHunters publicly claimed responsibility for a cyberattack against One Medical (the "ShinyHunters Data Breach"). ¶ 2.[1] Just days earlier, on or about June 13, 2026—as One Medical expressly acknowledged on June 17, 2026—One Medical experienced a cyberattack impacting a third-party file storage system holding archived information relating to patients of its One Medical Senior Health, f/k/a Iora Health division (the "Iora Data Breach," and together with the ShinyHunters Data Breach, the "Data Breach"). ¶ 3. One Medical has not specified whether the Iora Data Breach is connected to or part of the broader ShinyHunters Data

---

[1] "¶" references are to the Class Action Complaint and Demand for Jury Trial filed in *Tamara Hickman-Wise and Jennifer Wise v. 1Life Healthcare, Inc., d/b/a One Medical*, No. 3:26-cv-06142.

MOTION FOR APPOINTMENT OF INTERIM CLASS COUNSEL

Breach. *Id.* Defendant One Medical is an Amazon-owned healthcare network serving more than 830,000 patients across over two hundred clinics and other locations in the United States. ¶ 5.

The eight related cases were filed in June and July 2026. The *Hickman-Wise* plaintiffs, represented by Israel David LLC and Emery Reddy, PC, filed the first case against One Medical on June 19, 2026. *See Hickman-Wise et al. v. 1Life Healthcare, Inc.* (No. 3:26-cv-06142-RFL). Thereafter the plaintiffs in the *Best*, *Thurber*, *Whiting*, *Ardi*, *Askins*, *McDougall*, and *Sanders* cases filed their actions, as follows:

1) *Best v. 1Life Healthcare, Inc. d/b/a One Medical*, No. 3:26-cv-06145-RFL (No. 4:26-cv-06145-LB)(filed June 19, 2026;

2) *Thurber v. 1Life Healthcare, Inc. d/b/a One Medical*, No. 3:26-cv-06186-RFL (filed June 22, 2026);

3) *Whiting v. 1Life Healthcare, Inc. d/b/a One Medical*, No. 3:26-cv-06161-RFL (filed June 22, 2026);

4) *Ardi v. 1Life Healthcare, Inc. d/b/a One Medical*, No. 3:26-cv-06189-RFL (filed June 22, 2026);

5) *Askins v. 1Life Healthcare, Inc. d/b/a One Medical*, No. 3:26-cv-06166-RFL (filed June 22, 2026);

6) *McDougall v. 1Life Healthcare, Inc. d/b/a One Medical*, No. 3:26-cv-06278-RFL (filed June 23, 2026); and

7) *Sanders v. 1Life Healthcare, Inc. d/b/a One Medical*, No. 3:26-cv-07053-RFL (filed July 10, 2026).

III.    ARGUMENT

A.      The Court Should Appoint Proposed Interim Class Counsel

Federal Rule of Civil Procedure 23(g)(3) authorizes courts to "designate interim counsel to act on behalf of a putative class before determining whether to certify the action as a class action." In evaluating motions for appointment, courts consider the following factors: (i) the work counsel has done in identifying or investigating potential claims in the action; (ii) counsel's experience in handling class actions, other complex litigation, and claims of the type asserted

in the action; (iii) counsel's knowledge of the applicable law; and (iv) the resources counsel will commit to representing the class. Fed. R. Civ. P. 23(g)(1)(A).

The Court also "may consider any other matter pertinent to counsel's ability to fairly and adequately represent the interests of the class." Fed. R. Civ. P. 23(g)(1)(B). For example, courts in this district consider counsel's willingness to work cooperatively with others, *see In re Lenovo Adware Litig.*, No. 15-md-02624, 2015 WL 10890657, at \*1 (N.D. Cal. July 27, 2015), and the diversity of the proposed interim leadership group, *see In re Robinhood Outage Litig.*, No. 20-cv-01626-JD, 2020 WL 7330596, at \*2 (N.D. Cal. July 14, 2020). Each of the Rule 23(g) factors supports appointing Proposed Interim Class Counsel.

### 1. Proposed Interim Class Counsel Performed Substantial Work Investigating This Action

Proposed Interim Class Counsel have thoroughly investigated the available facts, despite One Medical revealing scant details of the breach. After filing their complaints, Proposed Interim Class Counsel filed an administrative motion to consider whether the other One Medical cases should be related to *Hickman-Wise*. ECF No. 8. That motion was granted. ECF No. 9.

### 2. Proposed Interim Class Counsel Bring a Wealth of Experience Litigating Complex Data Breach Class Actions

Proposed Interim Class Counsel have extensive experience leading consumer protection and data breach cases and have achieved significant relief for their clients and class members. The attorneys' and their firms' credentials and relevant experience are detailed in the accompanying firm resumes (Exhibits A through I); the following is a summary of the relevant experience of proposed interim co-lead counsel and liaison counsel:

#### a. Israel David of Israel David LLC

Israel David LLC is a diverse and growing litigation boutique formed in 2022 by Israel David. Immediately prior to forming the firm, Mr. David spent 26 years in the Litigation Department of the elite international law firm Fried, Frank, Harris, Shriver & Jacobson LLP, including 17 years as a prominent partner at that firm. Mr. David has earned a national reputation for successfully leading and co-leading the representation of prominent defendants in some of the

MOTION FOR APPOINTMENT OF INTERIM CLASS COUNSEL

most high-profile securities and shareholder class action lawsuits nationwide in the last quarter-century. Among numerous other class action lawsuits, these include:

- Leading the representation of the President of Lehman Brothers in numerous lawsuits nationwide – including the consolidated class action securities litigation in the Southern District of New York – arising out of the collapse of Lehman Brothers, likely the largest corporate financial collapse in U.S. history.

- Co-leading the representation of Wells Fargo & Company, its predecessor Wachovia Corporation, and Wachovia's senior-most officers and directors in the consolidated class action securities litigation in the Southern District of New York arising out of the financial collapse of Wachovia. The lawsuit (with alleged losses of approximately $109 billion) is one of the largest class action securities fraud lawsuits in U.S. history to have obtained a complete dismissal.

- Co-leading the representation of all the underwriters of the General Motors Company 2010 IPO – the then-largest IPO in U.S. history – in a class action securities litigation in the Southern District of New York.

- Co-leading the representation of eight globally leading banks in a class action securities litigation in the Southern District of New York involving the issuance of approximately $26 billion of Residential Mortgage-Backed Securities.

More recently, federal courts from California to New York have appointed Mr. David to leadership positions in high-profile data privacy and antitrust class action lawsuits, including:

- In January 2023, the Honorable Judge Ann M. Donnelly of the Eastern District of New York appointed Israel David as Interim Co-Lead Class Counsel in the high-profile antitrust class action lawsuit challenging the so-called Northeast Alliance entered into by American Airlines and JetBlue Airlines. *In re American Airlines/JetBlue Antitrust Litigation* (22-cv-07374-AMD-TAM).

- In July 2023, the Honorable Judge Kandis A. Westmore of the Northern District of California appointed Israel David as Interim Co-Lead Class Counsel in a data privacy class action lawsuit involving a data breach that compromised the private data of over 200 million Twitter users. *Gerber v. Twitter, Inc.* (23-cv-00186-KAW).

- In July 2023, the Honorable Judge Katherine Polk Failla of the Southern District of New York appointed Israel David as Interim Lead Class Counsel in a data privacy class action lawsuit involving a data security incident at The Metropolitan Opera in New York City. *Tuteur v. Metropolitan Opera Association, Inc.* (23-cv-03997-GS).

- In March 2024, the Honorable Judge Rebecca R. Pallmeyer of the Northern District of Illinois appointed Israel David to the Plaintiffs' Steering Committee in a data privacy class action lawsuit arising out of allegations that TikTok illicitly

MOTION FOR APPOINTMENT OF INTERIM CLASS COUNSEL

spied on users of the TikTok app whilst using the app's in-app web browser. *In re TikTok Consumer Privacy Litigation* (Case No. MDL 2948-A).

- In June 2024, the Honorable Judge Rachel P. Kovner of the Eastern District of New York appointed Israel David as Liaison Counsel in a multidistrict class action lawsuit involving a data breach that compromised private health information of 13 million victims. *In re Perry Johnson & Associates Medical Transcription Data Security Breach Litigation* (Case No. 1:24-md-3096-RPK-LGD).

### b.    Thiago Coelho of Wilshire Law Firm, PLC

Mr. Coelho is a Partner at Wilshire Law Firm, PLC and Chair of the firm's Consumer and Data Privacy Class Action Departments. Coelho received a 2024 California Lawyer Attorneys of the Year ("CLAY") award from the Daily Journal and has been recognized by Best Lawyers in America: Ones to Watch, Super Lawyers, and the National Trial Lawyers as a Top 40 Under 40 Civil Plaintiff Lawyer, Top 25 Class Action Attorney, and Top 10 Data Privacy Attorney. His practice focuses on data breach, privacy, cybersecurity, and other complex consumer class actions. Mr. Coelho has significant experience litigating data breach class actions similar in nature to the actions here. Representative matters include: lead counsel in *Moore v. Centrelake Medical Group* (2022) 83 Cal.App.5th 515, a California published data breach class action decision in which the Court of Appeal reversed the trial court's judgment finding damages for the data breach; appellate lead counsel on *Bland v. Urology of Greater Atlanta, LLC*, , 377 Ga. App. 177 (2025), a Georgia published data breach decision in which the Court of Appeals reversed dismissal and reinstated claims for negligence, breach of implied contract, breach of the implied covenant of good faith and fair dealing, and injunctive relief; *Freeman v. 3Commas Technologies OÜ*, No. 24-6158 (9th Cir. Mar. 2, 2026) (Appellate lead counsel on a decision reversing the dismissal of an AI platform data breach involving cryptocurrency for lack of personal jurisdiction); *Mier v. CVS Health*, No. 22-55665 (9th Cir. 2023) (interlocutory review and vacatur of the denial of class certification); *Head, et al. v. Regal Medical Group, Inc., et al.*, No. 23STCV02939 (Los Angeles Cnty. Super. Ct.) ($49.995 million data breach settlement); *In re MOVEit Customer Data Sec. Breach*, No. 1:23-md-03083 (D. Mass.) (appointed to the leadership in data breach affecting over 90 million consumers and involving over 200 defendants); *In re MCG Health Data Security Issue Litigation*,

MOTION FOR APPOINTMENT OF INTERIM CLASS COUNSEL

No. 2:22-cv-00849-RSM-DWC (W.D. Wash.) (as co-lead Counsel, $8.8 million common fund for data breach); *Serrano, et al. v. Inmediata Corp., et al.*, No. 3:19-cv-01811 (D.P.R), (appointed Class Counsel); *Schumacher, et al. v. Bank of Hope*, No. 18STCV02066 (Los Angeles Super. Ct.) (lead counsel for data breach class action that settled for $13.3 million); *Price v. First Financial Security, Inc.*, Case No. 2:24-cv-10985(C.D. Cal.) (appointed lead counsel to the data breach case); *Mendoza v. Crystal Bay Casino, LLC* (D. Nev.) No. 3:23-cv-00092-MMD-CLB (appointed co-lead counsel); *In Re Wright & Filippis, LLC Data Security Breach Litigation*, (E.D. Mich.) No. 2:22-cv-12908-SFC-EAS (co-lead counsel, settled at $2.9 million); and *Lowrey, et al. v. Community Psychiatry Management* (Los Angeles County Sup. Ct.) No. 24STCV30135, (co-lead counsel, settled for $3.5 million).

In addition to his litigation experience, Coelho is a Certified Ethical Hacker, providing him with technical knowledge directly relevant to data-security litigation. He serves on the Consumer Attorneys of California's Data Breach Committee, where he reviews and comments on proposed legislation concerning privacy, cybersecurity, and artificial intelligence. He is also Vice President of the Los Angeles County Bar Association's Privacy and Cybersecurity Section and serves on LACBA's Board of Trustees. He is also among the few attorneys to have tried a certified class action to verdict and obtained a favorable result for the class. In addition to his qualifications, Wilshire Law Firm has over 100 lawyers, and more than 400 employees, and will devote the necessary resources to fully litigate this action.

### c.    John Nelson of Milberg, PLLC

Mr. Nelson is licensed to practice law in California since 2017. In addition to being admitted to the State of California, he is admitted to practice in the Southern District of California, the Central District of California, the Northern District of California, and the Eastern District of California. As an attorney with Milberg, he specializes in consumer protection, data breach, cybersecurity, and privacy class action and complex litigation on behalf of plaintiffs.

Mr. Nelson has been appointed and served as class counsel in both state and federal data breach and data privacy class actions, including: *In re Community Clinic of Maui Data Breach*

-6-
MOTION FOR APPOINTMENT OF INTERIM CLASS COUNSEL

*Litigation,* No. 1:24-cv-00431 (D. HI) (appointed co-lead counsel); *In Re: SAG-AFTRA Health Plan Data Security Litigation*, No. 2:24-cv-10503 (C.D. Cal.) (appointed co-lead counsel); *Feathers v. On Q Financial LLC*, 2:24-cv-00811 (D. Ariz.) (appointed co-lead counsel); *Anderson v. Oak View Group, LLC*, No. 2:24- cv-00719 (C.D. Cal.) (appointed co-lead counsel); *Puller-Soto v. UNITE HERE*, No. 1:24-cv-01565 (S.D.N.Y.) (appointed co-lead counsel); *Kohn et al. v. Loren D. Stark Company, Inc.*, Case No. 4:23-cv-03035 (S.D. Tex.) (appointed co-lead counsel); *In Re: Houser Data Breach Litigation*, No. 8:24-cv-00468 (C.D. Cal.) (appointed co-lead counsel); *In Re: Ethos Technologies Inc. Data Breach Litigation*, No. 3:22-cv-09203-SK (N.D. Cal.) (appointed co-lead counsel); *In Re F21 Opco, LLC Data Breach Litigation*, Case No. 2:23-CV-07390 (C.D. Cal.) (appointed co-lead counsel); *Garges v. Liberty Partners Financial Services, LLC*, No. 22CV01190 (Cal. Sup. Ct. for Santa Cruz Cty.) (final approval granted February 10, 2024); *Khederlarian et al. v. Utility Trailer Manufacturing Co.*, No. 22STCV30604 (Cal. Sup. Ct. for Los Angeles Cty.) (final approval granted November 1, 2023); *Michael Wilson v. Maxim Healthcare Services, Inc.*, No. 37-2022-00046497-CU-MC-CTL (Cal. Super. Ct. for San Diego Cty.) (final approval granted July 28, 2023); *Franchi, et al. v. Barlow Respiratory Hospital*, No. 22STCV09016 (Cal. Sup. Ct. for Los Angeles Cty.) (final approval granted July 12, 2024); and *Bustos v. Riverside Medical Clinic*, No CVRI2203466 (Cal. Sup. Ct. for Riverside Cty.) (final approval granted August 23, 2024).

Mr. Nelson was appointed to the Plaintiffs' Steering Committee in the recent 60-million-person data breach litigation captioned *In Re: Powerschool Holdings, Inc., and Powerschool Group, LLC Customer Data Security Breach Litigation*, Case No.: 25-md-3149-BEN-MSB. Mr. Nelson has also previously been appointed to the Plaintiffs' Steering Committee in *Cheng et al v. Toyota Motor Corporation, et al*, a nationwide class action involving defective fuel pumps which resulted in a 330-million-dollar nationwide settlement. Case No. 1:20-CV-00629 (E.D.N.Y.) (final approval granted December 21, 2022). Mr. Nelson has also been appointed to the Executive Committee in *In re Seresto Flea and Tick Collar Marketing, Sales Practices and Product Liability Litigation*, MDL No. 3009, Master Docket Case No. 1:21-cv-04447 (N.D. Ill.).

MOTION FOR APPOINTMENT OF INTERIM CLASS COUNSEL

In addition to his personal qualifications, he brings the support and resources of Milberg to this case on behalf of the putative class. Milberg has served as Lead Counsel, Co-Counsel, or Class Counsel on hundreds of complicated and complex class actions. Since Milberg's founding in 1965, it has repeatedly taken the lead in landmark cases that have set groundbreaking legal precedents, prompted changes in corporate governance, and recovered over $50 billion in verdicts and settlements.[2] Milberg has been instrumental in obtaining precedent setting decisions at every level, including at the U.S. Supreme Court.[3] The firm pioneered federal class action litigation and is widely recognized as a leader in defending the rights of victims of corporate and other large-scale wrongdoing. Milberg has more than 100 attorneys and has offices across the U.S. and the European Union.

### d.      M. Anderson Berry of Emery Reddy PC

Mr. Berry is the head of the Complex Litigation and Privacy Rights Department, and a Partner at Emery Reddy, PC ("Emery Reddy"), with an extensive background in privacy and consumer/government fraud litigation. Before joining Emery Reddy, Mr. Berry spent eight years leading the Complex Litigation department at Clayeo C. Arnold, APC. Before then, Mr. Berry worked as an Assistant United States Attorney for the Eastern District of California. As part of the Affirmative Civil Enforcement unit, Mr. Berry handled a wide variety of complex cases, recovering millions of dollars for the United States. While working as an Assistant United States Attorney, Mr. Berry worked with diverse Federal and State agencies, including the Federal Bureau of Investigation and the California Attorney General's office. Before working for the Department of Justice, Mr. Berry practiced at Jones Day, one of the world's largest law firms, where he represented clients in international arbitration and complex commercial litigation, including defending against class action allegations.

---

[2] *See, e.g., In re Tyco Int'l Ltd., Securities Litig.*, MDL 1335 (D. N.H.) (serving as lead counsel and obtaining approval of $3.2 billion settlement); *In re Prudential Ins. Co. Sales Practice Litig.*, No. 95-4704 (D. N.J.) (serving as lead counsel and recovering more than $4 billion for policyholders); *see also* https://milberg.com/outstanding-recoveries/.

[3] *See* https://milberg.com/precedent-setting-decisions/page/3/.

MOTION FOR APPOINTMENT OF INTERIM CLASS COUNSEL

Mr. Berry has handled more than one hundred class action cases across the country involving data breaches and other privacy matters, including the following active matters where he has a leadership position: *In re: Sequoia Benefits and Insurance Data Breach Litig.*, No. 3:22-cv-08217-RFL (N.D. Cal.) (Executive Comm.) (recent data breach class action with Judge Lin); *Swan v. North American Breaker Company, LLC*, Case No. 2:25-cv-02002-HDV-KES (C.D. Cal.) (co-lead counsel); *Margul v. Evolve Bank & Trust*, Case No. 1:24-cv-03259-DDD (D. Co.) (co-lead counsel); *Pace v. Omni Family Health*, Case No. 1:24-cv-01277-JLT (E.D. Cal.) (co-lead counsel); *In re Avis Rent A Car System, LLC Security Incident Litigation*, Case No. 2:24-cv-09243-JXN (D. N.J.) (co-lead counsel); *Kersey v. Therapeutic Health Services*, Case No. 24-2-17679-9 (Wash. Super., King Cty) (lead counsel); *Cordell v. Patelco Credit Union*, Case No. 24CV082095 (Sup. Crt. Of CA, Alameda) (co-lead counsel); *In re: Panera Data Security Litigation*, Case No. 4:24-cv-847-HEA (E.D. Mo.) (co-lead counsel); *Burgin et al. v. Housing Authority of the City of Los Angeles*, No. 23STCV06494 (Super. Ct. of CA, Los Angeles) (Co-Lead Counsel); *In re: Signature Performance Data Breach Litig.*, No. 8:24-cv-00230-BBCB-MDN (D. Neb.)(Co-Lead Counsel); *In Re: Eureka Casino Breach Litig.*, No. 2:23-cv-00276-CDS-DJA (D. Nev.) (Co-Lead Counsel); *In re: Sequoia Benefits and Insurance Data Breach Litig.*, No. 3:22-cv-08217-RFL (N.D. Cal.) (Executive Comm.); *Smith v. Apria Healthcare*, LLC, No. 1:23-cv-01003-JPH-KMB (S.D. Ind.) (Executive Comm.); *In Re: Proliance Surgeons Data Breach Litig.*, No. 23-2-23579-7 SEA (Wash Super., King) (Executive Comm.); *In re Lakeview Loan Servicing Data Breach Litigation*, Case No. 1:22-cv-20955-DPG (S.D. Fla.) (Executive Comm.); *In re Landmark Admin LLC Data Incident Litigation*, Case No. 6:24-cv-082-H (N.D. Tx.) (Executive Comm.); Garcia v. Set Forth, Inc., Case No. 24-CV-11688 (N.D. Ill.) (Executive Comm.); *In Re Powerschool Holdings, Inc. and Powerschool Group, LLC Customer Security Breach Litig.*, Case No. 25-md-3149-BEN-MSB (S.D. Cal.) (Executive Comm.).

///

///

MOTION FOR APPOINTMENT OF INTERIM CLASS COUNSEL

### 3. Proposed Interim Class Counsel Satisfy Each of the Rule 23(g) Factors

As the foregoing biographies and attached resumes make clear, each of the Proposed Interim Class Counsel have the requisite knowledge of the facts and law necessary to successfully handle this matter. They also are backed by firms with the financial and human resources necessary to lead this litigation. Their firms routinely advance litigation costs and can dedicate substantial resources to the case without taking any third-party litigation funding.

The Court also should appoint leadership that has already demonstrated the ability to build consensus and work cooperatively and cohesively. Here, Proposed Interim Class Counsel have proven their ability to work efficiently and cooperatively with other counsel, including by developing the inclusive proposed leadership structure reflected herein, which has the unanimous support of all plaintiffs in the related actions.

Finally, Proposed Interim Class Counsel reflect significant gender diversity, including four female attorneys.

### 4. The Proposed Executive Committee Is Appropriate and Will Promote Efficient Prosecution

Courts in this District routinely approve similar leadership structures with an Exectuive Committee as proposed here. *See*, *e.g.*, *In re PayPal Honey Browser Extension Litig.*, No. 5:24-cv-09470 (N.D. Cal. May 25, 2025), ECF No. 131 (appointing three firms as interim co-lead class counsel and forming an executive committee); *Doe v. GoodRx Holdings, Inc.*, 2023 WL 4384446, at *1 (N.D. Cal. July 7, 2023) (appointing interim co-lead class counsel, liaison counsel, and executive committee in data privacy case); *In re Future Motion, Inc. Prods. Liab. Litig.*, No. 5-23-md-3087 (N.D. Cal. Mar. 13, 2024), ECF No. 98 at 1–2 (appointing two co-lead counsel and a nine-firm executive committee); *In re Apple Inc. Device Performance Litig.*, 2018 WL 11360203, at *2–3 (N.D. Cal. May 15, 2018) (appointing two co-leads and an executive committee with 37 attorneys).

As in those cases, the proposed Executive Committee is warranted here. Eight related actions have been filed, the pleadings concern potentially distinct cyberattacks, and the claims involve

MOTION FOR APPOINTMENT OF INTERIM CLASS COUNSEL

sensitive medical and identity information maintained in different systems. The litigation therefore will require coordinated, case-specific workstreams, including: (1) vetting and coordinating Plaintiffs for inclusion in any consolidated complaint, responding to Defendant's discovery requests, and preparing Plaintiffs for and defending their depositions; (2) negotiating discovery protocols, drafting written discovery, reviewing documents, and taking depositions; (3) coordinating expert work, including expert discovery and *Daubert* briefing; and (4) conducting legal research and motion practice.

Interim Co-Lead Counsel will direct, assign, and supervise all such work. Executive Committee members will perform only assigned tasks, and Interim Co-Lead Counsel will ensure that work is not duplicated and that any time submitted is authorized and nonduplicative. This task-based structure parallels the structure recently approved in *In re PayPal Honey Browser Extension Litigation*, No. 5:24-cv-09470, ECF No. 131 (N.D. Cal. Mar. 25, 2025). The proposed structure thus provides the personnel and complementary experience needed for this technically complex healthcare-data case while preserving centralized decision-making, efficiency, and accountability under Rule 23(g).

## IV.    CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request that the Court appoint Israel David, Thiago Coelho, and John Nelson as Interim Co-Lead Counsel; M. Anderson Berry as Liaison Counsel; and Amber Schubert, Raina Borrelli, Kristen Cardoso, Gerald Wells, and Melissa Meyer as members of the Executive Committee pursuant to Federal Rule of Civil Procedure 23(g)(3).

DATED: August 11, 2026

By: */s/ M. Anderson Berry*
M. Anderson Berry (Bar No. 262879)
**EMERY REDDY, PC**
333 University Avenue, Suite 200
Sacramento, CA 95825
Telephone: (916) 823-6955
anderson@emeryreddy.com

Israel David (*pro hac vice* forthcoming)
**ISRAEL DAVID LLC**

-11-

MOTION FOR APPOINTMENT OF INTERIM CLASS COUNSEL

60 Broad St., Suite 2900
New York, NY 10004
Telephone: (212) 350-8850
israel.david@davidllc.com

Thiago M. Coelho (SBN: 324715)
**WILSHIRE LAW FIRM, PLC**
660 S. Figueroa Street, Sky Lobby
Los Angeles, CA 90017
Telephone: (213) 381-9988
thiago.coelho@wilshirelawfirm.com

John J. Nelson (SBN: 317598)
**MILBERG, PLLC**
280 S. Beverly Drive-Penthouse
Beverly Hills, CA 90212
Telephone: (858) 209-6941
jnelson@milberg.com

Amber L. Schubert (SBN: 278696)
**SCHUBERT JONCKHEER & KOLBE LLP**
2001 Union St., Suite 200
San Francisco, California 94123
Telephone: (415) 788-4220
aschubert@sjk.law

Raina Borrelli
**STRAUSS BORRELLI PLLC**
980 N. Michigan Ave., Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
raina@straussborrelli.com

Kristen Lake Cardoso (SBN: 338762)
**KOPELOWITZ OSTROW, P.A.**
One West Las Olas Blvd., Ste. 500
Fort Lauderdale, FL 33301
Telephone: (954) 525-4100
cardoso@kolawyers.com

Gerald D. Wells, III (SBN: 257496)
**LYNCH CARPENTER, LLP**
1760 Market Street, Suite 600
Philadelphia, PA 19103
Telephone: (267) 609-6910
jerry@lcllp.com

Melissa G. Meyer (*pro hac vice* forthcoming)
**Levi & Korsinsky, LLP**
33 Whitehall Street, 27th Floor
New York, NY 10004
Telephone: (212) 363-7500
mmeyer@zlk.com

-12-

MOTION FOR APPOINTMENT OF INTERIM CLASS COUNSEL

*Attorneys for Plaintiffs and the Proposed Class*

MOTION FOR APPOINTMENT OF INTERIM CLASS COUNSEL