# Exhibit A



T 212.350.8850
W davidllc.com

60 Broad Street, Suite 2900
New York, NY 10004

## FIRM RESUME OF ISRAEL DAVID LLC

Established in 2022, Israel David LLC is a growing and diverse high-end litigation boutique focused exclusively on class action lawsuits and complex commercial litigation in federal and state courts throughout the United States.

Israel David LLC is comprised of seasoned litigators with extensive experience in antitrust class actions, online and data privacy class actions, securities and shareholder litigation, and complex commercial litigation. Israel David LLC has its offices in New York City and Boston.

Our principal partners have over 50 years of combined experience in litigating high-stakes class action lawsuits at some of the most prestigious law firms in the world, including over 20 years combined experience as prominent partners at those firms.

In January 2023, the Honorable Judge Ann M. Donnelly of the United States District Court for the Eastern District of New York appointed Israel David as Interim Co-Lead Class Counsel in the high-profile antitrust class action lawsuit challenging the so-called Northeast Alliance entered into by American Airlines and JetBlue Airlines. *In re American Airlines/JetBlue Antitrust Litigation* (22-cv-07374-AMD-TAM).

In the securities and shareholder litigation arena, Israel David LLC offers broad and deep experience. Our founding partner has earned national acclaim for successfully leading or co-leading the defense of some of the largest and most high-profile securities and shareholder lawsuits in U.S. history.

Israel David LLC's attorneys also have a deep reservoir of litigation experience prosecuting class action lawsuits arising out of abusive online and data privacy practices.

In July 2023, the Honorable Judge Kandis A. Westmore of the United States District Court for the Northern District of California appointed Israel David as Interim Co-Lead Class Counsel in a data privacy class action lawsuit involving a data breach that compromised the private data of over 200 million Twitter users. *Gerber v. Twitter, Inc.* (23-cv-00186-KAW).

In July 2023, the Honorable Judge Katherine Polk Failla of the United States District Court for the Southern District of New York appointed Israel David as Interim Lead Class Counsel in a data privacy class action lawsuit involving a data security incident at The Metropolitan Opera in New York City. *Tuteur v. Metropolitan Opera Association, Inc.* (23-cv-03997-GS).

In July 2023, the Honorable Judge Araceli Martinez-Olguin of the United States District Court for the Northern District of California appointed Israel David to the Plaintiffs' Executive Committee in a data privacy class action lawsuit arising out of the illicit sharing with Google and Facebook of sensitive private health information of unsuspecting consumers by an online healthcare provider.  *Doe v. GoodRx Holdings, Inc, et al.* (23-cv-00501-AMO).

In March 2024, the Honorable Judge Rebecca R. Pallmeyer of the United States District Court for the Northern District of Illinois appointed Israel David to the Plaintiffs' Steering Committee in a data privacy class action lawsuit arising out of allegations that TikTok illicitly spied on users of the TikTok app whilst using the app's in-app web browser to access third party websites.  *In re TikTok Consumer Privacy Litigation* (Case No. MDL 2948-A).

In June 2024, the Honorable Judge Rachel P. Kovner of the United States District Court for the Eastern District of New York appointed Israel David as Liaison Counsel in a multidistrict (MDL) class action lawsuit involving a data breach that compromised the private health information of approximately 15 million victims.  *In re Perry Johnson & Associates Medical Transcription Data Security Breach Litigation* (Case No. 1:24-md-3096-RPK-LGD).

## ADAM HARRIS – MANAGING PARTNER

Adam Harris has nearly 20 years of experience in representing companies, financial institutions, boards of directors, senior management, and other sophisticated clients in a broad array of commercial and corporate disputes – with an emphasis on representing plaintiffs and defendants in securities class actions, shareholder derivative lawsuits, complex business litigation, and corporate governance disputes.  He has successfully litigated numerous high-stakes lawsuits at the trial court and appellate levels in federal and state courts throughout the United States, and in domestic and international arbitration proceedings.  Mr. Harris has earned national acclaim as a dynamic courtroom advocate and a thoughtful, creative strategist.  Mr. Harris is frequently sought out for his deep experience and thought leadership in complex commercial litigation, securities litigation and class action litigation.  Mr. Harris is a prolific author and commentator on litigation issues.

Prior to joining Israel David LLC as Managing Partner, Mr. Harris was a partner from 2019 to 2023 at the elite international law firm Ropes & Gray LLP and was an associate and then counsel at that firm from 2016 to 2019.  Previously, Mr. Harris was an associate at the elite international law firm Fried, Frank, Harris, Shriver & Jacobson LLP from 2007 through 2015.

## ISRAEL DAVID – PARTNER

Israel David has nearly 30 years of experience in representing litigants in a wide array of corporate and commercial disputes, with an emphasis on securities and shareholder class actions, derivative lawsuits, antitrust class actions, privacy class actions, along with other complex business disputes. He has litigated numerous "bet-the-company" cases at the trial court and appellate levels in federal and state courts throughout the U.S., and in domestic and international arbitration proceedings.

Mr. David has earned national acclaim for having successfully represented clients in some of the largest and most high-profile securities and shareholder lawsuits in the last quarter century.

Among numerous other class action lawsuits nationwide, these include:

- Leading the representation of the President of Lehman Brothers in numerous lawsuits nationwide – including the consolidated class action securities lawsuit in the Southern District of New York – arising out of the collapse of Lehman Brothers, likely the largest corporate financial collapse in U.S. history.

- Co-leading the representation of Wells Fargo & Company, its predecessor Wachovia Corporation, and Wachovia's senior-most officers and directors in the consolidated class action securities lawsuit in the Southern District of New York arising out of the financial collapse of Wachovia.  The lawsuit (which alleged losses of $109 billion) is one of the largest class action securities lawsuits in U.S. history to have obtained a complete dismissal with prejudice.

- Co-leading the representation of all of the underwriters of the General Motors Company 2010 IPO – the then-largest IPO in U.S. history – in a class action securities lawsuit in the Southern District of New York.

- Co-leading the representation of eight globally leading banks in a class action securities lawsuit in the Southern District of New York involving the issuance of approximately $26 billion of Residential Mortgage-Backed Securities.

- Leading the defense of two members of the Board of Directors of The Weinstein Company in the high-profile sexual-assault class action lawsuit in the Southern District  of New York, arising out of the well-publicized claims of sexual assault allegedly committed by that company's CEO.

Prior to founding Israel David LLC, Mr. David was a prominent partner from 2005 to 2022 at the elite international law firm of Fried, Frank, Harris, Shriver & Jacobson LLP, and was an associate at that firm from 1996 to 2005.  Mr. David has also served as trusted advisor to some of the world's largest private equity and hedge funds, providing counsel on matters in relation to fiduciary duties, disclosure matters, and various sensitive issues faced by fund sponsors and general partners.

### MARK A. CIANCI - PARTNER

Mark Cianci has 15 years of experience representing globally leading hedge funds, private equity firms, healthcare and life sciences companies, Fortune 100 corporations, and other sophisticated clients in complex, high-stakes litigation.  He has successfully litigated numerous high-profile cases in courts and arbitral forums across the United States and internationally, with an emphasis on shareholder litigation (including securities class action litigation and breach of fiduciary duty actions), M&A litigation, complex commercial litigation, and government investigation and enforcement matters.  Mark also represents clients in the blockchain and cryptocurrency space in litigation and advises on a variety of regulatory and risk-mitigation considerations, including compliance with securities laws.

Prior to joining Israel David LLC as a Partner, Mr. Cianci was Counsel from 2020 to 2024 at the elite international law firm Ropes & Gray LLP and was an associate at that firm from 2011 to 2020.  Mr. Cianci received his Juris Doctor degree *cum laude* from Harvard Law School in 2010. Mr. Cianci earned his Bachelor of Arts degree *magna cum laude* from Patrick Henry College in 2007.

### ANDREW CAUCHI – SPECIAL COUNSEL

Andrew Cauchi has a decade of experience in representing corporations, senior executives and boards of directors in high-stakes class action securities lawsuits, shareholder lawsuits, corporate takeover litigation, and complex business disputes in federal and state courts throughout the United States.  Mr. Cauchi also has extensive experience conducting internal investigations on behalf of boards and audit committees, and representing corporations and individuals in governmental and regulatory investigations.

Prior to joining Israel David LLC in February 2024, Mr. Cauchi was Counsel at the elite international law firm of Weil, Gotshal & Manges LLP, and was an associate at that firm from 2015 to 2022.  Mr. Cauchi received his Juris Doctor degree from St. John's University School of Law in 2015, where he was a member of the *St. John's Law Review*. Mr. Cauchi earned his Bachelor of Arts degree from Lehigh University in 2012.

### HANNAH BELITZ – SPECIAL COUNSEL

Hannah Belitz concentrates her practice on representing plaintiffs and defendants in high-stakes class action lawsuits and business disputes in federal and state courts nationwide.  Ms. Belitz was a judicial clerk with the United States Court of Appeals for the Sixth Circuit from September 2019 through August 2020.  From October 2020 through January 2023, Ms. Belitz was an associate at Selendy Gay PLLC.  From February 2023 through April 2025, Ms. Belitz was an associate at Walden Macht Haran & Williams LLP.

Ms. Belitz received her Juris Doctor degree *cum laude* from Harvard Law School in 2017, where she served as Co-Editor-in-Chief of the *Harvard Human Rights Journal*.  Ms. Belitz earned her Bachelor of Arts degree from Stanford University in 2013, where she graduated with distinction (top 15% of graduating class).

### RICHARD BARBECHO – ASSOCIATE

Richard Barbecho concentrates his practice on representing plaintiffs and defendants in high-stakes class action lawsuits and business disputes in federal and state courts nationwide.  Prior to joining Israel David LLC, Mr. Barbecho was a judicial clerk with the United States Court of Appeals for the Second Circuit from September 2022 through August 2024.  From September 2019 through August 2022, Mr. Barbecho was an associate at the elite international law firm Fried, Frank, Harris, Shriver & Jacobson LLP, where he represented defendants and plaintiffs in complex commercial litigation and represented globally-leading corporations in antitrust investigations.

Mr. Barbecho received his Juris Doctor degree from Harvard Law School in 2019.  Mr. Barbecho earned his Bachelor of Arts degree *summa cum laude* from Hunter College in 2014.

### MADELINE SHEFFIELD – ASSOCIATE

Madeline Sheffield is an accomplished trial lawyer who has successfully led and first-chaired jury trials to verdict.    Prior to joining Israel David LLC, Ms. Sheffield served with distinction as an Assistant District Attorney in the Manhattan District Attorney's Office from October 2020 to November 2022.   Ms. Sheffield concentrates her practice on representing plaintiffs and defendants in high-stakes business disputes and class action lawsuits in federal and state courts nationwide.

Ms. Sheffield received her Juris Doctor degree *cum laude* from Syracuse University College of Law in 2020, where she served as Executive Editor of the *Syracuse Law Review*.   Ms. Sheffield earned her Bachelor of Arts degree *cum laude* from the University of Buffalo in 2017.

### ADIA DAVIS – ASSOCIATE

Adia Davis concentrates her practice on representing plaintiffs and defendants in high-stakes class action lawsuits and business disputes in federal and state courts nationwide.  Ms. Davis was a judicial clerk with the United States District Court for the Southern District of New York from September 2024 through August 2025.  From September 2022 through August 2024, Ms. Davis was an associate at Gibson, Dunn & Crutcher LLP.

Ms. Davis received her Juris Doctor degree from Columbia Law School in 2022, where she was a James Kent Scholar and served as Executive Articles Editor of the *Columbia Human Rights Law Review*.  Ms. Davis earned her Bachelor of Arts degree *cum laude* from The College of William & Mary in 2018.

### MARK KAHN – FINANCIAL ANALYST

Mark Kahn is a financial analyst at Israel David LLC.   Mr. Kahn supports the Firm's securities and shareholder litigation practices, assisting Firm attorneys with case assessment, development, and research.  Mr. Kahn also conducts investigations into potential federal and state securities laws violations.   Mr. Kahn comes to the Firm with significant experience in the financial sector, having previously worked for several hedge funds in investment and capital-raising capacities.

# Exhibit B



# FIRM RESUME

# Wilshire Law Firm

Wilshire Law Firm's award-winning class action team is dedicated to holding corporations accountable when negligence harms groups of people. We handle complex cases, including defective products, consumer fraud, and data breaches, combining claims into a single, powerful action. With proven strategies and personalized support, we help clients pursue justice and the compensation they deserve.

# Locations

**LOS ANGELES**
660 S. Figueroa St., Sky Lobby
Los Angeles, CA 90017

**BEVERLY HILLS**
9701 Wilshire Blvd., 12th Floor
Beverly Hills, CA 90212

**IRVINE**
15707 Rockfield Blvd., Suite 320
Irvine, CA 92618

**TORRANCE**
21515 Hawthorne Blvd., Suite 1200
Torrance, CA 90503

**SAN DIEGO**
3511 Camino Del Rio S., Suite 400
San Diego, CA 92108

**RIVERSIDE**
3880 Lemon St., Suite 410
Riveside, CA 92501

**OAKLAND**
475 14TH St., Suite 700
Oakland, CA 94612

**SACRAMENTO**
770 L S., Suite 1400
Sacramento,  CA 95814

Wilshire Law Firm also serves clients in Oregon, Washington, and nationwide.

# Attorney Profiles
## *Class Action Department*

## Thiago Coelho
### *Partner*



Thiago M. Coelho, Esq. is a Partner at Wilshire Law Firm, PLC, and serves as the Chair of the Consumer and Data Privacy Class Action departments. He represents large classes of consumers in complex, large-scale litigation in state and federal trial and appellate courts across the United States. Among the few attorneys in California with class action trial experience through verdict, Thiago brings rare courtroom experience to high-stakes class action litigation. A Los Angeles County Superior Court Complex Civil judge described his trial advocacy as "excellent" and "extraordinary," while another judge recognized his "extensive experience litigating consumer class actions." His litigation experience has earned him significant recognition, including a 2024 California Lawyer Attorneys of the Year (CLAY) award from The Daily Journal.

Thiago has litigated hundreds of cases nationwide and has extensive experience across all stages of litigation, including trials and appeals. His victories include notable appellate decisions in state and federal courts across multiple jurisdictions. In California, he helped secure the landmark published decision in Moore v. Centrelake Medical Group, Inc., 83 Cal. App. 5th 515 (2022), a medical data breach decision cited more than 320 times, in which the California Court of Appeal reversed dismissal of key UCL and contract claims. In Georgia, he prevailed in Bland v. Urology of Greater Atlanta, LLC, 377 Ga. App. 177 (2025), where the Georgia Court of Appeals reversed dismissal of negligence, implied-contract, implied-covenant, and injunctive-relief claims in a healthcare data breach class action. At the federal appellate level, Thiago's record includes Ninth Circuit victories such as Freeman, et al. v. 3Commas Technologies OÜ, No. 24-6158 (9th Cir. Mar. 2, 2026), where the court reversed the district court's personal jurisdiction dismissal of a data security class action involving an AI-enabled cryptocurrency trading platform, and Mier v. CVS Health, No. 22-55665, 2023 WL 4837851 (9th Cir. July 28, 2023), where he obtained Rule 23(f) review, resulting in partial vacatur and remand of the denial of class certification.

Beyond his appellate victories, Thiago has secured substantial class-action recoveries for consumers. In Peters, et al. v. Apple Inc., No. 19STCV21787 (Cal. Super. Ct.), he recovered 90% of the maximum value through a $25 million common-fund settlement. Thiago also helped secure a $49,995,000 settlement in Head, et al. v. Regal Medical Group, Inc., et al., No. 23STCV02939 (Cal. Super. Ct.), a healthcare data-breach class action. In In re MOVEit Customer Data Security Breach Litigation, MDL No. 3083, Thiago is one of two attorneys appointed by the court on the Experts Committee in a nationwide data-breach MDL involving hundreds of cases and more than 90 defendants; the litigation has generated more than $30 million in settlements to date. In 2024, he also secured what was then the second-highest known class-action settlement of its kind against a fashion retailer.

# John Yslas

*Senior Partner*



John G. Yslas, Esq. is a Senior Partner and Chair of the Employment Wage & Hour Class Action Department who also handles select single plaintiff cases and has 30 years of experience. Prior to joining Wilshire Law Firm in 2022, John held significant leadership positions as a Partner for several years with three international law firms ranked in the AmLaw 100: Foley & Lardner, Norton Rose Fulbright, and Seyfarth Shaw.

John is one of the few attorneys in California to litigate and prevail in a wage and hour class action jury trial. Since John began settling cases as a plaintiffs' attorney in mid-2023, he has achieved well over $225 million in settlements and verdicts and counting. John brings his unique perspective and skills to achieve justice for what he considers to be his true calling and purpose in life. John has a deep commitment to civic involvement and diversity. He previously served as the Southern California Regional President of the Hispanic National Bar Association (HNBA) and is currently on the Mexican American Bar Foundation Board of Directors. John has also previously served as the National Chair of the Communications Committee with HNBA and on the Board of Directors with the California Minority Counsel Program. John was also appointed by two mayors and served as a Commissioner with the Los Angeles Civil Service Commission and the Los Angeles Convention Center Commission.

# Tyler Woods

*Senior Partner*



Tyler J. Woods, Esq. is a Senior Partner with more than 21 years of experience in Wage and Hour Employment Law. Tyler brings a wealth of expertise and a proven track record of success representing both class members and employers in complex litigation across California. Among his notable accomplishments is obtaining multiple unanimous jury verdicts in high-profile employment discrimination, harassment and wrongful termination cases – an achievement that underscores his strategic skill and unwavering dedication to justice.

Tyler approaches the law with a personal commitment, treating each case as if he were representing a member of his own family. He firmly believes that a lawyer should never betray the trust of their client by offering anything less than their utmost dedication, effort and support.
His commitment to seeking justice, regardless of the challenges, makes him a highly respected and in-demand attorney.

# Benjamin Haber

*Partner*



Benjamin Haber, Esq. focuses his practice primarily on employment litigation, class action litigation, and qui tam "whistleblower" cases. He is passionate about giving a voice to individuals who have suffered at the hands of major companies. Benjamin works closely with each client to advise them of their legal options, develop their case, and ultimately put in the necessary work toward delivering excellent results. Since joining Wilshire Law Firm in 2020, Benjamin has helped his clients recover tens of millions of dollars, including numerous seven-figure settlements.

Benjamin has over six years of experience litigating complex employment cases in state and federal courts throughout dozens of venues in California. He is equipped at handling cases during all stages of litigation, including the discovery stage, where he has taken or defended over one hundred depositions. Benjamin is admitted to practice law in all four of the U.S. District Courts in California: Northern, Eastern, Southern, and Western. He is also an honored member of the California Employment Lawyers Association (CELA), the Consumer Attorneys of California (CAOC), the Consumer Attorneys Association of Los Angeles (CAALA), and the Los Angeles Bar Association (LACBA).

# Arrash Fattahi

*Partner*



Arrash T. Fattahi, Esq. is a Partner at Wilshire Law Firm, where he focuses on labor and employment litigation, including wage and hour class actions and Private Attorneys General Act (PAGA) claims. Guided by his personal philosophy — "how you do anything is how you do everything" — Arrash brings relentless advocacy, strategic insight, and a client-centered approach to every matter he handles. He places a strong emphasis on building collaborative, trust-based relationships, believing that a solid attorney-client partnership is critical to achieving maximum financial recovery. Through diligent representation and creative legal strategies, he is committed to protecting his clients' rights and securing favorable outcomes by every available means.

Arrash has achieved remarkable success in his first five years of practice, securing more than $75 million in settlements since May 2023, including over $45 million in 2025 alone. Driven by a deep passion for advocating on behalf of those who cannot stand up for themselves, he applies a meticulous, strategic approach to ensure his clients receive the compensation they rightfully deserve.

# Eugene Zinovyev

*Junior Partner*



Eugene Zinovyev, Esq. is a Junior Partner with 14 years of experience specializing in wage and hour class action lawsuits. He earned his undergraduate degree from the University of California, Berkeley, and his Juris Doctor from the University of California, Hastings. One of Eugene's proudest achievements is securing a significant settlement for thousands of nurses in the Pacific Northwest who were forced to work off-the-clock during the COVID-19 pandemic. This case highlights his dedication to protecting workers' rights and his relentless pursuit of justice for those who are exploited.

Guided by his professional philosophy that good judgment and aggressive pursuit of his client's interests leads to the best results for all, Eugene is committed to delivering outstanding legal representation. Inspired by his grandfather, a criminal defense attorney in the USSR, he has always been driven by a passion for the law and a desire to make a positive impact. His diverse interests and analytical skills enrich his approach to the law, allowing him to connect with clients on multiple levels and provide comprehensive legal solutions. Eugene's personal quote encapsulates his approach to legal practice and his commitment to achieving the best outcomes for those he represents.

# William M. Pao

*Junior Partner*



William M. Pao, Esq. is a Junior Partner at Wilshire Law Firm. William has been practicing law for 22 years. William concentrates his practice on wage-and-hour class action litigation in both state and federal courts involving labor code violations, employee misclassification, off-the-clock work, regular rate and meal period and rest break violations. William also handles single plaintiff and multi-plaintiff actions regarding claims for wrongful termination, discrimination, harassment and retaliation.

William has obtained millions of dollars on behalf of his clients through trial, arbitration and settlement. William was co-lead counsel in a wage-and-hour class action against a Fortune 100 company that settled for $35 million dollars on the eve of the final pre-trial conference. William has obtained more than $100 million in settlements. William is admitted to practice in all California state courts, and before the U.S. Court of Appeals for the Ninth Circuit, and the U.S. District Courts for the Central, Northern and Eastern Districts of California. He is affiliated with the Los Angeles County Bar Association and the California Employment Lawyers Association (CELA).

# Jose Maria D. Patino Jr.

*Junior Partner*



Jose Maria D. Patino, Jr., Esq. is a Junior Partner specializing in wage-and-hour class action litigation with more than 15 years of experience helping employees navigate complex workplace matters. Throughout his career, he has guided workers to majorly successful resolutions, including a $6.75 million settlement for more than 6,000 employees of a major health-insurance company.

One of Jose's most meaningful experiences came while representing a client who became terminally ill during her case. He formed a close bond with her in her last days, promised to see her case through to the end, and steadfastly represented her surviving children who took her place in the case after her passing. Jose was ultimately able to secure a settlement on their behalf. Keeping that promise deeply shaped his approach to legal work. He believes a good lawyer should listen first, think second, and speak last. As a team leader, he prioritizes mentorship, collaboration, and supporting those around him. He is also an active member of the California Employment Lawyers Association (CELA).

# Jeffrey Bils

*Junior Partner*



Jeffrey Bils, Esq. is an accomplished Junior Partner at Wilshire Law Firm who has practiced law for over a decade while fiercely advocating for his clients. Jeffrey represents clients in the legal areas of employment class and representative actions, as well as employment single-plaintiff actions. Jeffrey brings diligence and integrity to his practice to ensure that his clients receive the justice that they deserve.

Jeffrey's successful approach to law is seen in his triumphant victories including a victory in one of his first class actions on behalf of plaintiffs where he helped three named class members from the intake process all the way through an agreement to settle for $1.5 million. Jeffrey got to know these three clients, earned their trust, and paved the way for a favorable outcome, and for Jeffrey, this experience highlighted the importance of giving a voice to employees whose workplace concerns and complaints have fallen on deaf ears. Jeffrey takes great pride in being the voice for these employees while working to secure the financial compensation that they deserve.

# Diego Aviles

*Junior Partner*



Diego Aviles, Esq., serves as a Junior Partner at Wilshire Law Firm, specializing in Employment Law and Wage-and-Hour Class Actions. With well over 6 years of dedicated practice in the field, Diego earned his B.A. in Political Science and B.A. in Criminology, Law & Society from the University of California, Irvine. He later obtained his Juris Doctor from Santa Clara University School of Law.

Diego is an active member of the California Employment Lawyers Association and has successfully litigated significant cases, including Alberto v. Cambrian Homecare, a published California Appellate Opinion. This case established the interconnectedness of arbitration and confidentiality agreements in the employment context, a decision praised by the Labor Commissioner. His professional philosophy revolves around the assertive pursuit of justice for employees, emphasizing proactive measures to prevent wage violations and vigorous representation when needed. Diego is committed to empowering workers by ensuring fair compensation and fostering workplace cultures that prioritize financial equity.

# Christina M. Le

*Junior Partner*



Christina "Tina" M. Le, Esq. is a Junior Partner at Wilshire Law Firm, and a seasoned legal practitioner focused on championing the rights of employees and individuals in employment and class action matters. Tina specializes in handling a wide range of employment claims in state and federal courts – including wrongful termination, pay and overtime, workplace retaliation, discrimination and harassment, accommodations, leaves of absence, separation, severance, misclassification of employees as independent contractors, and more. At Wilshire Law Firm, Tina is focused on handling class action claims involving wage-and-hour and other employment-related disputes.

Tina is devoted to holding big tech and other companies accountable for the impact of emerging technologies, like AI, on workers. She and her team at Wilshire Law Firm seek redress for harmed workers and work to ensure these companies – some of which are worth billions of dollars – comply with federal and state laws. Since she started practicing law in 2005, Tina has been a powerful advocate for her clients. Tina first started her career as a defense attorney, working for several prominent local and national firms. Tina later transitioned to plaintiff-side work, where she found her true calling as an advocate for employees and individuals. Tina is now focused solely on helping her clients fight the same big companies she used to represent. Her knowledge from working on the defense side gives her special insight that she uses to her clients' strategic advantage. With a track record of success and a commitment to empowering those in need, Tina brings results to the table, obtaining millions of dollars in recoveries for her clients in employment and other plaintiff-side matters.

# Emily Borman
*Junior Partner*



Emily Borman, Esq. is a dedicated Junior Partner at Wilshire Law Firm. She is an advocate for employees' rights, specializing in cases involving wage and hour claims, sexual harassment, sexual assault, discrimination, retaliation, wrongful termination, and wage and hour class actions, including Private Attorney General Act (PAGA) claims.

At Wilshire Law Firm, Ms. Borman is committed to fighting for justice and holding employers accountable for unlawful workplace practices. Before joining Wilshire Law Firm, Ms. Borman gained extensive experience as an attorney at prominent California employment defense firms, including Paul Hastings LLP and Carothers DiSante & Freudenberger LLP. In these roles, she defended large California employers, including Google, Inc., Qualcomm, Snap, Inc. (Snapchat), the University of Southern California, and the Creative Artists Agency (CAA), in high-stakes employment litigation in state and federal courts. This experience has equipped her with a deep understanding of the legal strategies and tactics employers use to challenge claims brought by employees. Now, Ms. Borman leverages this insider knowledge to advocate fiercely on behalf of employees, offering her clients an invaluable advantage in navigating complex legal disputes.

# Kendall MacRostie
*Senior Attorney*



Kendall MacRostie, Esq. is a Senior Attorney with more than nine years of experience in employment law. His mantras – to never stop learning and to listen more than you speak – inform his patient approach to continuously improving as a lawyer. With an academic background in philosophy and history, Kendall brings a unique perspective to the practice of law, understanding its impact on diverse individuals and communities.

Kendall is driven by a desire to help those who feel helpless. Over the course of his career, he's worked with hundreds of clients, helping them obtain the compensation they deserve. Kendall holds professional affiliation with Alameda County Bar Association and The Inns of Court.

# Jessenia Martinez

*Senior Attorney*



Jesenia Martinez, Esq. is a Senior Attorney at Wilshire Law Firm whose legal specialization is in civil litigation and consumer class action lawsuits. With over five years of experience practicing law, Jesenia is a passionate advocate for her clients. She has demonstrated a unique ability to find successful ways to argue on behalf of her clients' rights, and her method is proven.

Previously, Jesenia successfully opposed a partial summary judgement in Nevada state court in a products liability case where the plaintiff suffered permanent and severe injuries due to a UTV rollover. The defendant, the lessor of the UTV, moved for partial summary judgement on the issue that Nevada has not recognized strict products liability against lessors. Jesenia's ingenuity and understanding of the law allowed her to argue the motion, and her diligent work led to the plaintiff receiving a substantial settlement that he would not have received if not for Jesenia's work. Placing significant emphasis on establishing trust in the attorney–client, relationship, Jesenia works hard to build a close relationship with those who she represents as she seeks maximum financial compensation on behalf of her clients. In her legal career, Jesenia also has experience working in personal injury, employment discrimination, and wage and hour cases.

# Lauren Lendzion

*Senior Attorney*



Lauren Lendzion, Esq. is a Senior Attorney who brings over 17 years of experience in Class Actions, Consumer Protection, Antitrust, Securities Fraud, and Mergers & Acquisitions to Wilshire Law Firm. She earned her Bachelor of Arts degree from the University of California, Santa Barbara, and her Juris Doctorate from Seattle University School of Law.

Lauren has played a pivotal role in landmark cases, including securing a historic $25 million settlement for Trump University students benefiting approximately 7,000 consumers. Her commitment to justice was also evident in Chabot v. Walgreens Boots Alliance, Inc., where she helped secure a $192.5 million recovery for Rite Aid investors, marking the second largest securities recovery in Pennsylvania federal court history. Lauren's professional philosophy centers on leveling the playing field for consumers, challenging corporate misconduct, and ensuring just outcomes. Her passion for law began at a young age, driven by an innate sense of advocacy. She believes that the pursuit of justice requires a collaborative effort, working alongside dedicated attorneys, paralegals and support staff to protect the rights of those in need.

# Jennifer Leinbach
## *Senior Attorney*



Jennifer Leinbach, Esq. is an accomplished Senior Attorney specializing in class action litigation and appellate law. As a seasoned attorney with over twelve years of experience, Jennifer helps individuals navigate complex class action lawsuits. Throughout her illustrious career, Jennifer has obtained landmark judgments and negotiated resolutions on behalf of thousands of individuals while holding corporations accountable for engaging in fraud, false advertising, covering up data privacy breaches, and violating other laws.

Jennifer believes that excellent work translates into excellent results for clients and that this superlative work is representative of Wilshire Law Firm and the work ethic of the attorneys therein. In her personal work, Jennifer has incredible results that are evident, such as helping settle a class action lawsuit for $80 million against a tech company that failed to disclose a data breach to consumers, a $10.4 million dual-class action, an $8.5 million class action, and a $6.5 million class action, among many other notable compensation figures. Jennifer displays a keen ability to navigate the justice system, and her determination in her legal work makes her a powerful ally for those in need.

# Rachel Vinson
## *Senior Attorney*



Rachel J. Vinson, Esq. is a Senior Attorney specializing in Employment Law at Wilshire Law Firm. Ms. Vinson represents clients in wage and hour claims, wrongful termination, workplace harassment, sexual harassment, workplace discrimination, workplace retaliation, and wage and hour class actions, including Private Attorney General Act (PAGA) claims.

Ms. Vinson's experience includes drafting pleadings, pre-trial and discovery motions, class notice and settlement documents, and dispositive motions. She is adept at handling depositions, including conducting mock depositions to maximize her client's comfort and familiarity with the litigation and deposition process. Ms. Vinson is a skilled negotiator and works with mediators and opposing counsel to maximize settlement values. She achieved one of the Top 50 wage and hour violation settlements in California in 2021 at $750,000. Before joining Wilshire Law Firm, Ms. Vinson gained extensive experience as an attorney at a prominent California employment defense firm. In that role, she defended large California employers in high-stakes employment litigation in state and federal courts. This experience has equipped her with extensive knowledge of the legal strategies and tactics employers use to challenge claims brought by employees. Now, Ms. Vinson leverages this insider knowledge to advocate fiercely on behalf of employees, offering her clients an invaluable advantage in navigating complex legal disputes.

# Talar DerOhannessian

*Senior Attorney*



Talar DerOhannessian, Esq. is a Senior Attorney with more than 12 years of experience, focusing on wage and hour disputes and employment class actions. She brings a collaborative spirit to every case, working with her clients as both a compassionate ally and persistent legal advocate.

One of her proudest accomplishments is securing class certification in a case against a major luxury brand, giving a voice to those who were mistreated and paving the way for justice and compensation in court. Talar is a member of the Armenian Women's Bar Association and is licensed to practice in the state of California, as well as in the U.S. District Courts for the Southern, Central, Eastern, and Northern Districts of California.

# Daniel J. Kramer

*Senior Attorney*



Daniel J. Kramer, Esq. is an Senior Attorney at Wilshire Law Firm representing clients in the areas of employment law, wage and hour class actions, and Private Attorneys General Act (PAGA) claims. Daniel is a fierce advocate for wronged and mistreated employees, and he fights on their behalf to ensure that they receive their entitled highest financial compensation. Placing significant importance on hearing each individual client's story, Mr. Kramer works diligently with his clients to establish a close attorney–client relationship so that he can fully understand each client's specific needs and fight for justice for them.

With six years of experience as a practicing attorney, Daniel has managed and litigated hundreds of class and PAGA actions that have led to seven–figure settlements for clients and thousands of California class members. Proud to represent California workers, Daniel has made it his mission to fight against the injustices that many employees face at the hands of their employers.

# Karen Wallace

## *Senior Attorney*



Karen L. Wallace, Esq. is a Senior Attorney specializing in employment law, known for her clear communication and client-centered approach. From the initial consultation through final resolution, Karen is committed to ensuring her clients fully understand the legal process and feel informed, supported, and empowered at every stage.

Karen was drawn to the legal profession by a deep belief in social justice and the power of the law to uplift those who have been marginalized. She approaches each case with a careful balance of rigorous legal analysis and genuine empathy, crafting arguments that meet institutional standards and precedent while honoring each client's unique experience and story.

# John Brown

## *Associate Attorney*



John Brown, Esq. is an Associate Attorney specializing in Class Action Employment Law. John earned his Juris Doctor from UCLA School of Law and holds a Bachelor of Arts from UC Berkeley. John is also a member of the California State Bar, reflecting his commitment to legal excellence and professional integrity through his focus on making a long-lasting impact in the workplace.

Driven by a desire to assist others, John entered the justice realm to help people not only resolve their challenges but also to help tackle the root of many common problems. His professional philosophy centers on diligence and dedication, believing that success is a product of hard work and perseverance. Passionate about justice, John advocates for fair treatment and just compensation. Throughout his career, John has prioritized the rights of workers, standing up for individuals courageously even when the battle resembled that of David facing Goliath. His approach to legal representation includes focus, dedication and commitment to his clients, character traits that hold true to the top performing team he is now a part of at Wilshire Law Firm. Beyond the courtroom, John is also a trained hypnotherapist, demonstrating his beliefs in individual self-improvement and holistic well-being.

# Jesse Chen

*Associate Attorney*



Jesse Chen, Esq. is an Associate Attorney at Wilshire Law Firm who is an expert in the legal areas of data privacy litigation and class action consumer litigation. A staunch defender for consumer rights, Jesse seeks to hold corporations accountable when private personal information is leaked due to carelessness and oversight. Jesse's patience and attention to detail in the work he completes helps him to successfully represent his clients and fight on their behalf to secure deserved compensation.

With two years of experience as a legal representative, Jesse already has an impressive record of success. He has worked to assist in securing a $14 million data privacy settlement against Bank of Hope, among numerous other noteworthy victories. Unafraid of taking on giant, powerful corporations, Jesse fights feels many corporations do not put in the proper amount of diligence or care owed to their customers, so he advocates on their behalf. Always putting forth the highest quality work and research into the cases he works on, Jesse is a results-oriented attorney whose strategic approach is proven. He combines intense preparation with his adept knowledge in his area of law in order to successfully support his clients in working toward their desired goals.

# Chumahan Bowen

*Associate Attorney*



With 15 years of legal experience, Chumahan Bowen, Esq., is an Associate Attorney bringing a wealth of knowledge and dedication to his practice. He earned his Bachelor of Arts from the University of California, Berkeley, a Master of Fine Arts from UCLA, and his Juris Doctor from Pepperdine School of Law. Additionally, he holds a professional certificate in dispute resolution from the renowned Straus Institute for Dispute Resolution, reflecting his commitment to finding equitable solutions for his clients.

One of Mr. Bowen's proudest legal achievements includes his appellate success in Boschma v. Home Loan Center, Inc., where the Court of Appeal reversed a trial court's decision, upholding consumer protections against fraudulent omissions and violations of California's Unfair Competition laws. This case highlights his ability to deliver results through clarity, precision, and an unwavering focus on justice. Mr. Bowen's professional philosophy centers on clarity, collaboration, and relentless advocacy. He believes in balancing the pursuit of favorable outcomes with fairness and respect, which are the cornerstones of his practice. Inspired by his father's dedication to the law, Mr. Bowen understands that legal knowledge is both a tool for success and a means to protect fundamental rights.

# Gabriella Sole

*Associate Attorney*



Gabriella Solé, Esq. is a dedicated Associate Attorney specializing in Wage and Hour Class Actions and PAGA (Private Attorney General Act) Actions. With two years of experience in legal practice, Gabriella has rapidly established herself as a passionate advocate for California's working class. Her educational background includes graduating magna cum laude from the University of California, Los Angeles, followed by earning her law degree from the University of San Francisco, School of Law, where she served as the First Year Moot Court Director on the Moot Court Board.

Gabriella's approach to legal representation is distinguished by her unwavering commitment to her clients and her ability to navigate complex legal challenges. She is particularly proud of her zealous representation in cases that aim to uphold the rights of workers and ensure fair treatment in the workplace. Gabriella's dedication to her clients and her community is evident in her relentless pursuit of justice and her ability to achieve favorable outcomes for those she represents.

# Matthew R. Baker

*Associate Attorney*



Matthew R. Baker, Esq. is an Associate Attorney at Wilshire Law Firm, where he focuses his practice on employment law and workplace justice. Over the course of his career, Matthew has successfully secured multiple six figure settlements for clients in complex matters including partnership disputes, disability discrimination, and wage and hour violations. His track record reflects both his legal skill and his tireless dedication to protecting employees from unlawful treatment.

Matthew chose to become an attorney to serve as a voice for those who cannot defend themselves when they have been wronged. He is deeply committed to upholding dignity, fairness, and equality in the workplace, and believes every employee deserves a dedicated advocate when facing illegal conduct by their employer. His approach combines strategic litigation with compassionate client service, ensuring that workers feel supported throughout the legal process. Matt is an active member of the San Diego County Bar Association and the California Employment Lawyers Association (CELA), where he continues to expand his knowledge and contribute to the advancement of employee rights throughout California.

# Brian Louis

*Associate Attorney*



Brian Louis, Esq. is an Associate Attorney at Wilshire Law Firm, specializing in labor and employment litigation, with a focus on wage and hour class actions and Private Attorneys General Act (PAGA) claims. His professional philosophy emphasizes diligence, precision, and clear communication in guiding clients through the complexities of the court system.

Brian's proudest legal achievement came when he interviewed dozens of class members to secure key witnesses in a discrimination case, reinforcing the value of thorough investigation and the willingness of employees to support one another. He also drafted the successful opposition to summary judgment and helped prepare the same class action for trial, which ultimately achieved a landmark $40 million settlement.

# Roger Ricardez

*Associate Attorney*



Roger Valencia Ricardez, Esq. is an Associate Attorney specializing in Employment Law, with a focus on Private Attorneys General Act (PAGA), Fair Employment and Housing Act (FEHA), and class action litigation. Roger approaches every case with the belief that there is no substitute for hard work, and he is committed to fighting tirelessly to pursue the maximum compensation his clients deserve.

A dedicated advocate for the immigrant community, Roger has successfully represented clients in asylum proceedings and worked to halt labor abuses affecting vulnerable workers. His efforts have helped ensure that immigrants reporting labor violations receive the legal protections and dignity to which they are entitled. As a fluent Spanish speaker, Roger is able to communicate directly and effectively with Spanish–speaking clients, ensuring they feel fully informed, supported, and empowered throughout their case.

# Mohamed Bholat

*Associate Attorney*



Mohamed Bholat, Esq. is an Associate Attorney whose practice focuses on labor and employment law, with experience in wage-and-hour class actions and claims brought under the Private Attorneys General Act (PAGA). Mohamed is known for being a strategic, steady, and client-centered advocate who aims to ensure every client feels supported, informed, and empowered throughout the legal process.

Before dedicating his career to representing employees, Mohamed worked at a major national defense firm, where he handled matters on behalf of employers. This experience gave him a deep understanding of how companies assess risk, develop litigation strategies, and defend against employment claims. He now leverages that insight to anticipate defense tactics, identify leverage points, and craft strong, forward-thinking strategies for the employees he represents.

# Shealene Mancuso

*Associate Attorney*



Shealene Mancuso, Esq. is an Associate Attorney with over 10 years of legal experience who brings empathy, integrity, and honest counsel to every client she represents. Shealene became an attorney to be a voice for the vulnerable, the exploited, and the marginalized – those who need an advocate willing to fight for what they deserve. That commitment is reflected in how she handles every employment case, from the first consultation to the final resolution.

One case stands out as a defining example of her approach. During settlement discussions, the opposing party made what they called their best and final offer. Based on her thorough evaluation of the claims, evidence, and comparable damages awards, Shealene believed her client was being significantly undervalued. She presented her analysis honestly, explained her confidence in the strength of their case before a judge, and made clear that while a better outcome was not guaranteed, waiting could yield substantially more. Her client chose to reject the offer. The result: an award more than three times what the defendant had put on the table. Just as important to Shealene as the outcome was that her client felt informed, supported, and at ease with every decision along the way.

# Harry Erganyan
*Associate Attorney*



Harry Erganyan, Esq. is an Associate Attorney with a passion for upholding the highest standards of legal integrity. Specializing in complex wage-and-hour class actions and PAGA actions, Harry brings three years of legal expertise to every case. His educational background includes an undergraduate degree from Loyola Marymount University and a law degree from Southwestern Law School for his legal education.

Harry's dedication to his clients is founded by his commitment to ethical practice. He has successfully helped to certify a class of employees in a case involving their employer's non-compliant rest break policy, demonstrating his unwavering pursuit of justice. He prides himself on his professional philosophy of integrity, which serves as the foundation of his legal practice. He passionately believes that ethical conduct and a strong moral compass are paramount in the legal profession.

# Mariam Nazaretyan
*Associate Attorney*



Mariam Nazaretyan, Esq. is an Associate Attorney with a background in International Humanitarian Law and Employment Law, who brings years of legal experience to her practice. She obtained her degrees from Loyola Marymount University and Southwestern Law School, laying a solid foundation for her career.

With a passion for advocating on behalf of employees' rights, Mariam represents employees who were unfairly treated at the workplace. She has navigated complex legal issues related to workplace discrimination, harassment, wrongful termination, and wage and hour disputes. However, it is her commitment to justice outside of the courtroom that truly set her apart. Mariam continues to advocate tirelessly for the rights of the oppressed and marginalized, ensuring that their voices are heard, and their grievances addressed. In every case she undertakes, Mariam's unwavering commitment to fairness and equity serves as hope in a world too often plagued by conflict and inequality.

# Arman A. Salehi

*Associate Attorney*



Arman A. Salehi, Esq. is an Associate Attorney specializing in Labor and Employment Litigation, Wage and Hour Class Actions, and Private Attorneys General Act (PAGA) Claims. Arman holds a B.A. in Sociology from UCLA and a J.D. from UC College of the Law, San Francisco (formerly known as UC Hastings).

Driven by a deep commitment to justice, Arman's legal philosophy is rooted in his own past experiences with unfair treatment as an hourly-paid employee; his previous challenges now fuel his passion for advocating for workers' rights. His approach is marked by unwavering focus, dedication, and a persistent commitment to safeguarding the rights of his clients. Beyond legal victories, Arman aims to contribute to a societal shift towards fairer treatment in the workplace. Coming from an entrepreneurial background, Arman understands the importance of fairness, kindness, and respect in the workplace, fortifying his commitment to enforcing employers' professional standards and ethical conduct.

# John Bishay

*Associate Attorney*



John Bishay, Esq. is an Associate Attorney who specializes in labor and employment litigation, wage and hour class actions, and Private Attorneys General Act (PAGA) claims. John approaches every case with purpose, precision, and a deep respect for the legal process. He believes real advocacy isn't about flashy arguments or courtroom theatrics — it's about hard work, thoughtful strategy, and the integrity to do what's right, even when no one is watching. John's decision to become a lawyer was rooted in an aspiration to serve the community and advocate for justice. His experience in public service has deepened his commitment to upholding fairness and assisting others.

John developed his strong legal skills through his many years of drafting motions and memoranda, conducting hearings, and facilitating negotiations that resulted in settlements. His experience working on behalf of private practices and the judiciary has given him great insight into the innerworkings of the law. In addition, John worked as a Mediator in a clinic where he taught conflict resolution skills to incarcerated youth.

# Eddie Ponce
## *Associate Attorney*



Heriberto "Eddie" Ponce, Esq. is an Associate Attorney with more than four years of experience working in labor and employment. As a former Riverside County prosecutor, Eddie brings insider knowledge and a sharp edge to defending clients across a wide range of cases.

Throughout his legal career, Eddie has helped many clients successfully resolve sexual harassment cases, wage and hour disputes, and other workplace issues. Eddie believes it is imperative to advocate for clients to the fullest extent possible. He prides himself on being a professional beacon of support to those he represents, always available to assist in pursuit of justice. Eddie is professionally affiliated with the Orange County Bar Association.

# Ruby Carrera
## *Associate Attorney*



Ruby Carrera, Esq. is a dedicated Associate Attorney specializing in employment law, with two years of experience advocating for fair treatment and justice within the legal system. Ruby holds a bachelor's degree in communications from the University of California, Davis, and earned her Juris Doctor from Santa Clara University School of Law in 2020, along with a certificate in Public Interest and Social Justice Law.

Ruby's commitment to justice is exemplified by her work as a clinical student with the Northern California Innocence Project, where she drafted legal arguments that contributed to the release of wrongfully convicted Kevin Harper in January 2022. This experience reinforced her dedication to fair and equitable legal representation, reminding her of the vital role of advocacy in correcting injustices. As a member of the California Employment Lawyers Association (CELA), Ruby actively engages with fellow legal professionals to remain informed on emerging issues in employment law. Inspired by her experiences growing up in a Latino community, Ruby entered the legal profession to help individuals who often lack access to legal resources or face systemic barriers to justice. Her professional philosophy, "Everyone deserves to be treated fairly within the legal system," reflects her commitment to empowering clients through knowledge and representation.

# Katya Salganick

*Associate Attorney*



Katya Salganick, Esq. is an Associate Attorney at Wilshire Law Firm and a tenacious advocate with over a decade of legal experience. With a strong passion for trial work, Ms. Salganick's dedication to excellence began in law school, where she was awarded the prestigious Judge Lee D. Baxter Fellowship in Litigation. In this role, she coached a team of law students to a fourth-place finish in the ABA National Labor & Employment Competition, competing against top-tier law schools.

Ms. Salganick's diverse legal background stems from her upbringing as the daughter of Russian immigrant and Puerto Rican parents, who established themselves in Southern California over 40 years ago. Fluent in Spanish, she has worked with a national criminal defense firm, solo practitioners, and a federal bankruptcy judge, gaining extensive experience in client interaction and advocacy across a wide range of emotionally charged legal fields, including family law, probate, and criminal law. Her exposure to cases involving everything from multi-million-dollar civil exposure to life sentences in prison has taught her the power of empathy in building trust with clients.

# Kareen Shatikian

*Associate Attorney*



Kareen Shatikian, Esq. is a dedicated Associate Attorney specializing in Wage and Hour Class Actions and Private Attorney General Act (PAGA) claims. With two years of experience, Kareen has built a reputation for her strategic and compassionate approach to legal representation, focusing on achieving equitable resolutions for her clients. She is a graduate of Southwestern Law School and California State Polytechnic University, Pomona.

One of Kareen's proudest achievements involved leading a complex, highly contentious case toward a positive resolution. Understanding the significant strain the prolonged litigation had on her client, Kareen advocated for mediation as a constructive alternative. Her strategic negotiations led to a successful settlement, providing her client with an enhanced outcome and a sense of closure. This experience reinforced her belief in the power of open communication, empathy, and civil discourse as tools for effective legal representation.

# Angela Leong
*Associate Attorney*



Angela Leong, Esq. is an Associate Attorney who specializes in employment law. Through over ten years of practice, Angela has passionately pursued civil and business litigation claims, representing both plaintiffs and defendants. She approaches each case with compassion and a positive attitude, working relentlessly to ensure her clients receive the compensation they deserve.

In the early years of her career, Angela advocated for low–income individuals, which ignited her passion for helping those who may not have access to legal resources. This experience led her to pursue employment law, where she now guides employees in asserting their rights and seeking justice. As an immigrant from Macau, China, Angela understands the challenges of navigating a foreign legal system. Grateful for the support she received from legal professionals during her journey, she now seeks to share her expertise to assist others facing similar challenges. Angela holds professional affiliation with The Taiwanese American Professionals Los Angeles Chapter.

# Samantha Costa
*Associate Attorney*



Samantha Costa, Esq. is an Associate Attorney who specializes in employment law (wage and hour), class and PAGA (Private Attorneys General Act) actions. Samantha prides herself on her compassionate approach to helping clients navigate the law, as well as her focused drive to ensure they get the maximum compensation they deserve. Samantha has secured over $30 million in settlements by relentlessly advocating for her clients in courts and mediation rooms.

As an attorney at Wilshire Law Firm, Samantha hopes to help others access their rights by using her knowledge, experience, and legal expertise. Samantha holds professional affiliation with The California Lawyers Association, Beverly Hills Bar Association, and Association of Business Trial Lawyers.

# Exhibit C



# MILBERG.

## FIRM RESUME



Milberg PLLC ("Milberg") is an AV-rated international law firm with more than 100 attorneys and offices across the United States, the European Union, and South America.

Milberg prides itself on providing thoughtful and knowledgeable legal services to clients worldwide across multiple practice areas. The firm represents plaintiffs in the areas of antitrust, securities, financial fraud, consumer protection, automobile emissions claims, defective drugs and devices, environmental litigation, financial and insurance litigation, and cyber law and security.

For over 50 years, Milberg and its affiliates have been protecting victims' rights. We have recovered over $50 billion for our clients. Our attorneys possess a renowned depth of legal expertise, employ the highest ethical and legal standards, and pride ourselves on providing stellar service to our clients. We have repeatedly been recognized as leaders in the plaintiffs' bar and appointed to numerous leadership roles in prominent national mass torts and class actions.

> *Milberg challenges corporate wrongdoing through class action, mass tort, consumer and shareholder right services, both domestically and globally.*

In the United States, Milberg currently holds more than 100 court-appointed full- and co-leadership positions in state and federal courts across the country. Our firm has offices in California, Florida, Georgia, Illinois, New Jersey, New York, Tennessee, Washington, Washington D.C., and Puerto Rico. Milberg's commitment to its clients reaches beyond the United States, litigating antitrust, securities, and consumer fraud actions in Europe and South America, with offices located in the United Kingdom, and the Netherlands.

Milberg prides itself on providing excellent service worldwide.

The firm's lawyers have been regularly recognized as leaders in the plaintiffs' bar by the National Law Journal, Legal 500, Chambers USA, Time Magazine, Lawdragon, and Super Lawyers, among others.

> *"A powerhouse that compelled miscreant and recalcitrant businesses to pay billions of dollars to aggrieved shareholders and customers."*
> - THE NEW YORK TIMES

# PRACTICE AREAS

## SECURITIES FRAUD

Milberg pioneered the use of class action lawsuits to litigate claims involving investment products, securities, and the banking industry. Fifty years ago, the firm set the standard for case theories, organization, discovery, methods of settlement, and amounts recovered for clients. Milberg remains among the most influential securities litigators in the United States and internationally.

Milberg and its attorneys were appointed Lead Counsel and Co-Lead Counsel in hundreds of federal, state, and multidistrict litigation cases throughout its history.

## ANTITRUST & COMPETITION LAW

For over fifty years, Milberg's Antitrust Practice Group has prosecuted complex antitrust class actions against defendants in the healthcare, technology, agriculture, and manufacturing industries engaged in price-fixing, monopolization and other violations of antitrust law and trade restraints.

## FINANCIAL LITIGATION

For over fifty years, Milberg's Antitrust Practice Group has prosecuted complex antitrust class actions against defendants in the healthcare, technology, agriculture, and manufacturing industries engaged in price-fixing, monopolization and other violations of antitrust law and trade restraints.

## CONSUMER PROTECTION

Milberg's Consumer Protection Practice Group focuses on improving product safety and protecting those who have fallen victim to deceptive marketing and advertising of goods and services and/or purchased defective products. Milberg attorneys have served as Lead Counsel and Co-Lead Counsel in hundreds of federal, state, and multidistrict litigation cases alleging the sale of defective products, improper marketing of products, and violations of consumer protection statutes.

## DANGEROUS DRUGS & DEVICES

Milberg is a nationally renowned firm in mass torts, fighting some of the largest, wealthiest, and most influential pharmaceutical and device companies and corporate entities in the world. Our experienced team of attorneys has led or co-led numerous multidistrict litigations of defective drugs and medical devices.

## EMPLOYMENT & CIVIL RIGHTS

Milberg's Employment & Civil Rights attorneys focus on class actions and individual cases nationwide arising from discriminatory banking and housing practices, unpaid wages and sales commissions, improperly managed retirement benefits, workplace discrimination, and wrongful termination.

## ENVIRONMENTAL LITIGATION & TOXIC TORTS

Milberg's Environmental Litigation & Toxic Torts Practice Group focuses on representing clients in mass torts, class actions, multi-district litigation, regulatory enforcement, citizen suits, and other complex environmental and toxic tort matters. Milberg and its attorneys have held leadership roles in all facets of litigation in coordinated proceedings, with a particular focus on developing the building blocks to establish general causation, which is often the most difficult obstacle in an environmental or toxic tort case.

## STATE & LOCAL GOVERNMENTS

Milberg attorneys are dedicated to defending the Constitutional and statutory rights of individuals and businesses that are subjected to unlawful government exactions and fees by state and local governments or bodies.

## CYBERSECURITY & DATA PRIVACY

Milberg is a leader in the fields of cyber security, data breach litigation, and biometric data collection, litigating on behalf of clients — both large and small — to change data security practices so that large corporations respect and safeguard consumers' personal data.

## APPELLATE

Consisting of experienced appellate advocates and former law clerks who understand how best to present compelling arguments to judges on appeal and secure justice for our clients beyond the trial courts, Milberg's Appellate Practice Group boasts an impressive record of success on appeal in both state and federal courts.

# LEADERSHIP ROLES

In re: Google Play Consumer Antitrust Litigation

In re: Elmiron (Pentosan Polysulfate Sodium) Products Liability Litigation

In re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices & Products Liability Litigation

In re: Blackbaud Inc., Customer Data Breach Litigation

In re: Paragard IUD Products Liability Litigation

In re: Seresto Flea & Tick Collar, Marketing Sales Practices & Product Liability Litigation

In re: All-Clad Metalcrafters, LLC, Cookware Marketing and Sales Practices Litigation

In re: Allergan Biocell Textured Breast Implant Products Liability Litigation

In re: Zicam Cold Remedy Marketing, Sales Practices and Products Liability Litigation

In re: Guidant Corp. Implantable Defibrillators Product Liability Litigation

In re: Ortho Evra Products Liability Litigation

In re: Yasmin and YAZ (Drospirenone) Marketing, Sales Practices and Products Liability Litigation

In re: Kugel Mesh Hernia Patch Products Liability Litigation

In re: Medtronic, Inc. Sprint Fidelis Leads Products Liability Litigation

In re: Stand 'N Seal Products Liability Litigation

In re: Chantix (Varenicline) Products Liability Litigation

In re: Fosamax (alendronate Sodium) Products Liability Litigation

In re: Benicar (Olmesartan) Products Liability Litigation

In re: Onglyza (Saxagliptin) & Kombiglyze Xr (Saxagliptin & Metformin) Products Liability Litigation

In re: Risperdal and Invega Product Liability Cases

In re: Mirena IUS Levonorgestrel-Related Products Liability Litigation

In re: Incretin-based Therapies Product Liability Litigation

In re: Reglan/Metoclopromide

In re: Levaquin Products Liability Litigation

In re: Zimmer Nexgen Knee Implant Products Liability Litigation

In re: Fresenius Granuflo/NaturaLyte Dialysate Products Liability Litigation

In re: Propecia (Finasteride) Products Liability Litigation

In re: Transvaginal Mesh (In Re C. R. Bard, Inc., Pelvic Repair System Products Liability Litigation; In Re Ethicon, Inc., Pelvic Repair System Products Liability Litigation; In Re Boston Scientific, Inc., Pelvic Repair System Products Liability; In Re American Medical Systems, Pelvic Repair System Products Liability, and others)

In re: Fluoroquinolone Product Liability Litigation

In re: Depuy Orthopaedics, Inc., Pinnacle Hip Implant Products Liability Litigation

In re: Recalled Abbott Infant Formula Products Liability Litigation

Home Depot, U.S.A., Inc. v. Jackson

Webb v. Injured Workers Pharmacy, LLC

# NOTABLE RECOVERIES

### $4 Billion Settlement

In re: Prudential Insurance Co. Sales Practice Litigation

### $3.2 Billion Settlement

In re: Tyco International Ltd., Securities Litigation

### $1.14 Billion Settlement

In Re: Nortel Networks Corp. Securities Litigation

### $1 Billion-plus Trial Verdict

Vivendi Universal, S.A. Securities Litigation

### $1 Billion Settlement

NASDAQ Market-Makers Antitrust Litigation

### $1 Billion Settlement

W.R. Grace & Co.

### $1 Billion-plus Settlement

Merck & Co., Inc. Securities Litigation

### $775 Million Settlement

Washington Public Power Supply System Securities Litigation

### $586 Million Settlement

In re: Initial Public Offering Securities Litigation

# LOCATIONS

### PUERTO RICO
1311 Avenida Juan Ponce de León
San Juan, Puerto Rico 00907

CALIFORNIA
280 South Beverly Drive, Penthouse
Beverly Hills, California 90212

FLORIDA
333 SE 2nd Avenue, Suite 2000
Miami, Florida 33131

ILLINOIS
227 W. Monroe Street, Suite 2100
Chicago, Illinois 60606

NEW JERSEY
1 Bridge Plaza North, Suite 675
Fort Lee, New Jersey 07024

NEW YORK
100 Garden City Plaza, Suite 408
Garden City, New York 11530

TENNESSEE
800 S. Gay Street, Suite 1100
Knoxville, Tennessee 37929

WASHINGTON
1420 Fifth Ave, Suite 2200
Seattle, Washington 98101

17410 133rd Avenue, Suite 301
Woodinville, Washington 98072

WASHINGTON, D.C.
5335 Wisconsin Avenue NW, Suite 440
Washington, D.C. 20015

NETHERLANDS

UNITED KINGDOM



# Exhibit D

# Emery | Reddy, PC

## PRIVACY RIGHTS VIOLATIONS

600 Stewart Street, Suite 1100 | Seattle, WA 98101 | P: 206.442.9106 | F: 206.441.9711 | www.emeryreddy.com



Since 2005, Emery | Reddy has recovered hundreds of millions of dollars for thousands of clients.

We specialize in the complex intersection of Class Action Litigation, L&I Law, Employment Law, Personal Injury, securing justice against corporations that put profits over people. Our results-driven approach has earned both local and national recognition.

Our Complex Litigation and Privacy Rights Team is committed to protecting the privacy rights of consumers and holding negligent organizations accountable, and our success is driven by a collaborative team of experienced, creative, professionals committed to winning every case. Year after year, clients and legal peers alike honor our firm for delivering exceptional results.

### ABOUT US

We are committed to protecting the privacy rights of consumers and holding negligent organizations accountable. Our team actively monitors major data breach incidents and investigates cases involving stolen personal data including names, Social Security numbers, addresses, emails, and medical records. These kinds of violations can lead to serious, long-term consequences for victims. Data breaches are becoming more frequent and severe, and our team is committed to holding companies accountable.

### TESTIMONIALS

*"The team at Emery | Reddy are real life super heroes!"*
—Janette N., Client

*"If you need attorneys who win, pick Emery | Reddy."*
— Shadow S., Client

*"Tim is a great attorney who zealously looks out for his clients' best interests, while at the same time maintaining a professional, respectful, and reasonable approach with Opposing Counsel."*
—Pete N., Opposing Counsel



EMERY REDDY

We help workers.®

# Attorneys



### M. ANDERSON BERRY

M. Anderson Berry is an experienced civil litigator. He is dedicated to protecting individuals' private information and holding defendants accountable for privacy violations. He is also dedicated to uncovering fraud perpetrated against federal and state governments and holding those defendants accountable.

As an Assistant United States Attorney for the Eastern District of California, Anderson handled a wide variety of False Claims Act cases and other civil actions, recovering millions of dollars for the U.S. Government.
Before working as a federal civil prosecutor, Anderson worked for a prominent global law firm, where he represented clients in international arbitration and complex commercial litigation. He worked with clients in a broad array of industries, including oil and gas, alcohol distribution, retail, and pharmaceuticals. Anderson handled matters arising not only on U.S. soil, but also throughout Africa and Latin America.

Before attending law school, Anderson was an experienced private investigator. He handled homicide cases for the Contra Costa and San Francisco Public Defenders' Offices; civil cases and internal investigations for private attorneys and electronics retailers; and in-depth general investigations for 60 Minutes and CBS News with Dan Rather.

Anderson grew up in Northern California, where he graduated from U.C. Berkeley School of Law. He also attended U.C. Berkeley for his undergraduate degree, graduating with highest honors. He was awarded the Eisner Prize for prose, U.C. Berkeley's highest writing honor open to all undergrad and graduate students.

Anderson and his wife reside in Fair Oaks with their three sons, various snakes and lizards, three dogs, and one grumpy catfish.

### EDUCATION
- J.D., University of California, Berkeley School of Law
- B.A.,University of California, Berkeley

### ADMITTED TO PRACTICE
- California State
- Washington State
- U.S. District Court, Northern District of California
- U.S. District Court, Eastern District of California
- U.S. District Court, Central District of California
- U.S. District Court, Southern District of California
- U.S. District Court, Western District of Washington
- U.S. District Court, Northern District of Illinois
- U.S. District Court, Eastern District of Michigan
- U.S. District Court, Northern District of Indiana
- U.S. District Court, Southern District of Indiana
- U.S. District Court, District of Nebraska
- U.S. District Court, District of Colorado
- Fourth Circuit Court of Appeals
- Ninth Circuit Court of Appeals

### AREAS OF CONCENTRATION
- Privacy Rights Law
- Data Breach and Data Privacy
- False Claims Act Whistleblower Representation / Qui Tam
- Internal Revenue Service Whistleblower Representation
- Consumer Law

### PROFESSIONAL AND COMMUNITY INVOLVEMENT
- San Juan Unified School District, Chairperson of School Board Facilities Committee (2021-2023)

### RECENT CLASS COUNSEL AND LEADERSHIP APPOINTMENTS

Anderson has been appointed to many leadership positions in national class action cases, including these current appointments:

- *Burgin et al. v. Housing Authority of the City of Los Angeles*, No. 23STCV06494 (Cal. Super. Ct. Los Angeles Cnty.) (co-lead counsel);
- *Cordell v. Patelco Credit Union*, No. 24CV082095 (Super. Ct. Cal. Alameda Cnty.) (co-lead counsel);
- *Desue v. 20/20 Eye Care Network, Inc. et al.*, No. 0:21-cv-61275 (S.D. Fla.) (exec. comm.);
- *Dudurkaewa et al. v. Midfirst Bank, et al.*, 5:23-cv-00817-R (W.D. Okla.) (exec. comm.);
- *Garcia v. Set Forth, Inc.*, No. 24-CV-11688 (N.D. Ill.) (exec. comm.);
- *Garcia v. Wash. Dep't of Licensing*, No. 22-2-05635-5 (King Cnty. Super. Ct.) (co-lead counsel);
- *Gates v. Western Washington Medical Group*, No. 23-2-08498-31 (Snohomish Cnty. Super. Ct.) (exec. comm.);
- *Hasbrook v. EP Global Production Solutions, LLC*, No. 23STCV19711 (Cal. Super. Ct. Los Angeles Cnty.) (co-lead counsel);
- *Holmes v. Elephant Insurance Company, et al.*, No. 3:22-cv-00487-JAG (E.D. Va.) (co-lead counsel);
- *Hulse v. Acadian Ambulance Service, Inc.*, No. 6:24-cv-01011-DCJ (W.D. La.) (exec. comm.);

- *In re: Arthur J. Gallagher Data Breach Litig.*, No. 1:21-cv-04056 (N.D. Ill.) (co-lead counsel);
- *In re: Avis Rent A Car System, LLC, Security Incident Litig.*, No. 2:24-cv-09243-JXN (D.N.J.) (co-lead counsel);
- *In re: CaptureRx Data Breach Litig.*, No. 5:21-cv-00523 (W.D. Tex.) (co-lead counsel);
- *In re: Cerebral, Inc. Privacy Practices*, No. 2:23-cv-01803-FMO (C.D. Cal.) (liaison counsel);
- *In re: Eureka Casino Breach Litig.*, No. 2:23-cv-00276-CDS-DJA (D. Nev.) (co-lead counsel);
- *In re: Fred Hutchinson Cancer Ctr. Data Breach Litig.*, No. 23-2-24266-1 (King Cnty. Super. Ct.) (co-lead counsel);
- *In re: Laboratory Serv. Coop. Data Breach Litig.*, No. 2:25-cv-00685 (W.D. Wash.); (plaintiffs' steering committee);
- *In re: Lakeview Loan Servicing Data Breach Litig.*, No. 1:22-cv-20955-DPG (S.D. Fla.) (exec. Comm.);
- *In re: Landmark Admin LLC Data Incident Litig.*, No. 6:24-cv-082-H (N.D. Tex.) (exec. comm.);
- *In re: Mednax Servs., Inc., Customer Data Security Breach Litig.*, No. 21-md-02994 (S.D. Fla.) (exec. comm.);
- *In re: Overby-Seawell Company Customer Data Security Breach*, No. 1:23-md-03056-SDG (N.D. Ga.) (co-lead counsel);
- *In re: Panera Data Security Litig.*, No. 4:24-cv-847-HEA (E.D. Mo.) (co-lead counsel);
- In re: *PowerSchool Holdings, Inc. and PowerSchool Group, LLC, Customer Security Breach Litig.*, No. 25-md-3149-BEN-MSB (S.D. Cal.) (exec. comm.);
- *In re: Proliance Surgeons Data Breach Litigation*, No. 23-2-23579-7 SEA (King Cnty. Super. Ct.) (exec. comm.);
- *In re: Prospect Medical Holdings, Inc., Data Breach*, No. 2:23-cv-03216-WB (E.D. Pa.) (co-lead counsel);
- *In re: Sequoia Benefits and Insurance Data Breach Litig.*, No. 3:22-cv-08217-RFL (N.D. Cal.) (exec. comm.);
- *In re: Signature Performance Data Breach Litigation*, No. 8:24-cv-00230-BBCB-MDN (D. Neb.) (co-lead counsel);
- *In re: Snap Fin. Data Breach Litig.*, No. 2:22-cv-00761 (D. Utah) (co-lead counsel);
- *Kersey v. Therapeutic Health Serv.*, No. 24-2-17679-9 (King Cnty. Super. Ct.) (lead counsel);
- *Margul v. Evolve Bank & Trust*, No. 1:24-cv-03259-DDD (D. Colo.) (co-lead counsel);
- *Mcauley, et al. v. Pierce College District*, No. 23-2-11064-7 (Pierce Cnty. Super. Ct.) (exec. comm.);

- *Pace v. Omni Family Health*, No. 1:24-cv-01277-JLT (E.D. Cal.) (co-lead counsel);
- *Rossi v. Claire's Stores*, No. 1:20-cv-05090 (N.D. Ill.) (co-lead counsel);
- *Smith v. Apria Healthcare, LLC*, No. 1:23-cv-01003-JPH-KMB (S.D. Ind.) (exec. comm.);
- *Swan v. North American Breaker Company, LLC*, No. 2:25-cv-02002-HDV-KES (C.D. Cal.) (co-lead counsel);
- *Ware v. San Gorgonio Memorial Hosp.*, CVRI2301216 (Cal. Super. Ct. Riverside Cnty.) (co-lead counsel).



### BROOK GARBERDING

Brook Garberding is an accomplished attorney and business executive with over two decades of cross-disciplinary experience, specializing in complex litigation and privacy and data class actions. His background spans business law, finance, compliance, risk management, and corporate advisory, allowing him to bring a unique and multidisciplinary perspective to the full lifecycle of litigation — from case development and discovery through settlement and enforcement. Brook is deeply committed to achieving meaningful outcomes for affected individuals while driving structural improvements in organizational data protection, making him a key contributor to the firm's data privacy and cybersecurity practice.

#### EDUCATION
- LL.M. in Taxation, University of Washington School of Law, 2007
- J.D. Seattle University School of Law, 2025
- M.B.A, Seattle University Albers School of Business & Economics, 2004
- Dual B.S. in Business and Accounting, Central Washington University, 1999

#### ADMITTED TO PRACTICE
- Washington State
- U.S. District Court, Western District of Washington
- U.S. Tax Court

#### AREAS OF CONCENTRATION
- Complex Litigation
- Privacy and Data Breach Law

#### PROFESSIONAL AND COMMUNITY INVOLVEMENT
Brook maintains memberships in several legal, finance, and accounting based professional organizations. Brook holds several professional and educational certifications including:

- Licensed Certified Public Accountant (WA)
- Certified Management Accountant
- Certified Fraud Examiner
- Certified Internal Auditor
- Project Management Professional
- Certificate in Data Analytics, University of Washington
- Certificate in Strategic Decision and Risk Management, Stanford University

5

RECENT CLASS COUNSEL
AND LEADERSHIP APPOINTMENTS

- *Amundson v. Pub. Util. Dist. No. 2 of Grant Cnty.*, No. 25-2-00784-13 (Grant Cnty. Super. Ct.);

- *Applegate v. Corebridge Fin., Inc.*, No. 4:23-cv-03227 (S.D. Tex);

- *Barnes v. Ocuco Inc.*, No. 8:25-cv-1579 (M.D. Fla.);

- *Clayton v. TransUnion, LLC*, No. 1:25-cv-11140 (N.D. Ill.);

- *Eberlein v. Mt. Baker Imaging*, No. 25-2-00463-37 (Whatcom Cnty. Super. Ct.);

- *Emano v. Port of Seattle*, No. 25-2-11500-3 (King Cnty. Super. Ct.);

- *Fite v. Yakima Valley Radiology*, P.C., No. 24-2-00697-39 (Yakima Cnty. Super. Ct.);

- *Kersey v. Therapeutic Health Serv.*, No. 24-2-17679-9 (King Cnty. Super. Ct.) (secured payments to the class in a data breach action);

- *In re Arthur J. Gallagher Data Breach Litig.*, No. 1:22-cv-00137 (N.D. Ill.) (secured payments to the class in a data breach action);

- *In re Clark Cnty. Data Sec. Litig.*, No. 25-2-022-14-06 (Clark Cnty. Super. Ct.);

- *In re Coinbase Customer Data Sec. Breach Litig.*, MDL No. 3153 (J.P.M.L.);

- *In re Fred Hutchinson Cancer Ctr. Data Breach Litig.*, No. 23-2-24266-1 (King Cnty. Super. Ct.);

- *In re Laboratory Serv. Coop. Data Breach Litig.*, No. 2:25-cv-00685 (W.D. Wash.);

- *In re MOVEit Customer Data Sec. Breach Litig.*, MDL No. 1:23-md-03083 (D. Mass.);

- *Laughlin v. Cleo Commc'ns US, LLC*, No. 1:25-cv-04347 (N.D. Ill.) ;

- *Margul v. Evolve Bank & Trust*, No. 1:24-cv-03259 (D. Colo.);

- *McAuley v. Pierce College Dist.*, No. 23-2-11064-7 (Pierce Cnty. Super. Ct.) (secured payments to the class in a data breach action);

- *Morrill v. Lakeview Loan Servicing, LLC*, No. 1:2022-cv-20955 (S.D. Fla.);

- *Nunley v. Chelan-Douglas Health Dist.*, No 39571-5-III, 2024 Wash. App. LEXIS 2196 (October 31, 2024) (secured payments to the class in a data breach action);

- *Owusu v. Renton Sch.; Dist.*, No. 24-2-10635-3 (King Cnty. Super. Ct.);

- *Perkins v. Proliance Surgeons, Inc.*, P.S., No. 23-2-23579-7 (King Cnty. Super. Ct.);

- *Robes Solis ex rel. v. Highline Sch. Dist., No. 401*, No. 25-2-11395-7 (King Cnty. Super. Ct.);

- *Smith v. United Backcare, P.S.*, No. 25-2-07491-9 (King Cnty. Super. Ct.);



TIMOTHY W. EMERY

Timothy W. Emery is a founding partner of Emery Reddy, PC, a downtown Seattle civil litigation law firm formed in 2005. He has successfully represented thousands of clients and amassed numerous awards and recognition for his skilled representation of Washington workers and consumers nationwide. Mr. Emery is currently lead or co-lead in over 250 class action cases in state and federal court.

EDUCATION
- J.D., Seattle University School of Law, 2003
- M.B.A, University of Washington, 2013
- B.B.A, Pacific Lutheran University, 1999

ADMITTED TO PRACTICE
- Washington State
- Utah State
- U.S. District Court, Western District of Washington
- U.S. District Court, Eastern District of Washington
- U.S. District Court, District of Colorado
- U.S. District Court, District of Utah
- Ninth Circuit Court of Appeals

AREAS OF CONCENTRATION
- Employment Law
- Class Actions
- Consumer Law
- Privacy Rights Law

PROFESSIONAL AND COMMUNITY INVOLVEMENT
- Inns of Court
- Association of Corporate Counsel
- Washington State Association for Justice
- Washington State Trial Lawyers Association, EAGLE member

RECENT CLASS COUNSEL
AND LEADERSHIP APPOINTMENTS

- *Abbot v. OpenGov, Inc.*, No. 24-2-15636-4 (King Cnty. Super. Ct.) (secured payments to the class for EPOA violations) (pending final approval);

- *Abrego Olea v. Vessel WA Operations, LLC*, No. 22-2-06944-9 (King Cnty. Super. Ct.) (secured payments to the class for non-compete violations);

- *Atkinson v. AJP Enterprises, LLC*, No. 23-2-10313-1 (seeking payments for two classes for EPOA violations: pay transparency and requesting salary history) (pending final approval);

- *Atkinson v. AMF Bowling Centers, Inc.*, No. 23-2-19816-6 (King Cnty. Super. Ct.) (secured payments to the class for EPOA violations);

- *Atkinson v. Burberry Ltd.*, No. 23-2-19460-8 (King Cnty. Super. Ct.) (secured payments to the class for EPOA violations);

- *Atkinson v. Sonesta International Hotels Corp.*, No. 23-2-19802-6 (King Cnty. Super. Ct.) (secured payments to the class for EPOA violations);

- *Branson v. Wash. Fine Wine & Spirits, LLC*, No. 103394-0, 2025 Wash. LEXIS 442 (Sept. 4, 2025);

5

- *Brinkman v. Emanuel, Inc.*, No. 24-2-02186-8 (King Cnty. Super. Ct.) (secured payments to the class for missed meals and breaks and minimum wage violations);

- *Burns v. Amazon.com Services LLC*, No. 24-2-22574-9 SEA (King Cnty. Super. Ct. Sept. 4, 2025) (order granting plaintiffs' motion for class certification);

- *Carlson v. Pacific Northwest Fondue, LLC*, No. 19-2-05401-8 (King Cnty. Super. Ct.) (secured payments to the class for missed meals and breaks);

- *Clopp v. Pacific Market Research, LLC*, No. 21-2-08738-4 (King Cnty. Super. Ct.) (secured payments to the class in a data breach action);

- *Cottington v. Washington Traffic Control, LLC*, No. 22-2-02152-7 (King Cnty. Super. Ct.) (secured payments to the class for minimum wage violations);

- *David v. Freedom Vans, LLC*, 4 Wn.3d 242 (2025) (reversed Trial Court's ruling restricting the use of non-competition agreements in favor of Washington workers);

- *Davis v. Jeff, Pat, Chris, LLC*, No. 19-2-33832-6 (King Cnty. Super. Ct.) (secured payments to the class for minimum wage violations);

- *Dozier v. Noble Food Group, Inc.*, No. 19-2-01148-29 (Skagit Cnty. Super. Ct.) (secured payments to the class for minimum wage violations);

- *Dykstra v. The Shield Co. Management, Inc.*, No. 23-2-24015-4 (King Cnty. Super. Ct.) (secured payments to the class for wage theft and missed meals and breaks) (pending final approval);

- *Evans v. Jacobs Solutions, Inc.*, No. 24-2-14584-2 (King Cnty. Super. Ct.) (secured payments to the class for wage theft/failure to payout paid-time-off);

- *Floyd v. DoorDash, Inc.*, No. 23-2-19559-1 (King Cnty. Super. Ct.) (secured payments to the class for EPOA violations);

- *Garcia v. WA Department of Licensing, et al.*, No. 22-2-05635-5 SEA (King Cnty. Super. Ct.) (secured payments to class in a data breach action);

- *Gegax v. Ann/Judith In Home Caregivers of Western Washington, LLC*, No. 22-2-17728-4 (King Cnty. Super. Ct.) (secured payments to the class for non-compete violations);

- *Grove v. Cressy Door Company, Inc.*, No. 21-2-09828-9 (King Cnty. Super. Ct.) (secured payments to the class for missed meals and breaks and travel time);

- *Heard v. Home Express Delivery Service, LLC*, No. 20-2-07098-0 (King Cnty. Super. Ct.) (secured payments to the class for missed overtime wages);

- *Herold v. Orchard Foods Corp.*, No. 23-2-19448-9 (King Cnty. Super. Ct.) (secured payments to the class for EPOA violations) (pending final approval);

- *Honc v. Pacific Pie, Inc.*, No. 21-2-02653-32 (Spokane Cnty. Super. Ct.) (secured payments to the class for minimum wage violations);

- *Jens v. Tori Belle Cosmetics, LLC*, No. 22-2-06641-5 (King County Super. Ct.) (obtained $9,889,985.51 judgment for non-compete violations);

- *Jones v. eFinancial, LLC*, No. 22-2-19385-9 (King Cnty. Super. Ct.) (secured payments to the class for non-compete violations);

- *Justice v. Lube Development, L. C.*, No. 23-2-12593-2 (King County Super. Ct.) (secured payments to the class for missed meals and breaks and minimum wage violations);

- *Kennedy v. Ginsing, LLC*, No. 20-2-05287-6 (King Cnty. Super. Ct.) (secured payments to the class for missed meals and breaks);

- *LaCombe v. USNR, LLC*, No. 23-2-03036-2 (King Cnty. Super. Ct.) (secured payments to the class for time-clock rounding violations);

- *Moliga v. Ambrosia QSR Burger, LLC*, No. 24-2-13001-2 (King Cnty. Super. Ct.) (secured payments to the class for EPOA violations) (pending final approval);

- *Moliga v. Ginsing, LLC*, No. 23-2-13231-5 (King Cnty. Super. Ct.) (secured payments to the class for EPOA violations);

- *Moliga v. Marriott International, Inc.*, No. 23-2-19493-4 (King Cnty. Super. Ct.) (secured payments to the class for EPOA violations);

- *Moliga v. Qdoba Restaurant Corp.*, No. 23-2-11540-6 (King Cnty. Super. Ct.) (secured payments to the class for EPOA violations);

- *Moliga v. Vessel WA Operations, LLC*, No. 21-2-09027-0 (King Cnty. Super. Ct.) (secured payments to the class for missed meals and breaks);

- *Morey v. Aftermath Services, LLC*, No. 2:21-cv-00885 (W.D. Wash.) (secured payments to the class for missed meals and breaks and minimum wage violations);

- *Morey v. Suburban Propane, L.P.*, No. 23-2-19553-1 (King Cnty. Super. Ct.) (secured payments to the class for EPOA violations) (pending final approval);

- *Morrow v. Maverick Washington, LLC*, No. 22-2-03653-2 (King Cnty. Super. Ct.) (secured payments to the class for missed meals and breaks and minimum wage violations);

- *Nunley v. Chelan-Douglas Health Dist.*, No 39571-5-III, 2024 Wash. App. LEXIS 2196 (October 31, 2024) (secured payments to the class in a data breach action);

- *Nyannor v. Vessel WA Operations, LLC*, No. 22-2-08233-0 (King Cnty. Super. Ct.) (secured payments to the class for violations of the Seattle Secure Scheduling Ordinance);

- *Perry v. AWP, Inc.*, No. 24-2-12752-6 (King Cnty. Super. Ct.) (secured payments to the class for EPOA violations) (pending final approval);

- *Saraceno-Oliveri v. Solgen Power, LLC*, No. 23-2-09228-7 King Cnty. Super. Ct.) (secured payments to the class for non-compete violations);

- *Schneider v. Assurance IQ, LLC*, No. 22-2-15633-3 (King Cnty. Super. Ct.) (secured payments to the class for non-compete violations);

- *Shipman v. Airport Investment Company, Inc.*, No. 19-2-32386-8 (King Cnty. Super. Ct.) (secured payments to the class for minimum wage violations);

- *Spencer v. City of Mount Vernon*, No. 22-2-00461-29 (Skagit Cnty. Super. Ct.) (secured payments to the class for EPOA violation);

- *Spencer v. Conifer Revenue Cycle Solutions, LLC*, No. 23-2-19345-8 (King Cnty. Super. Ct.) (secured payments to the class for EPOA violations);
- *Spencer v. JELD-WEN, Inc.*, No. 23-2-19581-7 (King Cnty. Super. Ct.) (secured payments to the class for EPOA violations) (pending final approval);
- *Spencer v. Mastercard International, Inc.*, No. 23-2-19564-7 (King Cnty. Super. Ct.) (secured payments to the class for EPOA violations);
- *Spencer v. Providence St. Joseph Health Foundation*, No. 24-28211-4 (King Cnty. Super. Ct.) (secured payments to the class for EPOA violations) (pending final approval);
- *Taylor v. RACOM Corp.*, No. 24-2-08410-0 (King Cnty. Super. Ct.) (secured payments to the class for non-compete violations) (pending final approval);
- *Viveros v. Perfect Blend, LLC*, No. 23-2-05511-0 (King Cnty. Super. Ct.) (secured payments to two classes for EPOA and MWA violations);
- *Voivod v. APIZZA, LLC*, No. 23-2-06729-1 (King Cnty. Super Ct.) (secured payments to the class for missed meals and breaks);
- *Warren v. Discount Tire Co. of Washington, Inc.*, No. 22-2-10618-8 (Pierce Cnty. Super. Ct.) (secured payments to the class for missed meals and breaks and minimum wage violations);
- *Yount v. Cintas Corp.*, No. 23-2-19408-0 (King Cnty. Super. Ct.) (secured payments to the class for EPOA violations);
- *Yount v. Diamond Parking, Inc.*, No. 23-2-19309-1 (King Cnty. Super. Ct.) (secured payments to the class for EPOA violations);
- *Yount v. Northwest Restaurants, Inc.*, No. 23-2-19399-7 (King Cnty. Super. Ct.) (secured payments to the class for EPOA violations);
- *Yount v. Sharp Elec. Corp.*, No. 23-2-19425-0 (King Cnty. Super. Ct.) (secured payments to the class for EPOA violations); and
- *Yount v. Williams Sonoma*, No. 24-2-06599-7 (King Cnty. Super. Ct.) (secured payments to the class for EPOA violations).



## GREGORY HAROUTUNIAN

Born and raised in the suburbs of New York City, Gregory Haroutunian spent six years practicing in the Northeast, focusing on surety bond law and construction defect cases as well as products liability and medical device law.

Gregory Haroutunian has spent his career developing a wide range of experience in civil litigation. Before attending law school, Gregory first spent two years as a paralegal, learning the ins and outs of general civil litigation and elder law. Gregory attended the Georgetown University Law Center where he graduated cum laude. While at Georgetown Gregory held a year-long judicial internship under Chief Administrative Law Judge Ronnie A. Yoder of the United States Department of Transportation and served as a legal intern at the National Whistleblowers' Center and the firm Kohn, Kohn, & Colapinto where he had his first experiences in Qui Tam and fraud cases.

After Gregory moved to California in 2019, he first gained experience practicing general civil litigation, including cases ranging from construction defects to personal injury to landlord/tenant.

At Emery | Reddy, Gregory has returned to his first passion in his law practice, working on False Claims Act and Class Action matters. He brings his diverse experience in other fields into this practice and merges them with his tireless drive to help people and advance the interests of his clients.

### EDUCATION

- J.D., Georgetown University Law Center, 2012
- A.B., Columbia University, 2007

### ADMITTED TO PRACTICE

- New York State
- New Jersey State
- California State
- U.S. District Court, Northern District of California
- U.S. District Court, Eastern District of California
- U.S. District Court, Central District of California
- U.S. District Court, Southern District of California
- U.S. District Court, Northern District of New York
- U.S. District Court, Southern District of New York
- U.S. District Court, Northern District of Indiana
- U.S. District Court, Southern District of Indiana
- U.S. District Court, District of New Jersey
- U.S. District Court, District of Nebraska
- U.S. District Court, Eastern District of Wisconsin

### AREAS OF CONCENTRATION

- Class Action
- Consumer Privacy
- Data Breach
- Qui Tam / False Claims

### PROFESSIONAL AND COMMUNITY INVOLVEMENT

- Capital City Trial Lawyers Association

### PUBLICATIONS AND MENTIONS

- *Consumer Protection Aviation Fare Advertisement and Denied Boarding*, (2014) 20 CLJP/JDCP 197-221 (2014).

### RECENT CLASS COUNSEL AND LEADERSHIP APPOINTMENTS

- *Accurso v. Western Electrical Contractors Assoc.*, No. 24CV017855 (Cal. Super. Ct. Sacramento Cnty.) (liaison counsel);
- *Benavides v. HopSkipDrive, Inc.*, No. 23STCV31729 (Cal. Super. Ct. Los Angeles Cnty.) (co-lead counsel);
- *Bitmouni v. Paysafe Payment Processing Solutions, LLC*, 3:21-cv-00641-JCS (N.D. Cal.) (class counsel);
- *Bohannon, et al. v. Lyon Real Estate*, No. 23CV009153 (Cal. Super. Ct. Sacramento Cnty.) (class counsel);
- *Franchi v. Barlow Respiratory Hospital*, No. 22STCV09016 (Cal. Super. Ct. Los Angeles County) (class counsel);

- *Gilbert et al. v. BioPlus Specialty Pharmacy Services, LLC*, Case No. 6:21-cv-02158-RBD-DVI (M.D. Fla.) (class counsel);
- *Hoover v. ASM Global Parent, Inc.*, No. 2:24-cv-10794-WLH-PVC (C.D. Cal.) (class counsel);
- *In re: Avis Rent a Car System, LLC Security Incident Litig.*, No. 2:24-cv-09243 (D.N.J.) (co-lead counsel);
- *In re: Blackhawk Network Data Breach Litig.*, No. 3:22-cv-07084-CRB (N.D. Cal.) (class counsel);
- *In re: Ethos Technologies Inc. Data Breach Litig.*, 3:22-cv-09203-SK (N.D. Cal.) (class counsel);
- *In re: F21 OPCO, LLC Data Breach Litig.*, No. 2:23-cv-07390-MEMF-AGR (C.D. Cal.) (co-lead counsel);
- *In re: Radiology Assoc of Richmond Data Security Litig.*, No. 3:25-cv-00518-DJN (E.D. Va.) (plaintiff's executive committee);
- *In re: SAG Health Data Breach Litig.*, No. 2:24-cv-10503-MEMF-JPR (C.D. Cal.) (co-lead counsel);
- *Parker v. Metromile, LLC*, No. 27-2022-000-49770-CU-BT-CTL (Cal. Super. Ct. San Diego Cnty.) (class counsel);
- *Sanguinetti v. Nevada Restaurant Services*, Inc., 2:21-cv-01768-RFB-DJA (D. Nev.) (class counsel).



### BRANDON JACK

Brandon Jack is a seasoned complex litigation attorney at Emery | Reddy, committed to defending the rights of consumers and workers nationwide. He litigates against corporations and other entities that violate individuals' civil, consumer, and privacy rights. After years of representing major corporations and insurance companies, Brandon now dedicates his entire practice to complex litigation on behalf of individuals, fighting for those whose rights have been compromised.

#### EDUCATION
- J.D., McGeorge School of Law, 2018
- B.A., University of California, Santa Barbara, 2016

#### ADMITTED TO PRACTICE
- California State;
- U.S. District Court, Northern District of California;
- U.S. District Court, Eastern District of California;
- U.S. District Court, Central District of California;
- U.S. District Court, District of Colorado;
- U.S. District Court, Southern District of Indiana

#### AREAS OF CONCENTRATION
- Class Action
- Data Breach
- Privacy Rights
- Qui Tam / False Claims
- Employment Law
- Corporate Law

#### PROFESSIONAL AND COMMUNITY INVOLVEMENT
- Sacramento County Bar Association
- Junior Barristers Division
- Inns of Court
- McGeorge Bankruptcy Clinic

#### RECENT SUCCESSES (2023 – 2024)
- *Bohannon v. Lyon Real Estate*, 23CV009153 (Cal. Super. Ct. Sacramento Cnty.) (class counsel);
- *Hasbrook v. EP Global Production Solutions, LLC*, No. 23STCV19711 (Cal. Super. Ct. Los Angeles Cnty.);
- *In re Arthur J. Gallagher Data Breach Litigation*, No. 1:21-cv-04056 (N.D. Ill.);
- *Tony Gonzalez et al. v. Palo Verde Hospital District*, CVRI2502320 (Cal. Super. Ct. Riverside Cnty.) (co-lead counsel).



### ANDREW SNYDER

Andrew Snyder is an Emery | Reddy Attorney based in Austin, Texas. Although his practice now focuses on class action, data breaches, and Qui Tam claims, Andrew has experience counseling in everything from criminal to public utilities to probate law.

During his law school tenure, Andrew studied abroad at Oxford University and served as a corporate extern for Hunt Oil Company in downtown Dallas, Texas. Passionate about service and charitable work, Andrew interned at the Constitutional Law Center for Muslims in America, a nonprofit organization that assisted indigent clients throughout the United States with various legal issues. While interning there, Andrew assisted drafting and filing a writ of certiorari to the United States Supreme Court. Andrew was an honoree of the Pro Bono College of the State Bar of Texas in 2017 for his efforts.

Andrew is a member of the Emery | Reddy Data Breach Team, bringing his wide-ranging experience to represent victims who have stolen and exposed data. Andrew was a founding Austin Bar Association's data privacy group member. He developed an interest in data privacy while in law school and presented at a conference in Atlanta, Georgia, in 2018. He obtained his Certified Information Privacy Professional certification from the International Associate of Privacy Professionals in 2021.

Outside of work, Andrew is an avid soccer player who has held season tickets for Austin FC since its founding. When not enthralled by soccer, you can usually find Andrew at trivia nights around Austin or walking his two dogs, Ann Perkins and Ladybird, with his wife. On occasion, he can coax his mercurial cat, Cat, into sitting on his lap.

#### EDUCATION
- J.D., Southern Methodist University Dedman School of Law, 2018
- B.A., Southwestern University, 2013

ADMITTED TO PRACTICE
- Texas State;
- U.S. District Court, Northern District of Texas

AREAS OF CONCENTRATION
- Class Action
- Data Breach
- Qui Tam / False Claims

PROFESSIONAL AND COMMUNITY INVOLVEMENT
- Austin Bar Association
- Austin Bar Association — Data Privacy Section
- International Association of Privacy Professionals

# Exhibit E



One Magnificent Mile
980 N Michigan Avenue
Suite 1610
Chicago, Illinois 60611
P: 872.263.1100
F: 872.263.1109
straussborrelli.com

# Our Firm

Strauss Borrelli PLLC is a premier civil litigation team focused on representing groups of individuals who have been harmed by corporate misconduct. We regularly represent clients in cases involving data misuse, illegal telemarketing, privacy intrusion, unfair employment practices, and defective products. Our efforts have earned us a reputation for achieving success in high-stakes and complex cases across the country.

At every step, we put the interests of our clients first.

**We make the courtroom accessible to all.**
At Strauss Borrelli, we understand that our legal system is out of reach for most individuals who have suffered at the hands of corporate wrongdoing. Time, money, and expertise act as barriers to judicial action. We confront these obstacles by empowering those affected to take collective action to seek relief.

**We innovate and adapt.**
As new technologies become available, our team learns and grows to make our processes faster, more effective, and less expensive. We challenge each other to continually evolve to meet the needs of our clients in an ever-changing world.

**We know that people are our greatest resource.**
Whether it be within our own team or with experts, co-counsel, or clients, we foster collaborative spaces. We know that good ideas can come from anyone, and the best ideas are forged when we work together. Our experiences have shown us that fresh perspectives coupled with legal expertise create smart strategies.

**We understand the strength in numbers.**
Too often, corporate transgressions go unchallenged. Together, we create a check against large companies' misconduct. By combining individual claims, we hold those who put profit over people accountable and achieve relief for all those injured by wrongdoings ranging from the annoyance of daily telemarketing calls to the devastation of a sudden mass layoff.

**We commit to personal connections.**
At every stage, we help clients understand the complex issues at hand and empower them to take an active role in their cases. We will always take the time to build relationships with our clients in order to understand what success means to them. In defining and reaching our goals, we advise with compassion and understanding.

# Our Cases

## COMMERCIAL ELECTRONIC MAIL ACT

### *Ma v. Nike, Inc.* **(W.D. Wash.)**

Filed on behalf of consumers who received emails with false or misleading subject lines designed to manipulate consumer choice by creating a false sense of urgency. Plaintiff alleges Nike violated Washington's Commercial Electronic Mail Act and Consumer Protection Act through its deceptive marketing. The case is currently pending in the United States District Court for the Western District of Washington.

### *Agnew, et al. v. Macy's Retail Holdings, LLC* **(W.D. Wash.)**

Filed on behalf of consumers who received emails with false or misleading subject lines designed to manipulate consumer choice by creating a false sense of urgency. Plaintiffs allege Macy's violated Washington's Commercial Electronic Mail Act and Consumer Protection Act through its deceptive marketing. The case is currently pending in the United States District Court for the Western District of Washington.

### *Jackson v. Hanesbrands, Inc.* **(E.D. Wash.)**

Filed on behalf of consumers who received emails with false or misleading subject lines designed to manipulate consumer choice by creating a false sense of urgency. Plaintiff alleges Hanes violated Washington's Commercial Electronic Mail Act and Consumer Protection Act through its deceptive marketing. The case is currently pending in the United States District Court for the Eastern District of Washington.

### *Liss, et al. v. Lenovo (United States) Inc.* **(W.D. Wash.)**

Filed on behalf of consumers who received emails with false or misleading subject lines designed to manipulate consumer choice by creating a false sense of urgency. Plaintiffs allege Lenovo violated Washington's Commercial Electronic Mail Act and Consumer Protection Act through its deceptive marketing. The case is currently pending in the United States District Court for the Western District of Washington.

### *Shahpur, et al. v. Ulta Salon, Cosmetics & Fragrance Inc.* **(E.D. Wash.)**

Filed on behalf of consumers who received emails with false or misleading subject lines designed to manipulate consumer choice by creating a false sense of urgency. Plaintiffs allege Ulta violated Washington's Commercial Electronic Mail Act and Consumer Protection Act through its deceptive marketing. The case is

currently pending in the United States District Court for the Eastern District of Washington.

### Hutton v. Papa John's USA, Inc., et al. (W.D. Wash.)

Filed on behalf of consumers who received emails with false or misleading subject lines designed to manipulate consumer choice by creating a false sense of urgency. Plaintiff alleges Papa John's violated Washington's Commercial Electronic Mail Act and Consumer Protection Act through its deceptive marketing. The case is currently pending in the United States District Court for the Western District of Washington.

### Liss, et al. v. Skechers U.S.A. Inc. (W.D. Wash.)

Filed on behalf of consumers who received emails with false or misleading subject lines designed to manipulate consumer choice by creating a false sense of urgency. Plaintiffs allege Skechers violated Washington's Commercial Electronic Mail Act and Consumer Protection Act through its deceptive marketing. The case is currently pending in the United States District Court for the Western District of Washington.

### Bajwa v. National Automotive Parts Association, LLC (W.D. Wash.)

Filed on behalf of consumers who received emails with false or misleading subject lines designed to manipulate consumer choice by creating a false sense of urgency. Plaintiff alleges NAPA Auto Parts violated Washington's Commercial Electronic Mail Act and Consumer Protection Act through its deceptive marketing. The case is currently pending in the United States District Court for the Western District of Washington.

### Hutton v. The Reinalt-Thomas Corporation (W.D. Wash.)

Filed on behalf of consumers who received emails with false or misleading subject lines designed to manipulate consumer choice by creating a false sense of urgency. Plaintiff alleges The Reinalt-Thomas Corporation d/b/a Discount Tire violated Washington's Commercial Electronic Mail Act and Consumer Protection Act through its deceptive marketing. The case is currently pending in the United States District Court for the Western District of Washington.

## CONSUMER PROTECTION

### Fowler, et al. v. Wells Fargo Bank, N.A. (N.D. Cal.)

Filed on behalf of consumers who were overcharged fees on FHA mortgages. The case settled on a class-wide basis for $30,000,000 in 2018, and final approval was granted in January 2019.

### Jones, et al. v. Monsanto Company (W.D. Mo.)

Filed on behalf of individuals who purchased mislabeled RoundUp® products. The case settled on a class-wide basis in 2020 for $39,550,000. Final approval was granted in May 2021.

### Crawford, et al. v. FCA US LLC (E.D. Mich.)

Filed on behalf of consumers who purchased or leased Dodge Ram 1500 and 1500 Classic vehicles equipped with 3.0L EcoDiesel engines between 2013 and 2019. Plaintiffs allege unfair, deceptive, and fraudulent practices in the Defendants' marketing and sale of vehicles with allegedly defective EGR coolers. This case is currently pending in the United States District Court for the Eastern District of Michigan.

### In re: Chrysler-Dodge-Jeep EcoDiesel Marketing, Sales Practices and Products Liability Litigation (N.D. Cal.)

Filed on behalf of consumers against Fiat Chrysler and Bosch alleging unfair, deceptive, and fraudulent practices in the Defendants' marketing and sale of certain EcoDiesel vehicles. The class contained over 100,000 vehicles, including 2014-2016 model-year Jeep Grand Cherokees and Dodge Ram 1500 trucks that were allegedly outfitted with devices that masked actual emission levels. The case settled on a class-wide basis for $307,500,000, and final approval was granted in May 2019.

### Rolland, et al. v. Spark Energy, LLC (D.N.J.)

Filed on behalf of consumers who were forced to pay considerably more for their electricity than they should otherwise have paid due to Spark Energy's deceptive pricing practices. Plaintiff alleges that Spark Energy engages in a bait-and-switch deceptive marketing scheme luring consumers to switch utility companies by offering lower than local utility rates. These lower rates are fixed for only a limited number of months and then switch to a variable market rate that is significantly higher than the rates local utilities charge. The case settled on a class-wide basis for $11,000,000 in 2022, and final approval was granted in December 2022.

### Haines v. Washington Trust Bank (Wash. Sup. Ct., King Cty.)

Strauss Borrelli attorneys represented consumers who were charged $35 overdraft fees by Washington Trust Bank on accounts that were never actually overdrawn. Plaintiff filed suit against Washington Trust Bank for the unfair and unlawful assessment of these overdraft fees. This case settled on a class-wide basis in 2021, and final approval was granted in November 2021.

***Pryor v. Eastern Bank* (Mass. Sup. Ct., Suffolk Cty.)**
Strauss Borrelli attorneys represented consumers who were charged $35 overdraft fees by Eastern Bank on accounts that were never actually overdrawn. Plaintiff filed suit against Eastern Bank for the unfair and unlawful assessment of these overdraft fees. This case settled on a class-wide basis in 2021, and final approval was granted in March 2021.

## DATA BREACH

***Walters v. Kimpton Hotel & Restaurant Group, LLP* (N.D. Cal.)**
Filed on behalf of consumers whose private information and personal identifiable information, including credit and debit card numbers, names, mailing addresses, and other personal information, was compromised and stolen from Kimpton Hotel & Restaurant Group by hackers. The case settled on a class-wide basis in 2018, and final approval was granted in July 2019.

***Reetz v. Advocate Aurora Health, Inc.* (Wis. Cir. Ct., Milwaukee Cty.)**
Filed on behalf of employees of Aurora Advocate Health, the 10th largest not-for-profit integrated health care system in the United States, whose personally identifiable information was breached and stolen through an email phishing campaign beginning in January 2020. Many of these individuals have lost time and money responding to the data breach and they face an ongoing risk of identity theft, identity fraud, or other harm. This case settled in 2023.

***Goetz v. Benefit Recovery Specialists, Inc.* (Wis. Cir. Ct., Walworth Cty.)**
Strauss Borrelli attorneys represented a class of consumers whose personal health information was compromised and stolen from Benefit Recovery Specialists, Inc., a Houston-based billing and collections services firm that provides billing and collection services to healthcare providers across the country. Many of these consumers have lost time and money responding to the data breach and they face an ongoing risk of identity theft, identity fraud, or other harm. This case settled on a class-wide basis in 2022, and final approval was granted in July 2022.

***In re BJC Healthcare Data Breach Litigation* (Mo. Cir. Ct., St. Louis Cty.)**
Strauss Borrelli attorneys represented a class of consumers whose personal health information was compromised and stolen from BJC Healthcare, a major regional health system. Many of these consumers lost time and money responding to the data breach and they face an ongoing risk of identity theft, identity fraud, or other harm. This case settled on a class-wide basis in 2021 and final approval was granted in September 2022.

***Daum, et al. v. K & B Surgical Center, LLC* (Cal. Sup. Ct., Los Angeles Cty.)**

Strauss Borrelli attorneys represented a class of consumers whose personal health information and protected health information was compromised and stolen from K & B Surgical Center. Many of these consumers have lost time and money responding to the data breach and they face an ongoing risk of identity theft, identity fraud, or other harm. The case settled in 2023.

***In re: Netgain Technology, LLC, Consumer Data Breach Litigation* (D. Minn.)**

Filed on behalf of consumers whose personal identifiable information and protected health information was breached and stolen from Netgain Technology, LLC beginning in September 2020. Strauss Borrelli partner, Raina Borrelli, serves as a member of the Plaintiffs' Interim Executive Committee in this multidistrict litigation. Many of the individuals impacted by the breach have lost time and money responding to the data breach and they face an ongoing risk of identity theft, identity fraud, or other harm. This case settled on a class-wide basis in 2025, and preliminary approval was granted in The United States District Court for the District of Minnesota in May 2025.

***Dusterhoff, et al. v. OneTouchPoint Corp.* (E.D. Wisc.)**

Filed on behalf of 2.6 million consumers whose personal identifiable information and protected health information was breached and stolen from OneTouchPoint Corp., a mailing and printing services vendor, beginning in April 2022. Strauss Borrelli partner, Raina Borrelli, serves as a member of the Plaintiffs' Steering Committee in this litigation. Many of the individuals impacted by the breach have lost time and money responding to the data breach and they face an ongoing risk of identity theft, identity fraud, or other harm. This case is currently pending in The United States District Court for the Eastern District of Wisconsin.

***In re Lincare Holdings Inc. Data Breach Litigation* (M.D. Fla.)**

Filed on behalf of consumers whose personal identifiable information and protected health information was breached and stolen from Lincare Holdings Inc., a medical products and services provider, beginning in September 2021. Strauss Borrelli partner, Raina Borrelli, serves as a member of the Interim Executive Leadership Committee for plaintiffs and the class in this multidistrict litigation. Many of the individuals impacted by the breach have lost time and money responding to the data breach and they face an ongoing risk of identity theft, identity fraud, or other harm. The case settled on a class-wide basis in 2023, and final approval was granted in June 2024.

***Forslund, et al. v. R.R. Donnelley & Sons Company*** **(N.D. Ill.)**
Filed on behalf of consumers whose personal identifiable information was breached and stolen from R.R. Donnelley & Sons Company, a Fortune 500 marketing, packaging, and printing company, beginning in November 2021. Strauss Borrelli partner, Raina Borrelli, serves as interim co-lead counsel for plaintiffs and the class in this litigation. Many of the individuals impacted by the breach have lost time and money responding to the data breach and they face an ongoing risk of identity theft, identity fraud, or other harm. This case settled on a class-wide basis in 2023, and final approval was granted in March 2024.

## DATA PRIVACY

***Doe, et al. v. HSCGP, LLC*** **(Tenn. Cir. Ct., Davidson Cty.)**
Litigated on behalf of all patients of healthcare companies serviced by HSCGP, LLC whose sensitive personal information was exposed to third parties without their knowledge or consent. Plaintiff alleged that the healthcare companies serviced by HSCGP, LLC disclosed such sensitive personal information by using various tools on its website. The case settled on a class-wide basis in 2024. Final approval was granted in March 2025.

***Doe v. Lima Memorial Hospital, et al.*** **(C.C.P. Allen)**
Filed on behalf of all patients of Lima Memorial Hospital whose sensitive personal information was exposed to third parties without their knowledge or consent. Plaintiff alleged that Lima Memorial Hospital disclosed such sensitive personal information by using various tools on its website. The case was litigated in the Court of Common Pleas in Allen County, Ohio and settled on a class-wide basis in 2024. Final approval was granted in August 2024.

***Rogers v. Rogers Behavioral Health System, Inc.*** **(Wis. Cir. Ct., Dane Cty.)**
Filed on behalf of all patients of Rogers Behavioral Health System whose sensitive personal information was exposed to third parties without their knowledge or consent. Plaintiff alleged that Rogers Behavioral Health System disclosed such sensitive personal information by using various tools on its website. The case was litigated in the Circuit Court for Dane County, Wisconsin, and settled on a class-wide basis in 2024. Final approval was granted in August 2024.

### *Doe, et al. v. The Wood County Hospital, et al.* **(C.C.P. Sandusky)**

Filed on behalf of all patients of The Wood County Hospital whose sensitive personal information was exposed to third parties without their knowledge or consent. Plaintiffs alleged that The Wood County Hospital disclosed such sensitive personal information by using various tools on its website. The case was litigated in the Court of Common Pleas in Sandusky County, Ohio, and settled on a class-wide basis in 2024.

### *Moser, et al. v. Redeemer Health, et al.* **(C.C.P. Phila.)**

Filed on behalf of all patients of Redeemer Health and Holy Redeemer Health System whose sensitive personal information was exposed to third parties without their knowledge or consent. Plaintiffs allege that Redeemer Health and Holy Redeemer Health System disclosed such sensitive personal information by using various tools on its website. This case settled on a class-wide basis in 2025, and preliminary approval is pending in the Court of Common Pleas in Philadelphia, Pennsylvania.

### *Mrozinski, et al. v. Aspirus, Inc.* **(Wis. Cir. Ct., Marathon Cty.)**

Filed on behalf of all patients of Aspirus whose sensitive personal information was exposed to third parties without their knowledge or consent. Plaintiffs allege that Aspirus disclosed such sensitive personal information by using various tools on its website. This case settled on a class-wide basis in 2025, and preliminary approval was granted in the Circuit Court for Marathon Conty, Wisconsin in August 2025.

### *Patterson v. Respondus, Inc., et al.* **(N.D. Ill.)**

Filed on behalf of all persons who took an exam using Respondus' online exam proctoring software, Respondus Monitor, in the state of Illinois. Plaintiffs allege that Respondus collects, uses, and discloses students' biometric identifiers and biometric information in violation of Illinois' Biometric Information Privacy Act. This case settled in 2023.

### *Powell v. DePaul University* **(N.D. Ill.)**

Strauss Borrelli attorneys represented a class of DePaul University students located in the state of Illinois who were required to take exams using Respondus Monitor, which collects, uses, and discloses students' biometric identifiers and biometric information in violation of Illinois' Biometric Information Privacy Act. Plaintiff alleged that DePaul University collects students' biometric identifiers and biometric information without written consent and without legally compliant written public policies. This case settled in 2023.

# RIGHT OF PUBLICITY

### *Nolen v. PeopleConnect, Inc., et al.* **(N.D. California)**

Filed on behalf of California residents against PeopleConnect alleging violations of California law that recognizes the intellectual property and privacy rights of individuals to control the commercial use of their names and likenesses. Plaintiffs allege that PeopleConnect violates these legal rights by using California residents' names and childhood photographs in advertisements promoting paid subscriptions to its website, classmates.com. The case is currently on appeal to the United States Court of Appeals for the Ninth Circuit.

### *Boshears, et al. v. PeopleConnect, Inc., et al.* **(W.D. Wash.)**

Filed on behalf of Indiana residents against PeopleConnect alleging violations of Indiana's Right of Publicity Statute and Indiana's common law prohibiting misappropriation of a name or likeness. Plaintiffs allege that PeopleConnect violates these legal rights by using Indiana residents' personalities, including their names and childhood photographs, in advertisements promoting paid subscriptions to its website, classmates.com. The case is currently on appeal before the United States Court of Appeals for the Ninth Circuit.

### *Sessa, et al. v. Ancestry.com Operations Inc., et al.* **(D. Nev.)**

Filed on behalf of Nevada residents against Ancestry.com alleging violations of Nevada's right to publicity statute, Nevada law prohibiting deceptive trade practice, Nevada common law protection against Intrusion upon Seclusion, and Nevada Unjust Enrichment law. Plaintiffs allege that Ancestry.com violates these legal rights by knowingly misappropriating the photographs, likenesses, names, and identities of Nevada residents for the commercial purpose of selling access to and advertising them in Ancestry.com products and services without their prior consent. The case is pending in the United States District Court for the District of Nevada.

### *Martinez v. ZoomInfo Technologies Inc.* **(W.D. Wash.)**

Filed on behalf of California residents against ZoomInfo Technologies Inc. alleging violations of California law that recognizes the intellectual property and privacy rights of individuals to control the commercial use of their names and likenesses. Plaintiffs allege that ZoomInfo Technologies violates these legal rights by using California residents' names and person information in advertisements promoting paid subscriptions to its website, zoominfo.com, as well as selling access to their names and personal information as part of its products. This case settled in 2024.

***Gbeintor v. DemandBase, Inc., et al.* (N.D. Cal.)**
Filed on behalf of California residents against DemandBase, Inc. and InsideView Technologies, Inc. alleging violations of California law that recognizes the intellectual property and privacy rights of individuals to control the commercial use of their names and likenesses. Plaintiffs allege that DemandBase and InsideView Technologies violate these legal rights by using California residents' names, likenesses, photographs, and personas in advertisements promoting paid subscriptions to its website, insideview.com, without their consent. This case settled on a class-wide basis in 2024, and preliminary approval was granted in June 2025.

***Kellman, et al. v. Spokeo, Inc.* (N.D. Cal.)**
Filed on behalf of California residents against Spokeo, Inc. alleging violations of California law that recognizes the intellectual property and privacy rights of individuals to control the commercial use of their names and likenesses. Plaintiffs allege that Spokeo violates these legal rights by using California residents' names, likenesses, photographs, and personas in advertisements promoting paid subscriptions to its website without their consent. The case is pending in the United States District Court for the Northern District of California.

## TELEPHONE CONSUMER PROTECTION ACT

***Evans v. American Power & Gas, LLC, et al.* (S.D. Ohio)**
Filed on behalf of consumers who received automated solicitation telephone calls on their cellular telephones without their prior express consent within the meaning of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.* The case settled on a class-wide basis for $6,000,000, and final approval was granted in May 2019.

***Murray, et al. v. Grocery Delivery E-Services USA Inc. d/b/a Hello Fresh* (D. Mass.)**
Filed on behalf of consumers who received automated solicitation telephone calls on their cellular and residential telephones without their prior express consent within the meaning of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.*  The case settled on a class-wide basis for $14,000,000 in 2020. Final approval was granted in October 2021.

***Goodell, et al. v. Van Tuyl Group*, LLC (D. Az.)**
Filed on behalf of consumers who received automated solicitation telephone calls on their cellular and residential telephones without their prior express consent within the meaning of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.* This case settled in 2023.

### *Doup v. Van Tuyl Group*, LLC (N.D. Tex.)

Filed on behalf of consumers who received solicitation telephone calls on their cellular and residential telephones that were listed on the National Do-Not-Call Registry, without their prior express consent within the meaning of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq*. This case settled in 2023.

### *Dickson v. Direct Energy, LP, et al.* (N.D. Ohio)

Filed on behalf of consumers who received automated or prerecorded telemarketing telephone calls on their cellular telephones without their prior express consent within the meaning of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq*. This case is currently pending in the United States District Court for the Northern District of Ohio.

### *Learned, et al. v. McClatchy Company, LLC* (E.D. Cal.)

Filed on behalf of consumers who received solicitation telephone calls on their cellular and residential telephones that were listed on the National Do-Not-Call Registry and/or who requested Defendant stop calling them, without their prior express consent within the meaning of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq*. This case settled in 2023.

### *Rogers, et al. v. Assurance IQ, LLC, et al.* (W.D. Wash.)

Filed on behalf of consumers who received automated solicitation telephone calls on their cellular and residential telephones, some that were listed on the National Do-Not-Call Registry, without their prior express consent within the meaning of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq*. This case settled on a class-wide basis in 2024 for $21,875,000, and final approval was granted in September 2024.

# Our Professionals

## SAMUEL J. STRAUSS

Samuel J. Strauss is a founding member of Strauss Borrelli PLLC. Mr. Strauss concentrates his practice in class action litigation with an emphasis on consumer protection and privacy issues. Mr. Strauss has a national practice and appears in federal courts across the country. Over the course of his career, Mr. Strauss has represented plaintiffs in cases which have resulted in the recovery of hundreds of millions of dollars for consumers.

Mr. Strauss received his J.D. with honors from the University of Washington School of Law in 2013. Prior to forming Strauss Borrelli in 2024, Mr. Strauss was a founding member of Turke & Strauss in 2016, in Madison, Wisconsin, where he successfully prosecuted complex class actions in federal and state courts.

Mr. Strauss is a member of bars of the states of Washington, Wisconsin, and Illinois and has been admitted to practice in the United States District Court for the Western District of Washington, United States District Court for the Eastern District of Washington, United States District Court for the Western District of Wisconsin, the United States District Court for the Eastern District of Wisconsin, the United States District Court for the Northern District of Illinois, the United States District Court for the Eastern District of Michigan, and the United States Court of Appeals for the Ninth Circuit.

In recent years, Mr. Strauss has been actively involved in a number of complex class action matters in state and federal courts including:

- *Doe, et al. v. HSCGP, LLC,* No. 23C2513 (Tenn. Cir. Ct., Davidson Cnty.)
- *Ma v. Nike, Inc.*, No. 25-cv-01235 (W.D. Wash.)
- *Agnew, et al. v. Macy's Retail Holdings, LLC*, No. 25-cv-02006 (W.D. Wash.)
- *Liss, et al. v. Skechers U.S.A. Inc.*, No. 25-cv-05861 (W.D. Wash.)
- *Hutton v. Papa John's USA, Inc., et al.*, 25-cv-01922 (W.D. Wash.)
- *Shahpur, et al. v. Ulta Salon, Cosmetics & Fragrance, Inc.*, No. 25-cv-00284 (E.D. Wash.)
- *Daum, et al. v. K & B Surgical Center, LLC*, No. 21STCV41347 (Cal. Sup. Ct., Los Angeles Cty.)
- *Reetz v. Advocate Aurora Health, Inc.*, No. 20CV2361 (Wis. Cir. Ct., Branch 22, Milwaukee Cty.)
- *Goetz v. Benefit Recovery Specialists, Inc.*, No. 2020CV000550 (Wis. Cir. Ct.,

Walworth Cty.)

- *Joyner v. Behavioral Health Network, Inc.*, No. 2079CV00629 (Mass. Sup. Ct., Hampden Cty.)
- *In re BJC Healthcare Data Breach Litigation*, No. 2022-CC09492 (Mo. Cir. Ct., St. Louis City)
- *Baldwin, et al. v. National Western Life Insurance Company,* No. 2:21-cv-04066 (W.D. Mo.)
- *Pryor v. Eastern Bank*, No. 1984CV03467-BLS1 (Mass. Sup. Ct., Suffolk Cty.)
- *Murray v. Grocery Delivery E-Services USA Inc. d/b/a Hello Fresh*, No. 19-cv-12608 (D. Mass.)
- *Baldwin v. Miracle-Ear, Inc.*, No. 20-cv-01502 (D. Minn.)
- *Goodell v. Van Tuyl Group, LLC*, No. 20-cv-01657 (D. Az.)
- *Weister v. Vantage Point AI, LLC,* No. 21-cv-01250 (M.D. Fla.).
- *Lang v. Colonial Penn Life Insurance Company*, No. 21-cv-00165 (N.D. Fla.)
- *Mackey v. PeopleConnect, Inc.*, No. 1:22-cv-00342 (N.D. Ill.)
- *Sessa v. Ancestry.com Operations Inc., et al.*, No. 2:20-cv-02292 (D. Nev.)
- *Boshears v. PeopleConnect, Inc.*, No. 21-cv-01222 (W.D. Wash.)
- *Braundmeier v. Ancestry.com Operations, Inc.*, No. 1:20-cv-07390 (N.D. Ill.)
- *Martinez v. ZoomInfo Technologies Inc.*, No. 21-cv-05725 (W.D. Wash.)
- *Uhhariet v. MyLife.com, Inc.*, No. 21-cv-08229 (N.D. Cal.)
- *Kellman v. Spokeo, Inc.*, No. 21-cv-08976 (N.D. Cal.)
- *Patterson v. Respondus, Inc.*, No. 20-cv-07692 (N.D. Ill.)
- *Bridges v. Respondus, Inc.*, No. 21-cv-01785 (N.D. Ill.)
- *Hudock v. LG Electronics USA, Inc.*, No. 16-cv-1220 (D. Minn.)
- *Crawford v. FCA US LLC,* No. 20-cv-12341 (E.D. Mich.)
- *Klaehn, et al. v. Cali Bamboo, LLC*, No. 19-cv-01498 (S.D. Cal.)
- *Jones v. Monsanto Company*, No. 19-cv-00102 (W.D. Mo.)
- *Dickson v. Direct Energy, LP, et al.*, No. 18-cv-00182 (N.D. Ohio)
- *Rolland v. Spark Energy, LLC*, Case. No. 17-cv-02680 (D.N.J.)
- *Evans v. American Power & Gas, LLC*, No. 17-cv-00515 (S.D. Ohio)
- *Fowler v. Wells Fargo Bank, N.A.*, No. 17-cv-02092 (N.D. Cal.)

# RAINA C. BORRELLI

Raina C. Borrelli is a founding member of Strauss Borrelli PLLC. Ms. Borrelli's practice focuses on complex class action litigation, including data privacy, Telephone Consumer Protection Act ("TCPA"), false advertising, and consumer protection cases in both state and federal courts around the country. Ms. Borrelli has served as lead, co-lead, and class counsel in numerous national class actions, including multi-district litigation. Additionally, Ms. Borrelli has substantial experience leading discovery teams in these complex class action matters, as well as in working with class damages experts and class damages models in consumer protection cases.

Ms. Borrelli received her J.D. *magna cum laude* from the University of Minnesota Law School in 2011. Prior to founding Strauss Borrelli, Ms. Borrelli was a partner at Gustafson Gluek, where she successfully prosecuted complex class actions in federal and state courts. Ms. Borrelli is an active member of the Minnesota Women's Lawyers and the Federal Bar Association, where she has assisted in the representation of *pro se* litigants though the *Pro Se* Project. Ms. Borrelli has repeatedly been named to the annual Minnesota "Rising Star" Super Lawyers list (2014-2021) by SuperLawyers Magazine. She has also been repeatedly certified as a North Star Lawyer by the Minnesota State Bar Association (2012-2015; 2018-2020) for providing a minimum of 50 hours of pro bono legal services.

Ms. Borrelli is a member of the Minnesota State Bar Association and has been admitted to practice in the United States District Court for the District of Minnesota, the United States District Court for the Eastern District of Wisconsin, the United States District Court for the Eastern District of Michigan, the United States District Court for the Northern District of Illinois, and the United States Court of Appeals for the Tenth Circuit.

In recent years, Ms. Borrelli has been appointed to leadership positions in a number of data privacy cases, including *In re Netgain Technology, LLC Consumer Data Breach Litigation*, No. 21-cv-01210 (D. Minn.) (Interim Executive Committee); *Dusterhoff, et al. v. OneTouchPoint Corp.*, No. 2:22-cv-00882 (E.D. Wisc.) (Plaintiffs' Steering Committee); *In re Lincare Holdings Inc. Data Breach Litigation*, No. 8:22-cv-01472 (M.D. Fl.) (Interim Executive Leadership Committee); *Forslund v. R.R. Donnelley & Sons Company*, No. 1:22-cv-04260 (N.D. Ill.) (interim co-lead counsel); *Medina v. PracticeMax Incorporated*, No. 2:22-cv-0126 (D. Az.) (Executive Leadership Committee); *In re C.R. England, Inc. Data Breach Litig.*, No. 2:22-cv-00374 (interim co-lead counsel); *Doe, et al. v. Knox College, Inc.*, No. 4:23-cv-04012 (C.D. Ill.) (co-lead counsel); and *In re OakBend Medical Center Data*

*Breach Litigation*, No. 4:22-cv-03740 (S.D. Tex.) (interim co-lead counsel). Ms. Borrelli has been substantially involved in a number of complex class action matters in state and federal courts including:

- *Liss, et al. v. Lenovo (United States) Inc.*, No. 25-cv-01663 (W.D. Wash.)
- *Jackson v. Hanesbrands, Inc.*, No. 25-cv-00440 (E.D. Wash.)
- *Hutton, et al. v. PODS Enterprises, LLC*, No. 25-cv-02025 (W.D. Wash.)
- *Haley v. Tommy Bahama Group, Inc.*, No. 25-cv-01969 (W.D. Wash.)
- *Bajwa v. National Automotive Parts Association, LLC*, No. 25-cv-02280 (W.D. Wash)
- *Doe, et al. v. HSCGP, LLC*, No. 23C2513 (Tenn. Cir. Ct., Davidson Cnty.)
- *Daum, et al. v. K & B Surgical Center, LLC*, No. 21STCV41347 (Cal. Sup. Ct., Los Angeles Cty.)
- *Grogan v. McGrath RentCorp*, No. 3:22-cv-00490 (N.D. Cal.)
- *Benedetto, et al. v Southeastern Pennsylvania Transportation Authority*, No. 210201425 (C.C.P. Phila.)
- *Reetz v. Advocate Aurora Health, Inc.*, No. 20CV2361 (Wis. Cir. Ct., Branch 22, Milwaukee Cty.)
- *Goetz v. Benefit Recovery Specialists, Inc.*, No. 2020CV000550 (Wis. Cir. Ct., Walworth Cty.)
- *Reese v. Teen Challenge Training Center, Inc.*, No. 00093 (C.C.P. Phila.)
- *Lhota v. Michigan Avenue Immediate Care, S.C.*, No. 2022CH06616 (Ill. Cir. Ct., Cook Cty.)
- *Johnson, et al. v. Yuma Regional Medical Center*, No. 2:22-cv-01061 (D. Az.)
- *Baldwin v. Miracle-Ear, Inc.*, No. 20-cv-01502 (D. Minn.)
- *Murray, et al. v. Grocery Delivery E-Services USA Inc. d/b/a Hello Fresh*, No. 1:19-cv-12608 (D. Mass.)
- *Goodell v. Van Tuyl Group, LLC*, No. 20-cv-01657 (D. Az.)
- *Learned, et al. v. McClatchy Company LLC*, No. 2:21-cv-01960 (E.D. Cal.)
- *Lang v. Colonial Penn Life Insurance Company*, No. 21-cv-00165 (N.D. Fla.)
- *Martinez v. ZoomInfo Technologies Inc.*, No. 21-cv-05725 (W.D. Wash.)
- *Abraham, et al. v. PeopleConnect, Inc.*, No. 3:20-cv-09203 (N.D. Cal.)
- *Boshears v. PeopleConnect, Inc.*, No. 21-cv-01222 (W.D. Wash.)
- *Mackey v. PeopleConnect, Inc.*, No. 1:22-cv-00342 (N.D. Ill.)
- *Sessa v. Ancestry.com Operations Inc., et al.*, No. 2:20-cv-02292 (D. Nev.)
- *Braundmeier v. Ancestry.com Operations, Inc.*, No. 1:20-cv-07390 (N.D. Ill.)
- *DeBose v. Dun & Bradstreet Holdings, Inc.*, No. 2:22-cv-00209 (D.N.J.)
- *Gbeintor, et al. v. DemandBase, Inc., et al.*, No. 3:21-cv-09470 (N.D. Cal.)
- *Spindler v. Seamless Contacts Inc.*, No. 4:22-cv-00787 (N.D. Cal.)
- *Kellman, et al. v. Spokeo, Inc.*, No. 3:21-cv-08976 (N.D. Cal.)

- *Spindler, et al. v. General Motors LLC*, No. 3:21-cv-09311 (N.D. Cal.)
- *Hudock v. LG Electronics USA, Inc.*, No. 16-cv-1220 (JRT/KMM) (D. Minn.)
- *Patterson v. Respondus, Inc.*, No. 1:20-cv-07692 (N.D. Ill.)
- *Fee v. Illinois Institute of Technology*, No. 1:21-cv-02512 (N.D. Ill.)
- *Harvey v. Resurrection University*, No. 1:21-cv-03203 (N.D. Ill.)
- *In re FCA Monostable Gearshifts Litig.*, No. 16-md-02744 (E.D. Mich.)
- *Zeiger v. WellPet LLC*, No. 17-cv-04056 (N.D. Cal.)
- *Wyoming v. Procter & Gamble*, No. 15-cv-2101 (D. Minn.)
- *In re Big Heart Pet Brands Litig.*, No. 18-cv-00861 (N.D. Cal.)
- *Sullivan v. Fluidmaster*, No. 14-cv-05696 (N.D. Ill.)
- *Rice v. Electrolux Home Prod., Inc.*, No. 15-cv-00371 (M.D. Pa.)
- *Gorczynski v. Electrolux Home Products, Inc.*, No. 18-cv-10661 (D.N.J.)
- *Reitman v. Champion Petfoods*, No. 18-cv-1736 (C.D. Cal.)
- *Reynolds, et al., v. FCA US, LLC*, No. 19-cv-11745 (E.D. Mich.).

# CASSANDRA MILLER

Cassandra Miller is a partner at Strauss Borrelli PLLC whose practice focuses on complex class action litigation, including consumer protection, privacy, data breaches, and product liability. Ms. Miller is adept at navigating the intricate legal landscapes of both state and federal courts across the nation. Additionally, Ms. Miller has substantial experience leading teams in these complex class action matters.

Ms. Miller received her J.D. *magna cum laude* from the University of Illinois Chicago School of Law in 2006. Prior to joining Strauss Borrelli, Ms. Miller was a managing partner at Edelman Combs Latturner & Goodwin, LLC. There, Ms. Miller handled a wide range of consumer protection claims under key statutes such as the Fair Credit Reporting Act (FCRA), Fair Debt Collection Practices Act (FDCPA), Uniform Commercial Code (UCC), Telephone Consumer Protection Act (TCPA), and Truth in Lending Act (TILA), as well as the Illinois Consumer Fraud and Deceptive Practices Act (ICFA), alongside related state and federal consumer statutes.

Ms. Miller is a member of the Illinois State Bar Association and has been admitted to practice in the United States District Court for the Northern District of Illinois, the United States District Court for the Central District of Illinois, the United States District Court for the Southern District of Indiana, the United States District Court for the Northern District of Indiana, and the United States Court of Appeals for the Seventh Circuit.

Ms. Miller has been substantially involved in a number of complex class action matters in state and federal courts including:

- *Pietras v. Sentry, 513 F. Supp. 2d 983 (N.D. Ill. 2007)*
- *Hernandez v. Midland Credit Mgmt., 2007 U.S. Dist. LEXIS 16054 (N.D. Ill. 2007)*
- *Balogun v. Midland Credit Mgmt., 2007 U.S. Dist. LEXIS 74845 (S.D. Ind. 2007)*
- *Miller v. Midland Credit Mgmt., 2009 U.S. Dist. LEXIS 18518 (N.D. Ill. 2009)*
- *American Family Mutual Ins. Co. V. CMA Mortgage, Inc., 2008 U.S. Dist. LEXIS 30233 (S.D. Ind. 2008)*
- *Herkert v. MRC Receivables Corp., 254 F.R.D. 344 (N.D. Ill. 2008)*
- *Walker v. Calusa Investments, LLC, 244 F.R.D. 502 (S.D. Ind. 2007)*
- *Frydman v. Portfolio Recovery Associates, LLC, 2011 U.S. Dist. LEXIS 69502 (N.D. Ill. 2011)*
- *Webb v. Midland Credit Mgmt., 2012 U.S. Dist. LEXIS 80006 (N.D. Ill. May 31,*

*2012)*
- *Tabiti v. LVNV Funding, LLC, 2017 U.S. Dist. LEXIS 5932 (N.D. Ill. Jan. 17, 2017), reconsideration denied, 2017 U.S. Dist. LEXIS 238583 (N.D. Ill., May 16, 2017)*
- *Wheeler v. Midland Funding LLC, 2020 U.S. Dist. LEXIS 52409 (N.D. Ill. July 31, 2017),*
- *Magee v. Portfolio Recovery Assocs., 2016 U.S. Dist. LEXIS 61389 (N.D. Ill. May 9, 2016), reconsideration denied, 2016 U.S. Dist. LEXIS 123573 (N.D. Ill. Sept. 13, 2016)*

# BRITTANY RESCH

Brittany Resch is a partner at Strauss Borrelli PLLC. Ms. Resch's practice focuses on complex class action litigation, including data breach, privacy, Telephone Consumer Protection Act ("TCPA"), false advertising, and consumer protection cases in both state and federal courts around the country. Since 2022, Ms. Resch has served as an adjunct professor at the University of Minnesota Law School teaching a seminar on e-Discovery.

Ms. Resch received her J.D. from the University of Minnesota Law School in 2015, after which she clerked for the Honorable Richard H. Kyle, Senior United States District Judge for the District of Minnesota. Prior to joining Strauss Borrelli PLLC, Ms. Resch was an associate at Gustafson Gluek, where she prosecuted complex antitrust, consumer protection, and civil rights class actions in federal and state courts. Ms. Resch was named one of the Attorneys of the Year in 2019 by Minnesota Lawyer for her work representing a pro se litigant in federal court through the *Pro Se* Project. Ms. Resch was also named a Rising Star in 2020 and 2021 and a 2021 Up & Coming Attorney by Minnesota Lawyer.

Ms. Resch has been an active member in the Federal Bar Association for a decade, holding various leadership and committee positions. Ms. Resch also assists in the representation of pro se litigants through the District of Minnesota Federal Bar Association's Pro Se Project. Ms. Resch is also an active member of Minnesota Women Lawyers. Ms. Resch has also been certified as a North Star Lawyer by the Minnesota State Bar Association for providing a minimum of 50 hours of pro bono legal services (2023, 2021, 2020, 2019).

Ms. Resch is a member of the Minnesota State Bar Association and has been admitted to practice in the United States District Court for the District of Minnesota and the United States District Court for the Northern District of Illinois.

Ms. Resch recently has significant experience in data privacy litigation and is currently litigating more than fifty data breach cases in courts around the country as counsel on behalf of millions of data breach victims, including *McKittrick v. Allwell Behavioral Health Services*, Case No. CH-2022-0174 (Muskingum County, Ohio) (appointed class counsel for settlement purposes); *Hall v. Centerspace, LP*, Case No. 22-cv-2028 (D. Minn.); *Morrison v. Entrust Corp., et al.*, Case No. 23-cv-415 (D. Minn.); *Batchelor v. MacMillan, et al.*, Case No. 157072/2023 (New York County, NY); *Tribbia, et al., v. Hanchett Paper Company*, Case No. 2022 CH 3677 (Cook County, IL); *Benedetto v. Southeastern Pennsylvania Transportation*

*Authority*, No. 210201425 (C.C.P. Phila.); *Corra, et al. v. ACTS Retirement Services, Inc.*, No. 2:22-cv-02917 (E.D. Pa.); *Lamie, et al. v. LendingTree, LLC*, No. 3:22-cv-00307 (W.D.N.C); and *In re Lincare Holdings Inc. Data Breach Litigation*, No. 8:22-cv-01472 (M.D. Fl.). Additionally, in recent years, Ms. Resch has been substantially involved in a number of complex class action matters in state and federal courts including:

- *Emmrich v. General Motors LLC*, No. 21-cv-05990 (N.D. Ill.)
- *Spindler v. General Motors LLC*, No. 21-cv-09311 (N.D. Cal.)
- *DeBose v. Dun & Bradstreet Holdings, Inc.*, No. 2:22-cv-00209 (D.N.J.)
- *Gbeintor, et al. v. DemandBase, Inc., et al.*, No. 3:21-cv-09470 (N.D. Cal.)
- *Kellman, et al. v. Spokeo, Inc.*, No. 3:21-cv-08976 (N.D. Cal.)
- *Kis v. Cognism Inc.*, No. 4:22-cv-05322 (N.D. Cal.)
- *Benanav, et al. v. Healthy Paws Pet Insurance, LLC*, No. 2:20-cv-00421-RSM (W.D. Wash.)
- *Martinez v. ZoomInfo Technologies Inc.*, No. 21-cv-05725 (W.D. Wash.)
- *Abraham, et al. v. PeopleConnect, Inc.*, No. 3:20-cv-09203 (N.D. Cal.)
- *Boshears v. PeopleConnect, Inc.*, No. 21-cv-01222 (W.D. Wash.)
- *Mackey v. PeopleConnect, Inc.*, No. 1:22-cv-00342 (N.D. Ill.)
- *Sessa v. Ancestry.com Operations Inc., et al.*, No. 2:20-cv-02292 (D. Nev.)
- *Braundmeier v. Ancestry.com Operations, Inc.*, No. 1:20-cv-07390 (N.D. Ill.)
- *Spindler v. Seamless Contacts Inc.*, No. 4:22-cv-00787 (N.D. Cal.)
- *Uhhariet v. MyLife.com, Inc.*, No. 21-cv-08229 (N.D. Cal.)
- *Patterson v. Respondus University, et al.*, No. 1:20-cv-07692 (N.D. Ill.)
- *Bridges v. Respondus University, et al.*, No. 1:21-cv-01785 (N.D. Ill.)
- *In re Broiler Chicken Antitrust Litigation*, No. 16-cv-08637 (N.D. Ill.)
- *In re Pork Antitrust Litigation*, No. 21-md-02998 (D. Minn.)
- *Hudock v. LG Electronics USA, Inc.*, No. 16-cv-1220 (JRT/KMM) (D. Minn.)
- *In re Asacol Antitrust Litigation*, No. 15-cv-12730 (D. Mass.)

# ALEX S. PHILLIPS

Alex Phillips is a partner at Strauss Borrelli PLLC. Mr. Phillips concentrates his practice in complex class action litigation and commercial litigation. He has represented both plaintiffs and defendants in high stakes litigation. Mr. Phillips has successfully obtained trial verdicts on behalf of his clients as well as negotiated numerous high-value settlements.

Mr. Phillips received his J.D. from the University of Wisconsin School of Law in 2017 and has been an active member of the Wisconsin State Bar as well as the Dane, Jefferson, and Dodge County Bar Associations.

In recent years, Mr. Phillips has been involved in a number of complex class action matters in state and federal courts including:

- *Benedetto v. Southeastern Pennsylvania Transportation Authority*, No. 210201425 (C.C.P. Phila.)
- *Grogan v. McGrath RentCorp*, No. 3:22-cv-00490 (N.D. Cal.)
- *Koeller, et al. v. Numrich Gun Parts Corporation*, No. 1:22-cv-00675 (S.D.N.Y.)
- *Mayhood v. Wilkins Recreational Vehicles, Inc.*, No. E2022-0701 (N.Y. Sup. Ct., Steuben Cty.)
- *Perkins v. WelldyneRx, LLC*, No. 8:22-cv-02051 (M.D. Fla.)
- *Batis v. Dun & Bradstreet Holdings, Inc.*, No. 3:22-cv-09124 (N.D. Cal.)
- *Sessa v. Ancestry.com Operations Inc., et al.*, No. 2:20-cv-02292 (D. Nev.)
- *Ambramson v. First American Home Warranty Corporation*, No. 2:22-cv-01003 (W.D. Pa.)
- *DeVivo v. Sovereign Lending Group Incorporated*, No. 3:22-cv-05254 (W.D. Wash.)
- *Murray, et al. v. Grocery Delivery E-Services USA Inc. d/b/a Hello Fresh*, No. 1:19-cv-12608 (D. Mass.)
- *Spindler v. General Motors LLC*, No. 21-cv-09311 (N.D. Cal.)
- *Kellman v. Spokeo, Inc.*, No. 21-cv-08976 (N.D. Cal.)
- *Reetz v. Advocate Aurora Health, Inc.*, No. 20CV2361 (Wis. Cir. Ct., Branch 22, Milwaukee Cty.)
- *Goetz v. Benefit Recovery Specialists, Inc.*, No. 2020CV000550 (Wis. Cir. Ct., Walworth Cty.)
- *Hudock v. LG Electronics USA, Inc.*, No. 16-cv-1220 (D. Minn.)
- *Dickson v. Direct Energy, LP, et al.*, No. 18-cv-00182 (N.D. Ohio)
- *Benanav. v. Healthy Paws Pet Insurance, LLC*, No. 20-cv-00421 (W.D. Wash.)
- *Klaehn, et al. v. Cali Bamboo, LLC, et al.*, No. 19-cv-01498 (S.D. Cal.)

# CARLY ROMAN

Carly Roman is an attorney at Strauss Borrelli PLLC. Ms. Roman's practice focuses on complex class action litigation, including consumer protection, data breach, privacy, and Telephone Consumer Protection Act ("TCPA") cases in state and federal courts. Additionally, Ms. Roman has substantial experience advocating for consumers under California's Unfair Competition Law, the Consumers Legal Remedies Act, and the Song-Beverly Warranty Act.

Ms. Roman received her J.D. from the University of New Hampshire School of Law with High Honors. Prior to joining Strauss Borrelli, Ms. Roman honed her skills at a prominent consumer protection firm in California as well as in Chicago at one of the leading firms specializing in class actions and consumer rights. There, Ms. Roman litigated a variety of state and federal claims, including claims brought under the Fair Credit Reporting Act (FCRA), Magnuson-Moss Warranty Act, Telephone Consumer Protection Act (TCPA), and Truth in Lending Act (TILA), as well as the Illinois Consumer Fraud and Deceptive Practices Act (ICFA).

Ms. Roman is a member of the Illinois State Bar Association and The State Bar of California. Recently, Ms. Roman was appointed interim co-lead class counsel in *Orrantia, et al. v. S.V.D.P. Management, Inc.*, No. 25CU048774C (Cal. Sup. Ct., San Diego Cty.).Her recent experience also involves substantial responsibility in a number of complex class action matters in state and federal courts including:

- *Doe v. SSK Plastic Surgery,* 30-2025-01467755 (Cal. Sup. Ct., Orange Cty.)
- *Doe v. Jaime S. Schwartz MD PC,* 25STCV07155 (Cal. Sup. Ct., Los Angeles Cty.), *removed,* No. 2:25-cv-03393 (C.D. Cal.)
- *Cole v. Solairus Aviation LLC,* No. 3:25-cv-03035 (N.D. Cal.)
- *Dean, et al., v. New York Blood Center, Inc., et al.* No. 25-cv-01051 (S.D.N.Y.)
- *In re: DISA Global Data Breach Litigation,* No. 4:25-cv-00821 (S.D. Tex.)
- *Kelly v. Insomniac Games,* No. 24-CIV-05793 (Cal. Sup. Ct., San Mateo Cty.)
- *Palanti v. Lawble Inc., et al.,* No. 2023CH02120 (Ill. Cir. Ct., Cook Cty.), *removed,* No. 1:23-cv-02365 (N.D. Ill.)
- *Tamburo v. Hyundai Motor America (Corporation), et al.,* No. 1:23-cv-282 (N.D. Ill.)
- *Mirabile v. Bank of America, N.A.,* No. 1:23-cv-01719 (N.D. Ill.)
- *Fleury v. General Motors, LLC,* No. 1:22-cv-03862 (N.D. Ill.)
- *Rocio v. Mod Super Fast Pizza, LLC,* No 1:21-cv-00507 (N.D. Ill.)
- *Abruscato, et al. v. Wells Fargo, et al.,* No. 1:21-cv-00012 (N.D. Ill.)
- *Avery v. Cvi Sgp-Co Acquisition Trust, et al.,* No. 1:20-cv-06965 (N.D. Ill.)

# ANDREW G. GUNEM

Andrew Gunem is an attorney at Strauss Borrelli PLLC. He focuses on complex class action litigation—including consumer protection, data breach, privacy, and Telephone Consumer Protection Act ("TCPA")—in federal and state courts across the country.

Mr. Gunem graduated *cum laude* from the University of Wisconsin Law School—where he was a Managing Editor of the Wisconsin Law Review, earned a full-tuition "Law-in-Action" scholarship, and was awarded "Best Performance" in Complex Litigation. He received his bachelor's degree from the University of California, Berkeley. Mr. Gunem has written articles about developing areas of law—which have been published by Law360.com (as "Expert Analysis") and by the Litigation Section of the State Bar of Wisconsin.

Mr. Gunem is admitted to practice in California and Wisconsin. He is also admitted to the United States District Courts for the Northern District of California, Eastern District of California, Central District of California, Southern District of California, Eastern District of Wisconsin, Western District of Wisconsin, and the District of Colorado.

Recently, Mr. Gunem was appointed co-lead class counsel in *Gregerson v. Toshiba America Business Solutions, Inc.*, No. 8:24-cv-01201-FWS-ADS (C.D. Cal. April 17, 2025). His recent experience also includes substantial responsibility in the following cases:

- *Anderson v. STS Aviation Group, LLC*, No. 2:24-cv-14201-SMM (S.D. Fla.)
- *Dribben, et al., v. Homefix Custom Remodeling Corp.*, No. 1:22-cv-01143-SAG (D. Md.)
- *Koeller v. Diamanti, Inc.*, No. 22SL-CC04040 (Mo. Cir. Ct., St. Louis Cty.)
- *Pan v. Atlas Real Estate Group, LLC*, No. 1:23-cv-00910-DDD-KAS  (D. Colo.)
- *Harvey v. National Amusements Inc.*, No. 1:24-cv-10027-GAO (D. Mass.)
- *Stern v. Academy Mortgage Corporation*, No. 2:24-cv-00015-DBB-DAO (D. Utah)
- *Ansar v. The Gill Corporation*, No. 2:24-cv-08875-MEMF-PD (C.D. Cal.)
- *Jimenez v. OE Federal Credit Union*, No. 4:24-cv-02746-JST (N.D. Cal.)
- *Viviali v. One Point HR Solutions, LLC*, No. 2:24-cv-00185-DCR (E.D. Ky.)
- *Parihar v. MIPS Holding, Inc.*, No. 24CV448267 (Cal. Sup. Ct., Santa Clara Cty.)

- *Davenport v. LA Financial Federal Credit Union*, No. 24STCV24021 (Cal. Sup. Ct., Los Angeles Cty.)
- *Leavitt v. International Brotherhood of Electrical Workers Local No. 1*, No. 4:24-cv-01148-HEA (E.D. Mo.)
- *Hasanat v. Mana Products Inc.*, No. 710156/2024 (Queens County, New York)
- *Bolanos v. Crossroads Equipment Lease & Finance, LLC*, No. 5:24-cv-00552-JGB-SP (C.D. Cal.)
- *Doe v. Conceptions Reproductive Associates, Inc.*, No. 1:25-cv-00009-NYW-CYC (D. Colo.)
- *Hulewat v. Medical Management Resource Group LLC, et al.*, No. 2:24-cv-00377-DJH (D. Ariz.)
- *Currie v. Joy Cone Co.*, No. 2:23-cv-00764-CCW (W.D. Pa.)
- *In re: Mondelēz Data Breach Litigation*, No. 1:23-cv-03999 (N.D. Ill.)
- *Byrd v. True World Holdings, LLC*, No. 2:24-cv-10927-JKA-JSA (D.N.J.)
- *Hollis v. eXp Realty, LLC, et al.*, No. 2:25-cv-00822-JLR (W.D. Wash.)

# Exhibit F



## OUR MISSION

Lynch Carpenter is a national law firm with a singular mission – to provide a voice to those who have been silenced by the disproportionate powers which too often exist in America. With lawyers based in Pittsburgh, San Diego, Los Angeles, and Philadelphia, Lynch Carpenter has created an inclusive national community of like-minded legal talent to represent plaintiffs in complex litigation. Lynch Carpenter lawyers have developed strong collaborative working relationships with counsel throughout the nation and have been involved in numerous high-profile multidistrict litigation proceedings, frequently in leadership roles.

The Lynch Carpenter platform is self-made, without reliance upon the legacy of a long-established "repeat player" law firm and is based upon the fundamental principle that input from a broad base of lawyers with diverse backgrounds, working together with mutual respect, will result in the strongest possible organization.  The firm strives to provide equal opportunities for promotion and leadership to its attorneys and supporting professionals. A majority of Lynch Carpenter attorneys have been appointed to leadership positions in multidistrict or otherwise consolidated litigation, or in class-action matters involving financial fraud (including securities fraud, derivative actions, and lending fraud), data breach, privacy, consumer fraud, breach of contract, labor and employment, antitrust, and civil rights, in federal and state courts throughout the country.

Lynch Carpenter represents a wide variety of clients, including individual consumers and employees, small businesses, non-profits, issue advocacy groups, and governmental entities. Over the past ten years, Lynch Carpenter lawyers emerged as national leaders in data breach and privacy litigation, and in that time have negotiated or contributed to class recoveries totaling more than $250 million in that sector alone. Along the way, the Lynch Carpenter team has generated seminal legal authority in both trial and appellate courts. For example, in 2018, as a direct result of Lynch Carpenter's tenacious appellate advocacy, the Pennsylvania Supreme Court became one of the first state high courts to recognize that a common-law duty of reasonable care applies to the collection and management of sensitive electronically-stored data. This landmark opinion, *Dittman v. UPMC*, 196 A.3d 1036 (Pa. 2018), paved the way for data breach victims to bring viable negligence claims against companies whose inadequate security practices allow major breach incidents to happen.

In October 2020, *The Legal Intelligencer* named Lynch Carpenter (under its predecessor name) "Litigation Department of the Year" for general litigation in Pennsylvania. In 2021, the firm was named as a finalist for Litigation Department of the Year in the Pennsylvania region by *The American Lawyer*. In 2022, the firm was named as a finalist for Privacy/Data Breach firm of the year by *ALM*. In 2023 and 2024, the firm was named as a Pennsylvania Powerhouse by *Law360.* Most recently, the firm received a Bank 1 ranking from *Chambers and Partners*. Several of its partners co-authored updates to *Class Actions: The Law of 50 States*, published by Law Journal Press, from 2021 to 2023. Lynch Carpenter's attorneys are recipients of numerous additional individual awards, as described in more detail in the individual biographies on the firm's website.

Lynch Carpenter continues to grow and establish itself as a leader in representing plaintiffs in complex litigation throughout the country.  The firm remains committed to developing its younger lawyers and providing them with opportunities for professional growth, both inside and outside of the firm.  In leading major complex litigation, the firm draws strength from its decentralized management structure, which fosters collaboration within the firm and enables the assembly of internal litigation teams for each case and epitomizes the synergistic benefits which result from a group of good lawyers working together to do good things.

## REPRESENTATIVE AND NOTABLE CASES

### PRIVACY & DATA BREACH LITIGATION

*Hasson v. Comcast Cable Communications, LLC*, No. 2:23-cv-05039 (E.D. Pa.). In May 2024, Judge Younge appointed Gary Lynch as Co-Lead counsel in this consolidated action involving a data breach that impacted the personal information of 36 million individuals. In December 2025, the parties negotiated a proposed settlement that will provide up to $115 million in relief for the class; preliminary approval granted in January 2026.

*In re: MOVEit Customer Data Security Breach Litig.*, MDL No. 3083 (D. Mass.). In January 2024, Judge Burroughs appointed Gary Lynch as Co-Lead Counsel in this sprawling MDL arising from an exploited file-sharing software vulnerability, which led to thousands of data breaches that compromised PII and PHI of nearly 80 million individuals. In December 2024, the court granted in part and denied in part the defendants' motion to dismiss for lack of Article III standing. In July of 2025, the court denied in part and granted in part certain bellwether defendants' motions to dismiss for failure to state a claim.

*In re: Change Healthcare Inc., Customer Data Security Breach Litig.*, MDL No. 3108 (D. Minn.). Gary Lynch serves as the court-appointed chair of the Patient Track Plaintiffs' Steering Committee in this MDL arising from a data breach that compromised the personally identifying information and protected health information of 190 million individuals. The Patient Track Plaintiffs filed their consolidated amended complaint in January 2025. Defendants' motions to dismiss were granted in part and denied in part in December 2025.

*Kolstedt v. TMX Finance Corporate Services, Inc.*, No. 4:23-cv-00076 (S.D. Ga.). In September 2023, Judge Baker appointed Kelly Iverson as Co-Lead Counsel in this consolidated litigation involving a data breach impacting 5 million consumers. In August 2025, the court granted final approval to a $42 million class action settlement agreement.

*In re: Shields Health Group, Inc. Data Breach Litig.*, No. 1:22-cv-10901 (D. Mass.). Kelly Iverson serves as Co-Lead Counsel in this consolidated action arising from a data breach at a healthcare company that compromised the personal information of nearly 2.4 million individuals. The parties reached a $15,350,000 class settlement that received final approval in December 2025.

*In re: Apple Data Privacy Litig.*, No. 5:22-cv-07069 (N.D. Cal.). Lynch Carpenter serves as Co-Lead Counsel in this putative class action against Apple alleging the improper collection and use of mobile device users' data during interactions with Apple's proprietary applications. In September 2024, Judge Davila granted in part and denied in part, the Defendant's motion to dismiss.

*In re TikTok, Inc., Consumer Privacy Litig.*, No. 20-cv-4699 (MDL No. 2948) (N.D. Ill.). Judge Lee appointed a Lynch Carpenter attorney as Co-lead Counsel in this MDL alleging that one of the world's biggest social media platforms captured, collected, and transmitted personal data from TikTok users and their devices without their consent and/or knowledge, including private information and biometric information within the meaning of the Illinois Biometric Information Privacy Act. In August 2022, a settlement for $92 million received final approval.

*In re Wawa, Inc. Data Security Litig.*, No. 2:19-cv-6019 (E.D. Pa.). Gary Lynch was appointed Co-Lead Counsel for a putative class of financial institution plaintiffs in consolidated actions brought against Wawa, Inc. arising out of a 2019 payment card data breach involving the convenience store's point-of- sale systems. A consolidated

amended complaint was filed in July 2020, and in 2021 the district court denied the defendant's motion to dismiss the primary claims. In March 2023, the parties negotiated a proposed settlement that will provide up to $37 million in relief for the class; a final approval of the settlement was granted in December 2025.

*In re Equifax, Inc. Customer Data Security Breach Litig.*, MDL No. 2800 (N.D. Ga.). The Equifax data breach compromised the nation's entire credit reporting system. More than 400 lawsuits filed by consumers and financial institutions were consolidated in the MDL. Gary Lynch was appointed Co-Lead Counsel for financial institution plaintiffs. After significant dispositive motions practice and initial rounds of discovery, the parties negotiated a settlement of the financial institution class action that provides up to $7.75 million in cash benefits, plus additional injunctive relief. The court granted final approval in October 2020.

*In re Blackbaud, Inc. Customer Data Breach Litig.*, MDL No. 2972 (D.S.C.). In 2020, data security company Blackbaud, Inc. was target for a ransomware attack. In the litigation that followed, brought by Blackbaud's customers, Kelly Iverson was appointed to the Plaintiffs' Steering Committee. On October 19, 2021, the Honorable J. Michelle Childs denied Blackbaud's motion to dismiss Plaintiffs' negligence and gross negligence claims. Defendant's motion for summary judgment is currently pending.

*Popa v. Harriet Carter Gifts, Inc.*, 52 F.4th 121 (3d Cir. 2022). Lynch Carpenter won reversal of a district court's summary judgment for defendants in a case regarding applicability of Pennsylvania's Wiretapping and Electronic Surveillance Control Act ("WESCA"), 18 PA. CONS. STAT. 5702 *et seq*. The Third Circuit rejected the defendants' attempt to establish a "direct party" exception to WESCA, which would have undermined the two-party consent requirement of the statute. The Third Circuit also confirmed that defendants bear the burden of proving a prior consent defense, and that the location of electronic interception of website communications under WESCA is at the point where software re-routes transmissions from a user's device, not where the website communications are ultimately received. After the district court's second summary judgment ruling in favor of defendants, Lynch Carpenter is again appealing to the Third Circuit to correct the district court's erroneous ruling regarding consent and online browsing.

*In re Marriott International Customer Data Security Breach Litig.*, MDL No. 2879 (D. Md.). Lynch Carpenter was appointed to the Plaintiffs' Steering Committee in this MDL related to the data breach involving Starwood guest information dating back to at least 2014. The MDL includes more than 100 cases and is in pretrial litigation. The district court certified several bellwether classes in May 2022 and the Fourth Circuit granted the defendant's Rule 23(f) appeal. On remand, the case was re-certified by the district court, and upon a subsequent Rule 23(f) appeal, de-certified by the Fourth Circuit in 2025.

*Baker v. ParkMobile, LLC*, No. 1:21-cv-02182 (N.D. Ga.). This case involved a data breach of ParkMobile's servers, impacting personal information of 21 million consumers. Nicholas Colella was appointed to the Plaintiffs' Steering Committee. Judge Steve Jones denied ParkMobile's motion to dismiss the negligence, negligence per se, and state consumer protection claims. In May 2025, the court granted final approval to a $9 million class settlement.

*In re Home Depot Customer Data Breach Litig.*, MDL 2583 (N.D. Ga.). In this MDL, Lynch Carpenter attorneys represented financial institutions in litigation related to the major data breach at the retailer which continued for almost six months in 2014 and resulted in the compromise of approximately 56 million payment card accounts. Lynch Carpenter was appointed by Judge Thrash to be one of three Lead Counsel managing the financial institution track of the litigation. In September 2017, the Court granted final approval to a comprehensive class settlement that provides over $27 million in relief to the financial institution class.

***First Choice Federal Credit Union v. The Wendy's Company et al.***, No. 2:16-cv-0506 (W.D. Pa.). This class action arose out of malware installed on the point-of-sale systems of Wendy's franchised restaurants for the purpose of capturing and ex-filtrating customer payment card data. Approximately 18 million payment cards were exposed. The United States District Court for the Western District of Pennsylvania consolidated several proposed class actions and appointed Lynch Carpenter as Co-lead Counsel on behalf of the plaintiff financial institutions. In November 2018, after three rounds of in- person mediation, Wendy's agreed to pay $50 million into a non-reversionary fund and to adopt and/or maintain certain reasonable safeguards to manage its data security risks. When the settlement received final approval in November 2019, the Honorable Maureen P. Kelly noted Class Counsel's "national reputation," "significant experience in these types of class actions and in data breach litigation," and "high level of skill and efficiency." Judge Kelly further explained:

> This case has gone on for three and a half years…This was a very involved case and everyone brought to the table an incredible wealth of knowledge, was always prepared, really was thorough and professional in everything that was provided to the Court. And as involved as this case was, if every case I had was as well organized and professionally presented as this case has been, my life would be much easier… The briefs I got in this case and any filings were just so well-done and detailed. And my law clerks and I have discussed that a number of times. I want to thank counsel for the way you have conducted yourselves and the way you've all presented this case.

***Dittman et al. v. UPMC d/b/a The University of Pittsburgh Medical Center and UPMC McKeesport***, Allegheny Cty., Pa. No. GD-14-003285; 196 A.3d 1036 (Pa. 2018). Lynch Carpenter represented several employees of the health care group UPMC in a class action stemming from a breach of UPMC's personnel files. On November 21, 2018, the Supreme Court of Pennsylvania issued a landmark decision, reversing two lower courts, regarding the viability of common law negligence claims in the wake of a data breach. The Court found that UPMC engaged in affirmative conduct by collecting and storing employee data, and that general principles of negligence support holding actors to "a duty to others to exercise the care of a reasonable man to protect [others] against an unreasonable risk of harm to them arising out of the act." As to the economic loss doctrine, the Court agreed with Plaintiffs' interpretation of Pennsylvania legal precedent on the issue, finding that the question of whether the economic loss doctrine applies necessarily turns on the "source of the duty alleged," and, accordingly, a plaintiff may seek pecuniary damages under a negligence theory if the duty sought to be enforced arises independently of any contractual relationship between the parties. After remand to the trial court, additional motions practice, and initiating discovery, the parties reached a multimillion-dollar settlement that received final approval in December 2021.

***In re Target Corporation Customer Data Breach Litig.***, MDL 2522 (D. Minn.). Gary Lynch was appointed to a five-member Plaintiffs' Executive Committee that is managed this litigation on behalf of all Plaintiffs. A settlement agreement which provides $10 million to affected individual customers was granted final approval in November 2015. A separate settlement providing approximately $39 million in relief to plaintiff financial institutions was given final approval in May 2016.

## Consumer Protection/Products Liability

***In re Philips Recalled CPAP, Bi-Level PAP, and Mechanical Ventilator Products Liability Litig.***, MDL No. 3014 (W.D. Pa.). In February 2022, Kelly Iverson was appointed as one of four Co-Lead Counsel from a pool of 75 applicants. The MDL includes over 300 actions involving allegations regarding the potentially harmful degradation of sound abatement foam on recalled continuous positive airway pressure (CPAP) machines and the manufacturers' conduct in marketing and ultimate recall of the machines. The parties negotiated a proposed $479

million resolution of the economic loss claims in the case, which received final approval in April 2024. The parties further reached a $1.075 billion dollar settlement to resolve the personal injury and medical monitoring claims in April 2024.

***In re East Palestine Train Derailment***, No. 4:23-cv-00242 (N.D. Ohio). The court appointed Kelly Iverson to the Plaintiffs' Steering Committee in this consolidated action arising from the derailment of a Norfolk Southern train and subsequent release of toxic chemicals in East Palestine, Ohio. The parties reached a $600 million settlement which received final approval in September 2024. An appeal is pending.

***In re Robinhood Outage Litig.***, No. 20-cv-1626 (N.D. Cal.). In July 2020, Jamisen Etzel was appointed to the Executive Committee overseeing consolidated actions brought by consumers who sustained losses when the trading application Robinhood suffered severe service outages during a period of intense market volatility. A class settlement received final approval in July 2023 for $9.9 million.

***Luca v. Wyndham Hotel Group, LLC***, No. 2:16-cv-746 (W.D. Pa.). Lynch Carpenter attorneys were Co-Lead Counsel in a class action against the Wyndham hotel companies for violations of New Jersey consumer protection statutes. Plaintiffs alleged that Wyndham's websites deceptively masked the resort fees charged at certain hotels and forced patrons to agree to illegal terms and conditions. In 2017, plaintiffs defeated a motion to dismiss filed by two of the primary operating subsidiaries. A class settlement worth up to $7.6 million was reached in 2019 and approved later that year.

***Morrow v. Ann Inc.***, No. 16-cv-3340 (S.D.N.Y.). Lynch Carpenter attorneys were Co-Class Counsel in a case alleging deceptive pricing practices by a major national retail chain. After plaintiffs overcame a motion to dismiss, the case settled for $6.1 million worth of class benefits. The settlement was approved in April 2018.

***In re Rust-Oleum Restore Marketing, Sales Practices and Prods. Liab. Litig.***, No. 1:15-cv- 1364 (N.D. Ill.): In this sprawling products liability MDL relating to defective deck resurfacing products, a Lynch Carpenter attorney was instrumental in negotiating a $9.3 million settlement providing meaningful relief to consumers, which received final approval in March of 2017 by the Honorable Amy J. St. Eve of the United States District Court for the Northern District of Illinois, now a sitting Judge of the Court of Appeals for the Seventh Circuit.

## Financial Fraud, Lending Practices, and Securities

***CitiMortgage SCRA Litig.***, (S.D.N.Y.). Lynch Carpenter attorneys were Tri-Lead Counsel in this class action against CitiMortgage on behalf of Sergeant Jorge Rodriguez in the Southern District of New York. This case alleges that CitiMortgage improperly foreclosed upon Mr. Rodriguez's home (and the homes of similarly situated individuals) while he was serving in Iraq, in violation of the Servicemembers Civil Relief Act. The case settled and received final approval in October 2015, securing $38.2 million for members of our military service.

***In re Community Bank of Northern Virginia and Guaranty National Bank of Tallahassee Secondary Mortgage Loan Litig.***, (W.D. Pa./3d Cir.). Lynch Carpenter attorneys were Co-Lead Class Counsel in this national litigation on behalf of second mortgage borrowers under the Real Estate Settlement Procedures Act. The class was certified by the district court and affirmed by the Third Circuit, 795 F.3d 380 (2015). A class settlement was finalized in early 2017 and obtained a total recovery of $24 million.

***In re Motorola Securities Litig.***, No. 03-cv-287 (N.D. Ill.). A Lynch Carpenter attorney represented the State of New Jersey's Division of Investment in this securities class action against Motorola, stemming from

misrepresentations made by the company regarding a $2 billion loan it made to a Turkish entity that was not repaid. The case settled a few days before trial for $190 million.

***Figueroa v. Capital One***, No. 18-cv-692 (S.D. Cal.). Todd Carpenter and Eddie Kim served as Class Counsel in a class action challenging the unlawful assessment of multiple ATM fees in contravention of the customer account agreement, which resulted in a $13 million settlement.

***Schertzer v. Bank of America***, No. 19-cv-264 (S.D. Cal.). Lynch Carpenter attorneys represent bank customers who were assessed out-of-network ATM fees for balance inquiries transpiring from deceptive ATM prompts utilized by independent ATM operators Cardtronics and FCTI. Plaintiffs prevailed on challenges to the pleadings. In May 2025, the court granted in part and denied in part the defendant's motion for reconsideration of the class certification order.

***Bingham v. Acorns Grow***, No. 30-2019-0150842 (Cal. Sup. Ct. Orange Cnty.). Eddie Kim served as Class Counsel in a class action on behalf of customers of a financial mobile app that automatically transferred "spare change" from each purchase using debit cards issued by customers' banks into an Acorns Grow investment account. This action challenged the app's failure to prevent overdrafts of customers' checking accounts as a result of the automated transfers and the resultant assessment of overdraft fees. A $2.5 million settlement received final approval in September 2022.

### COVID-19 Closures Litigation

***Hickey v. Univ. of Pittsburgh***, 8 F.4th 301 (3d Cir. 2023). Gary Lynch argued in front of the Third Circuit after motions to dismiss were granted in favor of the University of Pittsburgh and Temple University. The District Courts held that students could not bring a breach of implied contract under Pennsylvania law, and must point to specific promises in writing. The Third Circuit reversed and remanded, adopting Mr. Lynch's argument that nothing in Pennsylvania case law suggests implied contract claims brought by students are barred, but rather, can be inferred based on course of conduct and marketing material received by the students that tout the benefits of campus. The Third Circuit also reversed the District Courts' dismissal of unjust enrichment in the alternative. In July 2025, the court granted final approval to a $7.85 million class action settlement.

***Ramey v. The Pennsylvania State University***, No. 2:20-cv-00753 (W.D. Pa.). Lynch Carpenter serves as co-lead counsel for students enrolled at Penn State University during the Spring 2020 semester, who received only remote online only instruction and lost access to most campus facilities during the Covid-19 pandemic. In February 2025, the court granted final approval to a $17 million class settlement for approximately 72,000 class members, is the largest settlement in the nation for claims of this type.

***Ryan v. Temple University***, No. 5:22-cv-02164 (E.D. Pa.). Lynch Carpenter serves as co-lead counsel in this consolidated tuition and fee refund class action case against Temple University which alleged that the university breached implied contracts and/or was otherwise unjustly enriched when it transitioned from in-person education to remote learning in response to the COVID-19 pandemic during the Spring 2020 semester. Following remand from successful appeal before the United States Court of Appeals for the Third Circuit, the parties reached a $6.9 million class action settlement that will resolve all the claims asserted in the litigation. The settlement received final approval to the settlement in February 2025.

***Pfingsten v. Carnegie Mellon University***, No. 2:20-cv-00716 (W.D. Pa.). Lynch Carpenter serves as co-lead counsel in this tuition and fee refund class action case against CMU, which alleged that university the breached

implied contracts and/or was otherwise unjustly enriched when it transitioned from in-person education to remote learning in response to the COVID-19 pandemic during the Spring 2020 semester. In July 2025, the court granted final approval to a $4.8 class action settlement agreement.

***Kincheloe v. Univ. of Chicago***, No. 1:20-cv-03015 (N.D. Ill.). Lynch Carpenter represented students who paid for in-person learning, but received remote online only education and services for half of the Spring 2020 semester following the Covid-19 pandemic. The parties reached a class action settlement of $4.95 million, which received final approval in May 2024.

***Smith v. Univ. of Pennsylvania***, No. 2:20c-cv-2086 (E.D. Pa.). Lynch Carpenter was appointed co-lead counsel to represent students who paid for in-person learning but received remote online only education and services for half of the Spring 2020 semester following the Covid-19 pandemic. Plaintiffs prevailed on a motion to dismiss as to the fees paid for the semester. The parties reached a settlement of $4.5 million for the class, which received final approval in January 2023.

## WAGE AND HOUR & EMPLOYMENT DISCRIMINATION LITIGATION

***Genesis Healthcare v. Symczyk***, No. 11-1059 (U.S. Supreme Court). Gary Lynch served as Counsel of Record before the United States Supreme Court in an appeal addressing the application of mootness principles in a putative collective action filed under Section 216(b) of the Fair Labor Standards Act. When defendant served the plaintiff with a Rule 68 offer of judgment for "make whole" relief, the district court dismissed the case as moot. Gary Lynch successfully argued the appeal in the United States Court of Appeals for the Third Circuit, which held that the FLSA collective action did not become moot upon the plaintiff's receipt of a Rule 68 offer of judgment for full satisfaction of her individual claim. The Supreme Court reversed in a 5-4 opinion, with Justice Kagan writing a strong dissent on behalf of our client—a position which was subsequently adopted by the majority of the Court in *Campbell-Ewald Co. v. Gomez*, 577 U.S. 153 (2016). Plaintiff's position before the Supreme Court was supported by the United States as Amicus Curiae.

***Verma v. 3001 Castor Inc.***, No. 2:13-cv-03034 (E.D. Pa.). As Co-Class Counsel, Lynch Carpenter attorneys won a $4.59 million jury verdict in 2018 for misclassified workers at a Philadelphia nightclub. The claims were brought under the FLSA and Pennsylvania Minimum Wage Act. The trial verdict was fully affirmed by the Third Circuit in August 2019.

***Reynolds v. Turning Point Holding Co., et. al.***, No. 2:19-cv-01935 (E.D. Pa.). Lynch Carpenter served as co-lead counsel in this wage and hour class action and collective action that alleged that the defendants failed to properly provide complete and accurate tip credit notification to their tipped employees in violation of the FLSA and similar state wage and hour laws. Following extensive discovery and motions practice, the parties reached a $799,500 settlement on behalf of classes consisting of Pennsylvania and New Jersey employees. The settlement received final approval on March 3, 2023.

***Copley v. Evolution Well Services, LLC***, No. 2:20-cv-01442 (W.D. Pa.). In February 2022, Lynch Carpenter obtained collective certification under the FLSA of several hundred "hitch employees." These employees spent hours per week travelling to remote job sites, time for which they were unpaid. In July 2023, Judge Wiegand finally approved a $2.55 million dollar settlement for the FLSA collective, as well as Pennsylvania and Ohio state classes.

***Wintjen v. Denny's, Inc. et al.***, No. 2:19-cv-00069 (W.D. Pa.). On November 18, 2021, Judge Wiegand of the Western District of Pennsylvania granted class and conditional certification and appointed Lynch Carpenter LLP as Class Counsel. The class encompasses all tipped employees within the Commonwealth of Pennsylvania and involves Denny's failure to comply with the tip credit notification requirements as well as the 80/20 rule regarding side work.

### ANTITRUST

***In re Railway Industry Employee No-Poach Antitrust Litig.***, MDL No. 2850 (W.D. Pa.), Chief Judge Joy Flowers Conti appointed Lynch Carpenter partner Kelly K. Iverson as Plaintiffs' Liaison Counsel on behalf of the class of employees who alleged the defendants and their co-conspirators entered into unlawful agreements to reduce and eliminate competition among them for employees and to suppress the compensation of those employees. The two defendants agreed to class settlements worth a combined $48.95 million, and final approval was granted in August 2020.

***In re Blue Cross Blue Shield Antitrust Litig.***, MDL No. 2406 (N.D. Ala.). Lynch Carpenter attorneys represented healthcare subscriber plaintiffs in four states in this nationwide class action challenging the anti-competitive practices of Blue Cross/Blue Shield's nationwide network of local insurers who do not compete with each other based on geographic boundaries. A $2.7 billion settlement received final approval in August 2022. An appeal of final approval ensued, and the Eleventh Circuit affirmed the judgment approving the settlement agreement in October 2023.

***In re FICO Antitrust Litig. Related Cases***, No. 1:20-CV-02114 (N.D. Ill.). Lynch Carpenter attorneys are representing a credit union in one of ten related actions alleging that Fair Isaac Corporation (FICO) engaged in monopolistic behavior that caused the plaintiffs to overpay for FICO credit scores, in violation of the Sherman Act and various state laws.

# Exhibit G



# FIRM RESUME

One West Las Olas Boulevard, Suite 500
Fort Lauderdale, Florida 33301

**Telephone:** 954.525.4100
**Facsimile:** 954.525.4300
**Website:** www.kolawyers.com

**Miami  –  Fort Lauderdale  –  Boca Raton**

## OUR FIRM

For over two decades, Kopelowitz Ostrow Ferguson Weiselberg Gilbert (KO) has provided comprehensive, results-oriented legal representation to individual, business, and government clients throughout Florida and the rest of the country. KO has the experience and capacity to represent its clients effectively and has the legal resources to address almost any legal need. The firm's 25 attorneys have practiced at several of the nation's largest and most prestigious firms and are skilled in almost all phases of law, including consumer class actions, multidistrict litigation involving mass tort actions, complex commercial litigation, and corporate transactions. In the class action arena, the firm has experience not only representing individual aggrieved consumers, but also defending large institutional clients, including multiple Fortune 100 companies.

## WHO WE ARE

The firm has a roster of accomplished attorneys. Clients have an opportunity to work with some of the finest lawyers in Florida and the United States, each one committed to upholding KO's principles of professionalism, integrity, and personal service. Among our roster, you'll find attorneys whose accomplishments include Board Certified in their specialty; serving as in-house counsel for major corporations, as city and county attorneys handling government affairs, and as public defenders and prosecutors; achieving multi-millions of dollars through verdicts and settlements in trials, arbitrations, and alternative dispute resolution procedures; successfully winning appeals at every level in Florida state and federal courts; and serving government in various elected and appointed positions.

KO has the experience and resources necessary to represent large putative classes. The firm's attorneys are not simply litigators, but rather, experienced trial attorneys with the support staff and resources needed to coordinate complex cases.

CLASS
ACTION
**PLAINTIFF**

Since its founding, KO has initiated and served as lead class counsel in dozens of high-profile class actions. Although the actions are diverse by subject area, KO has established itself as one of the leading firms that sue national and regional banks and credit unions related to the unlawful assessment of fees. Their efforts spanning a decade plus have resulted in recoveries in excess of $500 million and monumental practices changes that have changed the industry and saving clients billions of dollars.

Additionally, other past and current cases have been prosecuted for breaches of insurance policies; data breaches; data privacy; wiretapping; biometric privacy; gambling; false advertising; defective consumer products and vehicles; antitrust violations; and suits on behalf of students against colleges and universities arising out of the COVID-19 pandemic.

The firm has in the past litigated certified and proposed class actions against Blue Cross Blue Shield and United Healthcare related to their improper reimbursements of health insurance benefits.  Other insurance cases include auto insurers failing to pay benefits owed to insureds with total loss vehicle claims. Other class action cases include cases against Microsoft Corporation related to its Xbox 360 gaming platform, ten of the largest oil companies in the world in connection with the destructive propensities of ethanol and its impact on boats, Nationwide Insurance for improper mortgage fee assessments, and several of the nation's largest retailers for deceptive advertising and marketing at their retail outlets and factory stores.

## CLASS ACTION **DEFENSE**

The firm also brings experience in successfully defended many class actions on behalf of banking institutions, mortgage providers and servicers, advertising conglomerates, aircraft manufacturer and U.S. Dept. of Defense contractor, a manufacturer of breast implants, and a national fitness chain.

## MASS TORT **LITIGATION**

The firm also has extensive experience in mass tort litigation, including serving as Lead Counsel in the Zantac Litigation, one of the largest mass torts in history. The firm also has handled cases against 3M related to defective earplugs, several vaginal mash manufacturers, Bayer in connection with its pesticide Roundup, Bausch & Lomb for its Renu with MoistureLoc product, Wyeth Pharmaceuticals related to Prempro, Bayer Corporation related to its birth control pill YAZ, and Howmedica Osteonics Corporation related to the Stryker Rejuvenate and AGB II hip implants. In connection with the foregoing, some of which has been litigated within the multidistrict arena, the firm has obtained tens of millions in recoveries for its clients.

## OTHER AREAS **OF PRACTICE**

In addition to class action and mass tort litigation, the firm has extensive experience in the following practice areas: commercial and general civil litigation, corporate transactions, health law, insurance law, labor and employment law, marital and family law, real estate litigation and transaction, government affairs, receivership, construction law, appellate practice, estate planning, wealth preservation, healthcare provider reimbursement and contractual disputes, white collar and criminal defense, employment contracts, environmental, and alternative dispute resolution.

## FIND US **ONLINE**

To learn more about KO, or any of the firm's other attorneys, please visit www.kolawyers.com.

## FINANCIAL INSTITUTIONS

*Aseltine v. Bank of America, N.A.*, 3:23-cv-00235 (W.D.N.C. 2024) – $21 million

*McNeil v. Capital One, N.A.*, 1:19-cv-00473 (E.D.N.Y.) – $16 million

*Devore, et al. v. Dollar Bank,* GD-21-008946 (Ct. Common Pleas Allegheny 2024) - $7 million

*Nimsey v. Tinker Federal Credit Union,* C1-2019-6084 (Dist. Ct. Oklahoma 2024) - $5.475 million

*Precision Roofing of N. Fla. Inc., et al. v. CenterState Bank*, 3:20-cv-352 (S.D. Fla. 2023) - $2.65 million

*Checchia v. Bank of America, N.A.*, 2:21-cv-03585 (E.D. Pa. 2023) - $8 million

*Quirk v. Liberty Bank*, X03-HHD-CV20-6132741-S (Jud. Dist. Ct. Hartford 2023) - $1.4 million

*Meier v. Prosperity Bank*, 109569-CV (Dist. Ct. Brazoria 2023) - $1.6 million

*Abercrombie v. TD Bank, N.A.*, 0:21-cv-61376 (S.D. Fla. 2022) - $4.35 million

*Perks, et al. v. TD Bank, N.A.*, 1:18-cv-11176 (E.D.N.Y. 2022) - $41.5 million

*Fallis v. Gate City Bank,* 09-2019-CV-04007 (Dist. Ct., Cty. of Cass, N.D. 2022) - $1.8 million

*Glass, et al. v. Delta Comm. Cred. Union*, 2019CV317322 (Sup. Ct. Fulton Ga. 2022) - $2.8 million

*Roy v. ESL Fed. Credit Union*, 19-cv-06122 (W.D.N.Y. 2022) - $1.9 million

*Wallace v. Wells Fargo*, 17CV317775 (Sup. Ct. Santa Clara 2021) - $10 million

*Doxey v. Community Bank, N.A.*, 8:19-CV-919 (N.D.N.Y. 2021) - $3 million

*Coleman v. Alaska USA Federal Credit Union*, 3:19-cv-0229-HRH (Dist. of Alaska 2021) - $1 million

*Smith v. Fifth Third Bank*, 1:18-cv-00464-DRC-SKB (W.D. Ohio 2021) - $5.2 million

*Lambert v. Navy Federal Credit Union*, 1:19-cv-00103-LO-MSN (S.D. Va. 2021) - $16 million

*Roberts v. Capital One, N.A.*, 16 Civ. 4841 (LGS) (S.D.N.Y 2021) - $17 million

*Lloyd v. Navy Federal Credit Union*, 17-cv-01280-BAS-RBB (S.D. Ca. 2019) - $24.5million

*Farrell v. Bank of America, N.A.*, 3:16-cv-00492-L-WVG (S.D. Ca. 2018) - $66.6 million

*Bodnar v. Bank of America, N.A.*, 5:14-cv-03224-EGS (E.D. Pa. 2015) - $27.5 million

*Morton v. Green Bank*, 11-135-IV (20th Judicial District Tenn. 2018) - $1.5 million

*Hawkins v. First Tenn. Bank*, CT-004085-11 (13th Jud. Dist. Tenn. 2017) - $16.75 million

*Payne v. Old National Bank*, 82C01-1012 (Cir. Ct. Vanderburgh 2016) - $4.75 million

*Swift. v. Bancorpsouth*, 1:10-CV-00090 (N.D. Fla. 2016) - $24.0 million

*Mello v. Susquehanna Bank*, 1:09-MD-02046 (S.D. Fla. 2014) – $3.68 million

*Johnson v. Community Bank*, 3:11-CV-01405 (M.D. Pa. 2013) - $1.5 million

*McKinley v. Great Western Bank*, 1:09-MD-02036 (S.D. Fla. 2013) - $2.2 million

*Blahut v. Harris Bank*, 1:09-MD-02036 (S.D. Fla. 2013) - $9.4 million

*Wolfgeher v. Commerce Bank*, 1:09-MD-02036 (S.D. Fla. 2013) - $18.3 million

*Case v. Bank of Oklahoma*, 09-MD-02036 (S.D. Fla. 2012) - $19.0 million

*Hawthorne v. Umpqua Bank*, 3:11-CV-06700 (N.D. Cal. 2012) - $2.9 million

*Simpson v. Citizens Bank*, 2:12-CV-10267 (E.D. Mich. 2012) - $2.0 million

*Harris v. Associated Bank*, 1:09-MD-02036 (S.D. Fla. 2012) - $13.0 million

*LaCour v. Whitney Bank*, 8:11-CV-1896 (M.D. Fla. 2012) - $6.8 million

*Orallo v. Bank of the West*, 1:09-MD-202036 (S.D. Fla. 2012) - $18.0 million

*Taulava v. Bank of Hawaii*, 11-1-0337-02 (1st Cir. Hawaii 2011) - $9.0 million

## MDLs

*In re: Fortra File Transfer Software Data Breach Litigation*, MDL No. 3090 (S.D. Fla.) – $27 million

*In re: Evolve Bank & Trust Customer Data Breach Litig.*, MDL No. 3127 (W.D. Tenn.) - $17.0 million

*In re: Snowflake, Inc., Data Breach Litigation*, MDL No. 3126 (D. Mont.) - Co-Lead Counsel

*In re: Consumer Vehicle Driving Data Tracking Collection*, MDL No. 3115 (N.D. Ga.) - Exec. Comm.

*In re Change Healthcare, Inc. Data Breach Litigation*, MDL No. 3108 (D. Minn.) - Exec. Comm.

*In re: PowerSchool Holdings, Inc. Customer Data Breach Litig.*, MDL No. 3149 (S.D. Cal.) - Exec. Comm.

## DATA BREACH AND PRIVACY

*In re: TD Bank Customer Data Security Breach Litigation,* 3:41-cv-2057 (Fees) - $7.25 million

*McNally et al. v. Infosys McAmish Systems, LLC,* 1:24-cv-00995 (N.D. Ga.) - $17.5 million

*Crowe, et al. v. Managed Care of North America, Inc.,* 0:23-cv-61065-AHS (S.D. Fla.) – Co-Lead Counsel

*Malinowski, et al. v. IBM Corp. and Johnson & Johnson,* 7:23-cv-08421 (S.D.N.Y.) – Co-Lead Counsel

*Gordon, et al. v. Zeroed-In Technologies, LLC, et al.,* 1:23-CV-03284 (D. Md.) – Co-Lead Counsel

*Harrell, et al. v. Webtpa Employer Services LLC,* 3:24-CV-01158 (N.D. Tex.) - $13.75 million

*Gambino, et al. v. Berry Dunn Mcneil & Parker LLC,* 2:24-CV-00146 (D. Me.) - $7.25 million

*Isaac v. Greylock McKinnon Associates, Inc.,* 1:24-CV-10797 (D. Mass.) - $600,000

*Rodriguez, et al. v. Caesars Entertainment, Inc.,* 2:23-CV-01447 (D. Nev.) - Steering Committee Chair

*Owens v. MGM Resorts International,* 2:23-cv-01480-RFB-MDC (D. Nev.) - $45 million

*Doyle v. Luxottica of America, Inc.,* 1:20-cv-00908-MRB (S.D. Ohio) - Executive Committee

*Doe, et al. v. Highmark, Inc.,* 2:23-cv-00250-NR (W.D. Penn.) - Executive Committee

*Silvers, et al. v. HCA Healthcare, Inc.,* 1:23-cv-01003-LPH (S.D. In.) - Executive Committee

*In re: 21st Century Oncology,* MDL No. 2737 (M.D. Fla. 2021) - $21.8 million

*In re: CaptureRx Data Breach,* 5:21-cv-00523 (W.D. Tex. 2022) - $4.75 million

*Lopez, et al. v. Volusion, LLC,* 1:20-cv-00761 (W.D. Tex. 2022) - $4.3 million

*Mathis v. Planet Home Lending, LLC,* 3:24-CV-00127 (D. Conn.) - $2.425 million

*In re loanDepot Data Breach Litigation,* 8:24-cv-00136 (C.D. Cal.) - $25 million

*Stadnik v. Sovos Compliance, LLC,* 1:23-CV-12100 (D. Mass.) - $3.5 million

*Turner v. Johns Hopkins, et al.,* 24-C-23-002983 (Md. Cir. Ct.) - $2.9 million

*Peterson v. Vivendi Ticketing US LLC,* 2:23-CV-07498 (C.D. Cal.) - $3.25 million

*Katz et al. v. Einstein Healthcare Network,* 02045 (Pa. Ct. C.P., Phila.) - $1.6 million

*Opris et al v. Sincera Reproductive Medicine et al,* 2:21-cv-03072 (E.D. Pa.) - $1.2 million

*Garza et al v. Healthalliance, Inc. et al,* 7245012023 (N.Y. Sup. Ct.) - $1.29 million

*McLean et al. v. Signature Performance, Inc. et al.,* 8:24-cv-00230 (D. Neb.) - $8.5 million

*Wahab et al. v. Boston Children's Health Phys., LLP,* 73692/2024 (N.Y. Sup. Ct.) - $5.15 million

## CONSUMER PROTECTION

*Ostendorf v. Grange Indemnity Ins. Co.,* 2:19-cv-01147-ALM-KAJ (E.D. Ohio 2020) - $12.6 million

*Paris, et al. v. Progressive Select Ins. Co., et al.,* 19-21760-CIV (S.D. Fla. 2023) - $38 million

*Spielman v. USAA, et al.,* 2:19-cv-01359-TJH-MAA (C.D. Ca. 2023) - $3 million

*Walters v. Target Corp.,* 3:16-cv-1678-L-MDD (S.D. Cal. 2020) - $8.2 million

*Papa v. Grieco Ford Fort Lauderdale, LLC,* 18-cv-21897-JEM (S.D. Fla. 2019) - $4.9 million

*In re Disposable Contact Lens Antitrust Litig.,* MDL 2626 (M.D. Fla.) - $88 million

*Vandiver v. MD Billing Ltd.,* 2023LA000728 (18th Jud. Dist. Ill. 2023) - $24 million

*Skrandel v. Costco Wholesale Corp.,* 9:21-cv-80826-BER (S.D. Fla. 2024) - $1.3 million

*Evans v. Church & Dwight Co., Inc.,* 1:22-CV-06301 (N.D. Ill. 2023) - $2.5 million

*In Re: Farm-Raised Salmon & Salmon Prod. Antitrust Litig.,* No. 1:19-cv-21551 (S.D. Fla. 2023) - $75 million *Perry v. Progressive Michigan, et al.,* 22-000971-CK (Cir. Ct. Washtenaw) - Class Counsel

*In re Apple Simulated Casino-Style Games Litig.,* MDL No. 2958 (N.D. Cal.) - Executive Committee

*In re Google Simulated Casino-Style Games Litig.,* MDL No. 3001 (N.D. Cal.) - Executive Committee

*In re Facebook Simulated Casino-Style Games Litig.,* No. 5:21-cv-02777 (N.D. Cal.) - Exec. Committee

## MASS TORT

*In re Zantac Prods. Liab. Litig.,* MDL No. 2924 (S.D. Fla.) - Co-Lead Counsel

*In re: National Prescription Opiate Litigation,* No. MDL No. 2804 (N.D. Ohio) - $100 million

*In re: Juul Labs,* No. MDL No. 2913 (N.D. Cal.) - $26 million

*In re: Davenport Hotel Building Collapse,* LACE137119 (Dist. Ct. Scott Cty., Iowa) - Class Counsel

*In re: 3M Combat Arms Earplug Prod. Liab. Litig.,* MDL No. 2885 (N.D. Fla.) - Numerous Plaintiffs *In re: Stryker Prod. Liab. Lit.,* 13-MD-2411 (Fla. Cir Ct.) - Numerous Plaintiffs

# JEFF OSTROW



**Managing Partner**
ostrow@kolawyers.com
954.332.4200

***Bar Admissions***
Florida Bar
District of Columbia Bar

***Court Admissions***
Supreme Court of the United States
U.S. Court of Appeals for the Eleventh Circuit
U.S. Court of Appeals for the Ninth Circuit
U.S. District Court, Southern District of Florida
U.S. District Court, Middle District of Florida
U.S. District Court, Northern District of Florida
U.S. District Court, Northern District of Illinois
U.S. District Court, Eastern District of Michigan
U.S. District Court, Western District of Tennessee
U.S. District Court, Western District of Wisconsin
U.S. District Court, Western District of Kentucky
U.S. District Court, Northern District of New York
U.S. District Court, District of Colorado
U.S. District Court, Southern District of Indiana
U.S. District Court, Eastern District of Texas
U.S. District Court, District of Nebraska

***Education***
Nova Southeastern University, J.D. - 1997
University of Florida, B.A. – 1994

Jeff Ostrow is the Managing Partner of Kopelowitz Ostrow P.A. He established his own firm in 1997, immediately upon graduation from law school and has since grown KO to 30 attorneys with offices in South Florida, Philadelphia, and New York In addition to overseeing the firm's day-to-day operations and strategic direction, Mr. Ostrow practices full time in the area of consumer class actions. He is a Martindale-Hubbell AV® Preeminent™ rated attorney in both legal ability and ethics, which is the highest possible rating by the most widely recognized attorney rating organization in the world.

Mr. Ostrow is an accomplished trial attorney who has experience representing both Plaintiffs and Defendants. He has successfully tried many cases to verdict involving multi-million-dollar damage claims in state and federal courts. He is currently court-appointed lead counsel or sits on plaintiffs' executive committees in multiple high profile nationwide multi-district litigation actions involving cybersecurity breaches and related privacy issues.

Additionally, he has spent the past 15 years serving as lead counsel in dozens of nationwide and statewide class action lawsuits against many of the world's largest financial institutions in connection with the unlawful assessment of fees. To date, his efforts have successfully resulted in the recovery of over $1 billion for tens of millions of bank and credit union customers, as well as monumental changes in the way they assess fees. Those changes have forever revolutionized an industry, resulting in billions of dollars of savings. In addition, Mr. Ostrow has served as lead class counsel in many consumer class actions against some of the world's largest airlines, pharmaceutical companies, clothing retailers, health and auto insurance carriers, technology companies, and oil conglomerates, along with serving as class action defense counsel for some of the largest advertising and marketing agencies in the world, banking institutions, real estate developers, and mortgage companies. A selection of

should class action Document 28-2 Ostrow as participated at agent hereinabove.

Mr. Ostrow often serves as outside General Counsel to companies, advising them in connection with their legal and regulatory needs. He has represented many Fortune 500® Companies in connection with their Florida litigation. He has handled cases covered by media outlets throughout the country and has been quoted many times on various legal topics in almost every major news publication, including the Wall Street Journal, New York Times, Washington Post, Miami Herald, and Sun-Sentinel. He has also appeared on CNN, ABC, NBC, CBS, Fox, ESPN, and almost every other major national and international television network in connection with his cases, which often involve industry changing litigation or athletes in Olympic swimming, professional boxing, the NFL, NBA and MLB.

Mr. Ostrow received a Bachelor of Science in Business Administration from the University of Florida in 1994 and Juris Doctorate from Nova Southeastern University in 1997. He is a licensed member of The Florida Bar and the District of Columbia Bar, is fully admitted to practice before the U.S. Supreme Court, U.S. Court of Appeals for the Ninth Circuit and Eleventh Circuit, the U.S. District Courts for the Southern, Middle, and Northern Districts of Florida, District of Colorado, Southern District of Indiana, Western District of Kentucky, Eastern District of Michigan, Northern District of Illinois, District of Nebraska, Northern District of New York, Western District of Tennessee, Eastern District of Texas, Western District of Wisconsin, Southern District of Indiana, Eastern District of Texas, and District of Nebraska. Mr. Ostrow is also member of several bar associations.

In addition to the law practice, he is the founder and president of ProPlayer Sports LLC, a full-service sports agency and marketing firm. He represents both Olympic Gold Medalist Swimmers, World Champion Boxers, and select NFL athletes, and is licensed by both the NFL Players Association as a certified Contract Advisor. At the agency, Mr. Ostrow handles all player-team negotiations of contracts, represents his clients in legal proceedings, negotiates all marketing and NIL engagements, and oversees public relations and crisis management. He has extensive experience in negotiating, mediating, and arbitrating a wide range of issues on behalf of clients with the NFL Players Association, the International Olympic Committee, the United States Olympic Committee, USA Swimming and the World Anti-Doping Agency. He has been an invited sports law guest speaker at New York University and Nova Southeastern University and has also served as a panelist at many industry-related conferences.

He is a lifetime member of the Million Dollar Advocates Forum. The Million Dollar Advocates Forum is the most prestigious group of trial lawyers in the United States. Membership is limited to attorneys who have had multi-million dollar jury verdicts. Additionally, he is consistently named as one of the top lawyers in Florida by Super Lawyers®, a publication that recognizes the best lawyers in each state. Mr. Ostrow is an inaugural recipient of the University of Florida's Warrington College of Business Administration Gator 100 award for the fastest growing University of Florida alumni- owned law firm in the world.

When not practicing law, Mr. Ostrow serves on the Board of Governors of Nova Southeastern University's Wayne Huizenga School of Business and is the Managing Member of One West LOA LLC, a commercial real estate development company with holdings in downtown Fort Lauderdale. He has previously sat on the boards of a national banking institution and a national healthcare marketing company. Mr. Ostrow is a founding board member for the Jorge Nation Foundation, a 501(c)(3) non-profit organization that partners with the Joe DiMaggio Children's Hospital to send children diagnosed with cancer on all-inclusive Dream Trips to destinations of their choice. Mr. Ostrow resides in Fort Lauderdale, Florida, and has 3 sons.

# DAVID FERGUSON



Partner

### Bar Admissions
The Florida Bar

### Court Admissions
U.S. District Court, Southern District of Florida
U.S. District Court, Middle District of Florida
U.S. District Court, Northern District of Florida

### Education
Nova Southeastern University, J.D. - 1993
Nova Southeastern University, B.S. – 1990

### Email: ferguson@kolawyers.com

David L. Ferguson is an accomplished trial attorney and chairs the firm's litigation department. He routinely leads high stakes litigation across a wide array of practice areas, including, but not limited to, employment law, complex business litigation, class actions, product liability, catastrophic personal injury, civil rights, and regulatory enforcement actions.

Mr. Ferguson is a Martindale-Hubbell AV® Preeminent™ rated attorney in both legal ability and ethics, a testament to the fact that his peers (lawyers and judges in the community) have ranked him at the highest level of professional excellence. Mr. Ferguson is well regarded as a formidable advocate in court and for providing creative and insightful strategic advice, particularly in emergency and extremely complex situations.

While in law school, Mr. Ferguson served as a Staff Member of the Nova Law Review. He was also a member of the Moot Court Society and the winner of the Moot Court Intramural Competition.

**Representation of the Broward Sheriff's Office**

Since 2013, Mr. Ferguson has had the privilege of representing the Broward Sheriff's Office ("BSO") in over 150 matters involving many different types of disputes and issues, including: defense of civil rights lawsuits in state and federal court; negotiating collective bargaining agreements with unions; and arbitrations brought by unions or employees subjected to termination or other significant discipline. Mr. Ferguson has had many arbitration final hearings and state and federal jury trials for BSO representing the agency as well as the Sheriff and numerous Deputies individually.

**Class/Mass Actions**

Mr. Ferguson has experience in class actions against large banks and some of the world's largest companies, including technology companies and oil conglomerates.

Additionally, during his career Mr. Ferguson has defended many large companies in MDL's, and mass and class actions, including medical equipment manufacturers, pharmaceutical companies, an aircraft parts and engine manufacturer and defense contractor, nationwide retailers, and a massive sugar manufacturer.

## Large Fraud and Ponzi Cases

Mr. Ferguson has a great deal of experience litigating cases involving massive fraud claims, most often for victims, but also for select defendants. Mr. Ferguson's clients have included individual victims who have lost multiple millions of dollars in fraud schemes to large businesses with tremendous damages, including one international lending institution with damages in excess of $150 million. Additionally, Mr. Ferguson successfully represented several individuals and entities subjected to significant claims by a receiver and the United States Marshals Service in a massive billion-dollar Ponzi scheme involving a notorious Ft. Lauderdale lawyer and his law firm.

## Regulatory Agency Enforcement Actions

Mr. Ferguson has extensive experience defending individuals and entities in significant enforcement actions brought by regulatory agencies, including the CFTC, FTC, and SEC.

## Employment, Human Resources, and Related Matters

Mr. Ferguson has represented numerous business and individuals in employment and human resource related matters. Mr. Ferguson has represented several Fortune 50 companies, including Pratt & Whitney/UTC, Home Depot, and Office Depot in all phases of employment related matters. Mr. Ferguson has litigated virtually every type of discrimination and employment related claim, including claims based upon race, pregnancy, disability, national origin, religion, age, sexual preference, sexual harassment, worker's compensation, unemployment, FMLA leave, FLSA overtime, unpaid wages, whistleblower, and retaliation.

Mr. Ferguson primarily represents companies, but also represents select individuals who have claims against their present or former employers. In addition to the wide variety of employment claims discussed above, as plaintiff's counsel Mr. Ferguson has also handled federal False Claims Act (Qui Tam) and the Foreign Corrupt Practices Act claims brought by individuals.

## Business Disputes

Throughout his legal career, as counsel for plaintiffs and defendants, Mr. Ferguson has handled a myriad of commercial cases involving all types of business disputes, including claims for breach of partnership agreements, breach of shareholder or limited liability company operating agreements; dissolution of corporations and limited liability companies; appointment of receivers; breaches of fiduciary duty; conversion; constructive trust; theft; negligent or intentional misrepresentation or omissions; fraudulent inducement; tortious interference; professional negligence or malpractice; derivate actions, breach of contract, real estate disputes, and construction disputes.

## Noncompetition and Trade Secret Litigation

Mr. Ferguson routinely represents companies and individuals in commercial disputes involving unfair and deceptive trade practices, unfair competition and/or tortious interference with contracts or valuable business relationships. Often these cases involve the enforcement of noncompetition agreements and protection of valuable trade secrets. Mr. Ferguson has extensive experience representing businesses seeking to enforce their noncompetition agreements and/or protect trade secrets through suits for injunctive relief and damages and representing subsequent employers and individuals defending against such claims. He has obtained numerous injunctions for his clients and has also successfully defended against them numerous times, including getting injunctions dissolved that were entered against his clients without notice or prior to his representation. Mr. Ferguson has also obtained contempt sanctions and entitlement to punitive damages against individuals and entities who have stolen trade secrets from his clients.

# ROBERT C. GILBERT



Partner

**Bar Admissions**
The Florida Bar
District of Columbia Bar

**Court Admissions**
Supreme Court of the United States
U.S. Court of Appeals for the 11th Circuit
U.S. District Court, Southern District of Florida
U.S. District Court, Middle District of Florida

**Education**
University of Miami School of Law, J.D. - 1985
Florida International University, B.S. - 1982

**Email:** *gilbert@kolawyers.com*

Robert C. "Bobby" Gilbert has over three decades of experience handling class actions, multidistrict litigation and complex business litigation throughout the United States. He has been appointed lead counsel, co-lead counsel, coordinating counsel or liaison counsel in many federal and state court class actions. Bobby has served as trial counsel in class actions and complex business litigation tried before judges, juries and arbitrators. He has also briefed and argued numerous appeals, including two precedent-setting cases before the Florida Supreme Court.

Bobby was appointed as Plaintiffs' Coordinating Counsel in *In re Checking Account Overdraft Litig.*, MDL 2036, class action litigation brought against many of the nation's largest banks that challenged the banks' internal practice of reordering debit card transactions in a manner designed to maximize the frequency of customer overdrafts. In that role, Bobby managed the large team of lawyers who prosecuted the class actions and served as the plaintiffs' liaison with the Court regarding management and administration of the multidistrict litigation. He also led or participated in settlement negotiations with the banks that resulted in settlements exceeding $1.1 billion, including Bank of America ($410 million), Citizens Financial ($137.5 million), JPMorgan Chase Bank ($110 million), PNC Bank ($90 million), TD Bank ($62 million), U.S. Bank ($55 million), Union Bank ($35 million) and Capital One ($31.7 million).

Bobby has been appointed to leadership positions is numerous other class actions and multidistrict litigation proceedings. He is currently serving as co-lead counsel in *In re Zantac (Ranitidine) Prods. Liab. Litig.*, 9:20-md-02924-RLR (S.D. Fla.), as well as liaison counsel in *In re Disposable Contact Lens Antitrust Litig.*, MDL 2626 (M.D. Fla.); liaison counsel in *In re 21st Century Oncology Customer Data Security Breach Litig.*, MDL 2737 (M.D. Fla.); and *In re Farm-Raised Salmon and Salmon Products Antitrust Litig.*, No. 19-21551 (S.D. Fla.). He previously served as liaison counsel for indirect purchasers in *In re Terazosin Hydrochloride Antitrust Litig.*, MDL 1317 (S.D. Fla.), an antitrust class action that settled for over $74 million.

For the past 18 years, Bobby has represented thousands of Florida homeowners in class actions to recover full compensation under the Florida Constitution based on the Florida Department of Agriculture's taking and destruction of the homeowners' private property. As lead counsel, Bobby argued before the Florida Supreme Court to establish the homeowners' right to pursue their claims; served as trial counsel in non-jury liability trials followed by jury trials that established the amount of full compensation owed to the homeowners for their private property; and handled all appellate proceedings. Bobby's tireless efforts on behalf of the homeowners resulted in judgments exceeding $93 million.

Bobby previously served as an Adjunct Professor at Vanderbilt University Law School, where he co-taught a course on complex litigation in federal courts that focused on multidistrict litigation and class actions. He continues to frequently lecture and make presentations on a variety of topics.

Bobby has served for many years as a trustee of the Greater Miami Jewish Federation and previously served as chairman of the board of the Alexander Muss High School in Israel, and as a trustee of The Miami Foundation.



# JONATHAN M. STREISFELD

Partner

**Bar Admissions**
The Florida Bar

**Court Admissions**
Supreme Court of the United States
U.S. Court of Appeals for the First, Second, Fourth, Fifth Ninth, and Eleventh Circuits
U.S. District Court, Southern District of Florida
U.S. District Court, Middle District of Florida
U.S. District Court, Northern District of Florida
U.S. District Court, Northern District of Illinois
U.S. District Court, Western District of Michigan
U.S. District Court, Western District of New York
U.S. District Court, Western District of Tennessee

**Education**
Nova Southeastern University, J.D. - 1997
Syracuse University, B.S. - 1994

**Email:** streisfeld@kolawers.com

Jonathan M. Streisfeld joined KO as a partner in 2008. Mr. Streisfeld concentrates his practice in the areas of consumer class actions, business litigation, and appeals nationwide. He is a Martindale Hubbell AV® Preeminent™ rated attorney in both legal ability and ethics.

Mr. Streisfeld has vast and successful experience in class action litigation, serving as class counsel in nationwide and statewide consumer class action lawsuits against the nation's largest financial institutions in connection with the unlawful assessment of fees. To date, his efforts have successfully resulted in the recovery of over $500,000,000 for tens of millions of bank and credit union customers, as well as profound changes in the way banks assess fees. Additionally, he has and continues to serve as lead and class counsel for consumers in many class actions involving false advertising and pricing, defective products, data breach and privacy, automobile defects, airlines, mortgages, and payday lending. Mr. Streisfeld has also litigated class actions against some of the largest health and automobile insurance carriers and oil conglomerates, and defended class and collective actions in other contexts.

Mr. Streisfeld has represented a variety of businesses and individuals in a broad range of business litigation matters, including contract, fraud, breach of fiduciary duty, intellectual property, real estate, shareholder disputes, wage and hour, and deceptive trade practices claims. He also assists business owners and individuals with documenting contractual relationships and resolving disputes. Mr. Streisfeld has also provided legal representation in bid protest proceedings.

Mr. Streisfeld oversees the firm's appellate and litigation support practice, representing clients in the appeal of final and non-final orders, as well as writs of certiorari, mandamus, and prohibition. His appellate practice includes civil and marital and family law matters.

Previously, Mr. Streisfeld served as outside assistant city attorney for the City of Plantation and Village of Wellington in a broad range of litigation matters. As a member of The Florida Bar, Mr. Streisfeld served for many years on the Executive Council of the Appellate Practice Section and is a past Chair of the Section's Communications Committee.

# KEN GRUNFELD



Partner

***Bar Admissions***
The Pennsylvania Bar
The New Jersey Bar

***Court Admissions***
U.S. Court of Appeals for the Third, Fourth, Fifth, Ninth, Tenth and Eleventh Circuits
U.S. District Ct, Eastern District of Pennsylvania
U.S. District Ct, Middle District of Pennsylvania
U.S. District Ct, Western District of Pennsylvania
U.S. District Ct, District of New Jersey
U.S. District Ct, Eastern District of Michigan
U.S. District Ct, Western District of Wisconsin

***Education***
Villanova University School of Law, J.D., 1999
University of Michigan, 1996

***Email: grunfeld@kolawyers.com***

Ken Grunfeld is one of the newest KO partners, having just started working at the firm in 2023. Having worked at one of Philadelphia's largest and most prestigious defense firms for nearly a decade defending pharmaceutical manufacturers, national railroads, asbestos companies and corporate clients in consumer protection, products liability, insurance coverage and other complex commercial disputes while working, Mr. Grunfeld "switched sides" about 15 years ago.

Since then, he has become one of the city's most prolific and well-known Philadelphia class action lawyers. His cases have resulted in the recovery of hundreds of millions of dollars for injured individuals.

Mr. Grunfeld brings with him a wealth of pre-trial, trial, and appellate work experience in both state and federal courts. He has successfully taken many cases to verdict. Currently, he serves as lead counsel in a number of nationwide class actions. Whether by settlement or judgment, Mr. Grunfeld makes sure the offending companies' wrongful practices have been addressed. He believes the most important part of bringing a wrongdoer to justice is to ensure that it never happens again; class actions can be a true instrument for change if done well.

Mr. Grunfeld has been named a Super Lawyer numerous times throughout his career. He has been a member of the Philadelphia, Pennsylvania, and American Bar Associations, as well as a member of the American Association for Justice (AAJ). He was a Finalist for AAJ's prestigious Trial Lawyer of the Year Award in 2012 and currently serves as AAJ's Vice Chair of the Class Action Law Group. To his strong view that attorneys should act ethically, he volunteers his time as a Hearing Committee Member for the Disciplinary Board of the Supreme Court of Pennsylvania.

Mr. Grunfeld received his undergraduate degree from the University of Michigan. He is an active member of the Michigan Alumni Association, Philadelphia chapter and serves as a Michigan Alumni Student recruiter for local high schools. He received his Juris Doctor from the Villanova University School of Law.  He was a member of the Villanova Law Review and graduated Order of the Coif.

Ken is a life-long Philadelphian. He makes his home in Bala Cynwyd, Pennsylvania, where he resides with his wife, Jennifer, and his year-old twins.

# KRISTEN LAKE CARDOSO
Partner



**Bar Admissions**
The Florida Bar
The State Bar of California

**Court Admissions**
U.S. District Court, Southern District of Florida
U.S. District Court, Middle District of Florida
U.S. District Court, Central District of California
U.S. District Court, Eastern District of California
U.S. District Court, Northern District of Illinois
U.S. District Court, Eastern District of Michigan

**Education**
Nova Southeastern University, J.D., 2007
University of Florida, B.A., 2004
**Email:** cardoso@kolawyers.com

Kristen Lake Cardoso is a litigation attorney focusing on consumer class actions and complex commercial litigation. She has gained valuable experience representing individuals and businesses in state and federal courts at both the trial and appellate levels in a variety of litigation matters, including contractual claims, violations of consumer protection statutes, fraud, breach of fiduciary duty, negligence, professional liability, real estate claims, enforcement of non-compete agreements, trade secret infringement, shareholder disputes, deceptive trade practices, and other business torts.

Currently, Ms. Cardoso serves as counsel in nationwide and statewide class action lawsuits concerning violations of state consumer protection statutes, false advertising, defective products, data breaches, and breaches of contract. Ms. Cardoso is actively litigating cases against major U.S. airlines for their failure to refund fares following flight cancellations and schedule changes, as well cases against manufacturers for their sale and misleading marketing of products, including defective cosmetics and nutritional supplements. Ms. Cardoso as also represented students seeking reimbursements of tuition, room and board, and other fees paid to their colleges and universities for in-person education, housing, meals, and other services not provided when campuses closed during the COVID-19 pandemic. Additionally, Ms. Cardoso has represented consumers seeking recovery of gambling losses from tech companies that profit from illegal gambling games offered, sold, and distributed on their platforms.

Ms. Cardoso is admitted to practice law throughout the states of Florida and California, as well as in the United States District Courts for the Southern District of Florida, Middle District of Florida, Central District of California, Eastern District of California Northern District of Illinois, and Eastern District of Michigan.

Ms. Cardoso attended the University of Florida, where she received her Bachelor's degree in Political Science, cum laude, and was inducted as a member of Phi Beta Kappa honor society. She received her law degree from Nova Southeastern University, magna cum laude. While in law school, Ms. Cardoso served as an Articles Editor for the Nova Law Review, was on the Dean's List, and was the recipient of a scholarship granted by the Broward County Hispanic Bar Association for her academic achievements. When not practicing law, Ms. Cardoso serves as a volunteer at Saint David Catholic School, including as a member of the school Advisory Board and an executive member of the Faculty Student Association. She has also served on various committees with the Junior League of Greater Fort Lauderdale geared towards improving the local community through leadership and volunteering.



# STEVEN SUKERT

Partner

**Bar Admissions**
The Florida Bar
The New York Bar

**Court Admissions**
United States District Court, Southern District of Florida
United States District Court, Middle District of Florida
United States District Court, Southern District of New York
United States District Court, Eastern District of New York
United States District Court, Northern District of Illinois
United States District Court, Central District of Illinois

**Education**
Georgetown University Law Center, J.D., 20018
Northwestern University, B.S., 2010

**Email: sukert@kolawyers.com**

Steven Sukert has experience in all aspects of complex litigation in federal and state court, including drafting successful dispositive motions and appeals, handling discovery, and arguing court hearings. Steven focuses his practice at KO on complex class actions and multi-district litigations in courts around the country, including in data privacy, bank overdraft fee, and other consumer protection cases.

Before joining KO, Steven gained experience at Gunster, Yoakley & Stewart, P.A. in Miami in high-stakes commercial cases often involving trade secret and intellectual property claims, consumer contract claims, and legal malpractice claims, as well as in international arbitrations. Steven co-authored an amicus brief in the Florida Supreme Court case Airbnb, Inc. v. Doe (Case No. SC20-1167), and helped organize the American Bar Association's inaugural International Arbitration Masterclass, in 2021.

Steven was born and raised in Miami. He returned to his home city after law school to clerk for the Honorable James Lawrence King in the U.S. District Court for the Southern District of Florida.

In 2018, Steven earned his J.D. from Georgetown University Law Center. While living in the nation's capital, he worked at the U.S. Department of Labor, Office of the Solicitor, where he won the Gary S. Tell ERISA Litigation Award; the Civil Fraud Section of the U.S Department of Justice, where he worked on large Medicare fraud cases and pioneered the use of the False Claims Act in the context of pharmaceutical manufacturers who engaged in price fixing; and the Lawyers' Committee for Civil Rights Under Law, where his proposal for writing an amicus brief in the Janus v. AFSCME U.S. Supreme Court case was adopted by the organization's board of directors.

Steven has a degree in Molecular Biology from Northwestern University. Prior to his legal career, he worked as a biomedical laboratory researcher at the Diabetes Research Institute in Miami.

# CAROLINE HERTER



Associate

### Bar Admissions
The Florida Bar

### Court Admissions
U.S. District Court, Middle District of Florida
U.S. District Court, Southern District of Florida
U.S. Bankruptcy Court, Southern District of Florida

### Education
University of Miami School of Law, J.D. - 2020
University of Miami, B.S. – 2016

### Email: Herter@kolawyers.com

---

Caroline Herter is a litigation attorney at the firm's Fort Lauderdale office. Caroline focuses her practice on consumer class actions, mass torts, and white-collar commercial litigation in state and federal courts nationwide. She has gained valuable experience representing individuals and businesses to hold wrongdoers accountable through claims involving personal injury, wrongful death, consumer fraud, products liability, breach of fiduciary duty, civil theft/conversion, corporate veil-piercing, fraudulent transfer, tortious interference, False Claims Act violations, and the like.

Before joining KO, Caroline worked at a boutique law firm in Miami where she represented plaintiffs in matters involving creditor's rights, insolvency, and asset recovery. She now applies this experience throughout her practice at KO, often combining equitable remedies with legal claims to ensure the best chance of recovery for her clients.

Notable cases that Caroline has been involved in include *In Re: Champlain Towers South Collapse Litigation*, where she was a member of the team serving as lead counsel for the families of the 98 individuals who lost their lives in the tragic condominium collapse. The case resulted in over $1 billion recovered for class members, the second-largest settlement in Florida history. She also co-authored a successful petition for certiorari to the United States Supreme Court in *Olhausen v. Arriva Medical, LLC et al.*, a False Claims Act case involving the standard for determining a defendant's scienter, which led the high Court to reverse the Eleventh Circuit Court of Appeal's earlier ruling against her client.

Caroline earned her law degree from the University of Miami School of Law, summa cum laude, where she received awards for the highest grade in multiple courses. During law school Caroline was an editor of the University of Miami Law Review and a member of the Moot Court Board.

Outside of her law practice, Caroline serves on the Board of Directors of the non-profit organization Americans for Immigrant Justice.

# COURTNEY MACCARONE

Partner

**Bar Admissions**
New York
New Jersey

**Court Admissions**
U.S. District Court, Southern District of New York
U.S. District Court, Eastern District of New York
U.S. District Court, District of New Jersey
U.S. District Court, District of Colorado

**Education**
Brooklyn Law School, J.D., *magna cum laude* – 2011
New York University, B.A., *magna cum laude* – 2008

**Email: maccarone@kolawyers.com**

Courtney Maccarone is a New York-based Partner of Kopelowitz Ostrow P.A. Ms. Maccarone became a class action attorney to advocate for individuals who might otherwise have no voice or recourse against powerful corporations, and she has devoted her entire legal career to representing consumers. Since graduating from law school in 2011, she has focused exclusively on prosecuting consumer class actions, advocating for consumer rights in state and federal courts across the country, with a particular focus on cases relating to data privacy, deceptive and unfair trade practices, and defective products.

Ms. Maccarone attended New York University where she received her Bachelor's degree, magna cum laude, in 2008. She received her law degree from Brooklyn Law School, magna cum laude, in 2011. While attending Brooklyn Law School, Ms. Maccarone served as the Executive Symposium Editor of the Brooklyn Journal of International Law and was a member of the Moot Court Honor Society.

Ms. Maccarone has been recognized as a Super Lawyer "Rising Star" for the New York Metro area each year since 2014.

Ms. Maccarone lives on Long Island with her husband, two children, and rambunctious golden retriever.

# Exhibit H

# LEVI&KORSINSKY
## Shareholder Advocates

## Firm Resume

# Representation.
# Where & When you need it.

**New York**

33 Whitehall Street
27th Floor
New York, NY 10004
Tel : 212-363-7500
Fax : 212-363-7171

**Washington, D.C.**

1101 Vermont Ave., NW
Suite 800
Washington, DC 20005
Tel: 202-524-4290
Fax: 202-333-2121

**Connecticut**

1111 Summer Street,
Suite 403
Stamford, CT 06905
Tel : 203-992-4523

**Los Angeles**

515 South Flowers Street
18th and 19th Floors
Los Angeles, CA 90071
Tel: 213-985-7290

**San Francisco**

1160 Battery Street East,
Suite 100 - #3425
San Francisco, CA 94111
Tel: 415-373-1671
Fax: 415-484-1294

in  Levi & Korsinsky, LLP

Merger Alerts

 www.ZLK.com

# Contents

## About the Firm

## Practice Areas

Securities Fraud Class Actions

Derivative, Corporate Governance & Executive Compensation

Mergers & Acquisitions

Consumer Litigation

## Our Attorneys

### Managing Partners
- EDUARD KORSINSKY
- JOSEPH E. LEVI

### Partners
- ADAM M. APTON
- DONALD J. ENRIGHT
- SHANNON L. HOPKINS
- GREGORY M. NESPOLE
- NICHOLAS I. PORRITT
- GREGORY M. POTREPKA
- MARK S. REICH
- DANIEL TEPPER
- ELIZABETH K. TRIPODI

### Counsel
- ANDREW E. LENCYK
- BRIAN STEWART

### Senior Associates
- JORDAN A. CAFRITZ
- MORGAN EMBLETON
- DAVID C. JAYNES
- CORREY A. SUK

### Associates
- CHRISTOPHER DEVIVO
- AMANDA FOLEY
- NOAH GEMMA
- DEVYN R. GLASS
- GARY ISHIMOTO
- TRAVIS JOHNSON
- JOSHUA KLUGER
- ALEXANDER KROT
- TYLER LITKE
- MELISSA MEYER
- CINAR ONEY
- DEVAN PAYNE
- MICHAEL POLLACK
- P. COLE VON RICHTHOFEN
- MAX WEISS
- TRENTON B. WEIS
- TYLER WINTERICH
- AZLYNE ZHENG

### Staff Attorneys
- PHILIP AHWESH
- KATHY AMES-VALDIVIESO
- KAROLINA CAMPBELL
- LEAH FARRAR
- CHRISTINA FUHRMAN
- RUBEN MARQUEZ
- LEEANN MONTEVERDE
- CATHERINE SOO



LEVI&KORSINSKY
Shareholder Advocates

# About the Firm

Levi & Korsinsky, LLP is a national law firm with decades of combined experience litigating complex securities, class, and consumer actions in state and federal courts throughout the country. Our main office is located in New York City and we also maintain offices in Connecticut, California, and Washington, D.C.

We represent the interests of aggrieved shareholders in class action and derivative litigation through the vigorous prosecution of corporations that have committed securities fraud and boards of directors who have breached their fiduciary duties. We have served as Lead and Co-Lead Counsel in many precedent–setting litigations, recovered hundreds of millions of dollars for shareholders via securities fraud lawsuits, and obtained fair value, multi-billion dollar settlements in merger transactions.

We also represent clients in high-stakes consumer class actions against some of the largest corporations in America. Our legal team has a long and successful track record of litigating high-stakes, resource-intensive cases and consistently achieving results for our clients.

Our attorneys are highly skilled and experienced in the field of securities class action litigation. They bring a vast breadth of knowledge and skill to the table and, as a result, are frequently appointed Lead Counsel in complex shareholder and consumer litigations in various jurisdictions. We are able to allocate substantial resources to each case, reviewing public documents, interviewing witnesses, and consulting with experts concerning issues particular to each case. Our attorneys are supported by exceptionally qualified professionals including financial experts, investigators, and administrative staff, as well as cutting-edge technology and e-discovery systems. Consequently, we are able to quickly mobilize and produce excellent litigation results. Our ability to try cases, and win them, results in substantially better recoveries than our peers.

We do not shy away from uphill battles – indeed, we routinely take on complex and challenging cases, and we prosecute them with integrity, determination, and professionalism.



















## Practice Areas

- **Securities Fraud Class Actions**

- **Derivative, Corporate Governance & Executive Compensation**

- **Mergers & Acquisitions**

- **Consumer Litigation**

4

## Practice Areas



# Consumer Litigation

**Levi & Korsinsky works hard to protect consumers by holding corporations accountable for defective products, false and misleading advertising, unfair or deceptive business practices, antitrust violations, and privacy right violations.**

**Our litigation and class action expertise combined with our in-depth understanding of federal and state laws enable us to fight for consumers who have been aggrieved by deceptive and unfair business practices and who purchased defective products, including automobiles, appliances, electronic goods, and other consumer products. The Firm also represents consumers in cases involving data breaches and privacy right violations. The Firm's attorneys have received a number of leadership appointments in consumer class action cases, including multidistrict litigation ("MDL"). Recently, Law.com identified the Firm as one of the top firms with MDL leadership appointments in the article titled, "There Are New Faces Leading MDLs. And They Aren't All Men" (July 6, 2020). Representative settled cases include:**

**Doe v. Roblox Corporation**, Case No. 3:21-cv-03943 (N.D. Cal.): Represented individuals who experienced moderation and removal of content on the Roblox platform without compensation, resulting in $10 million settlement.

**Lash Boost Cases**, JCCP No. 4981 (Cal. Super. Ct., S.F. Cty.): Represented consumers who purchased Rodan + Fields' Lash Boost product which plaintiffs alleged failed to disclose material information relating to potential adverse reactions, resulting in $38 million settlement.

**Goldstein v. Henkel Corporation et al.**, Case No. 3:22-cv-00164 (D. Conn.): Represented purchasers of aerosol and spray antiperspirant products sold under the Right Guard brand which contain or risk containing benzene, resulting in $1.95 million settlement.

**Kholyusev et al. v. Welfare & Pension Administration Service, Inc.** Case No. 22-2-04152 (Wash. Sup. Ct.): Co-lead counsel in data breach class action resulting in a settlement valued up to $1,750,000.

**Goldstein v. Henkel Corporation et al.**, Case No. 3:22-cv-00164 (D. Conn.): Represented purchasers of aerosol and spray antiperspirant products sold under the Right Guard brand which contain or risk containing benzene, resulting in $1.95 million settlement.



**Practice Areas**

 ## Consumer Litigation

**NV Security, Inc. v. Fluke Networks, No. CV05-4217 GW (SSx) (C.D. Cal. 2005):** Negotiated a settlement on behalf of purchasers of Test Set telephones in an action alleging that the Test Sets contained a defective 3-volt battery. We benefited the consumer class by obtaining the following relief: free repair of the 3-volt battery, reimbursement for certain prior repair, an advisory concerning the 3-volt battery on the outside of packages of new Test Sets, an agreement that defendants would cease to market and/or sell certain Test Sets, and a 42-month warranty on the 3-volt battery contained in certain devices sold in the future.

**Sung, et al. v. Schurman Retail Group**, No. 3:17-cv-02760- LB (N.D. Cal.): Co-Lead Class Counsel in nationwide class action that alleged unauthorized disclosure of employee financial information; obtained final approval of nationwide class action settlement providing credit monitoring and identity theft restoration services through 2022 and cash payments of up to $400.

**In re: Apple Inc. Device Performance Litig., No. 5:18-md-02827-EJD (N.D. Cal.):** Plaintiffs' Executive Committee member in class action lawsuit alleging that Apple purposefully throttled iPhone resulting in a $310 million non-reversionary settlement fund.

**In re: EpiPen (Epinephrine Injection, USP) Marketing, Sales Practices and Antitrust Litig.**, No. 2:17-MD-02785 (D. Kan.): Plaintiffs' Executive Committee in action that alleged that Mylan and Pfizer violated antitrust laws and committed other violations relating to the sale of EpiPens which resulted in $609 million in total recovery.

**Scott, et al. v. JPMorgan Chase Bank, N.A.**, No. 1:17-cv- 00249-APM (D.D.C.): Co-Lead Class Counsel in nationwide class action settlement of claims alleging improper fees deducted from payments awarded to jurors; 100% direct refund of improper fees collected.

**In re: Citrix Data Breach Litig.**, No. 19-cv-61350-RKA-PMH (S.D. Fla.): Interim Class Counsel in action alleging company failed to implement reasonable security measures to protect employee financial information; resulted in common fund settlement of $2,275,000.

**Bustos v. Vonage America, Inc.**, No. 2:06-cv-2308-HAA-ES (D.N.J.): Common fund settlement of $1.75 million on behalf of class members who purchased Vonage Fax Service in an action alleging that Vonage made false and misleading statements in the marketing, advertising, and sale of Vonage Fax Service by failing to inform consumers that the protocol defendant used for the Vonage Fax Service was unreliable and unsuitable for facsimile communications.

**Masterson v. Canon U.S.A.**, No. BC340740 (Cal. Super. Ct. L.A. Cty.): Settlement providing refunds to Canon SD camera purchasers for certain broken LCD repair charges and important changes to the product warranty.



Case 3:26-cv-06142-RFL    Document 28-2    Filed 08/11/26    Page 111 of 125

## MARK S. REICH
### Partner



Mark Samuel Reich is a Partner of the Firm. Mark's practice focuses on consumer class actions, including cases involving privacy and data breach issues, deceptive and unfair trade practices, advertising injury, product defect, and antitrust violations. Mark, who has experience and success outside the consumer arena, also supports the Firm's securities and derivative practices.

Mark is attentive to clients' interests and fosters their activism on behalf of class members. Clients he has worked with consistently and enthusiastically endorse Mark's work:

> **Mark attentively guided me through each stage of the litigation, prepared me for my deposition, and ensured that I and other wronged consumers were compensated and that purchasers in the future could not be duped by the appliance manufacturer's misleading marketing tactics."**
>
> Katherine Danielkiewicz, Michigan (S.D. Tex. Nov. 13, 2019)

> **After my experience working with Mark and his colleague, any hesitancy I may have had in the past about leading or participating in a class action has gone away. Mark expertly countered every roadblock that the corporate defendant tried using to dismiss our case and we ultimately reached a resolution that exceeded my expectations"**
>
> Barry Garfinkle, Pennsylvania


LEVI&KORSINSKY
Shareholder Advocates

## MARK S. REICH

## Partner

Before joining Levi & Korsinsky, Mark practiced at the largest class action firm in the country for more than 15 years, including 8 years as a Partner. Prior to becoming a consumer and shareholder advocate, Mark practiced commercial litigation with an international law firm based in New York, where he defended litigations on behalf of a variety of corporate clients.

Mark has represented investors in securities litigation, devoted to protecting the rights of institutional and individual investors who were harmed by corporate misconduct. His case work involved **State Street Yield Plus Fund Litig.** ($6.25 million recovery); **In re Doral Fin. Corp. Sec. Litig.**, SDNY ($129 million recovery); **Lockheed Martin Corp. Sec. Litig.** ($19.5 million recovery); **Tile Shop Holdings, Inc.** ($9.5 million settlement); **Curran v. Freshpet Inc.** ($10.1 million settlement); **In re Jakks Pacific, Inc.** ($3,925,000 settlement); **Fidelity Ultra Short Bond Fund Litig.** ($7.5 million recovery); and **Cha v. Kinross Gold Corp.** ($33 million settlement).

> **Never having been involved in a class action, I was uninformed and apprehensive. Mark and his colleagues not only explained the complexities, but maintained extensive ongoing, communications, involved us fully in all phases of the process; provided appropriate professional counsel and guidance to each participant, and achieved results that satisfied the original goals of the litigation"**
>
> Fred Sharp, New York

> **It was a pleasure being represented by Mark. Above all he was patient throughout the tedious process of litigation. He is a good listener and a good communicator, which enhanced my participation and understanding of the process. He also provided excellent follow up throughout, making the process feel more like a team effort."**
>
> Louise Miljenovic, New Jersey


LEVI&KORSINSKY
Shareholder Advocates

8

# MARK S. REICH

## Partner

At his prior firm, Mark achieved notable success challenging unfair mergers and acquisitions in courts throughout the country. Among the M&A litigation that Mark handled or participated in, his notable cases include: **In re Aramark Corp. S'holders Litig.**, where he attained a $222 million increase in consideration paid to shareholders of Aramark and a substantial reduction to management's voting power – from 37% to 3.5% – in connection with the approval of the going-private transaction; **In re Delphi Fin. Grp. S'holders Litig.**, resulting in a $49 million post-merger settlement for Class A Delphi shareholders; **In re TD Banknorth S'holders Litig.**, where Mark played a significant role in raising the inadequacy of the $3 million initial settlement, which the court rejected as wholly inadequate, and later resulted in a vastly increased $50 million recovery. Mark has also been part of ERISA litigation teams that led to meaningful results, including **In re Gen. Elec. Co. ERISA Litig.**, which resulting in structural changes to company's 401(k) plan valued at over $100 million, benefiting current and future plan participants.

> **We contacted Mark about our concerns about our oven's failure to perform as advertised. He worked with us to formulate a strategy that ultimately led to a settlement that achieved our and others' goals and specific needs."**
>
> Candace Oliarny, Idaho

> **My wife and I never having been involved with a law firm or Class Action had no idea what to expect. Within the first few phone meetings with Mark, we became assured as Mark explained in detail how the process worked, Mark is a great communicator. Mr. Reich is a true professional, his integrity through the years he worked with us was impeccable. Working with Mark was a truly positive experience, and have no reservations if we ever had to call on his services again."**
>
> Louise Miljenovic, New Jersey


LEVI&KORSINSKY
Shareholder Advocates

# MARK S. REICH
## Partner

Before joining the Firm, Mark graduated with a Bachelor of Arts degree from Queens College in New York. He earned his Juris Doctor degree from Brooklyn Law School, where he served on the Moot Court Honor Society and The Journal of Law and Policy.

Mark regularly practices in federal and state courts throughout the country and is a member of the bar in New York. He has been recognized for his legal work by being named a New York Metro Super Lawyer by Super Lawyers Magazine every year since 2013. Mark is active in his local community and has been distinguished for his neighborhood support with a Certificate of Recognition by the Town of Hempstead.

**EDUCATION**

• Brooklyn Law School, J.D. (2000)
• Queens College, B.A., Psychology and Journalism (1997)

**AWARDS**

  

**ADMISSIONS**

• New York (2001)
• United States District Court for the Southern District of New York (2001)
• United States District Court for the Eastern District of New York (2001)
• United States District Court for the Northern District of New York (2005)
• United States District Court for the Eastern District of Michigan (2017)


LEVI&KORSINSKY
Shareholder Advocates

## Our Attorneys    Associates

# TYLER LITKE
## Associate



Tyler Litke is an Associate in the Consumer Protection Group at Levi & Korsinsky, LLP, where he represents consumers in class actions and mass arbitrations for claims involving data breaches, false advertising, deceptive marketing, product defects, and unfair business practices.

Mr. Litke represents individuals who are willing to stand up against powerful corporations and institutions, not only for themselves but on behalf of others, to protect consumer rights and promote fair business practices.

Prior to joining Levi & Korsinsky, Mr. Litke represented both plaintiffs and defendants at national law firms in complex litigation and class action matters, including product liability, securities fraud, environmental and toxic torts, and consumer protection cases. He has handled all phases of litigation from inception through trial in state and federal courts. This experience on both sides of the courtroom provides him with strategic insight into defense tactics and enables him to develop effective litigation strategies for his clients.

Mr. Litke received his J.D. from Loyola University Chicago School of Law and his B.A. from the University of Texas at Austin. He is licensed to practice in New York and Illinois.

**EDUCATION**

• Loyola University Chicago School of Law, J.D., 2018
• University of Texas at Austin, B.A., 2014

**ADMISSIONS**

• Illinois (2018)
• New York (2019)
• U.S. District Court for the Northern District of Illinois (2020)
• U.S. District Court for the Southern District of Illinois (2020)
• U.S. District Court for the Eastern District of Michigan (2021)
• U.S. District Court for the Central District of Illinois (2022)
• U.S. District Court for the Western District of New York (2022)
• U.S. District Court for the Southern District of New York (2023)



# Our Attorneys   Associates

# MELISSA MEYER
## Associate



Melissa Meyer is an Associate in Levi & Korsinsky's New York Office for the Consumer Litigation and Mass Arbitration Practice Group. Her practice is currently focused on protecting consumer rights in complex class actions with a focus on data privacy and products liability.

Prior to Melissa joining Levi & Korsinsky's Consumer Litigation Team, Melissa specialized in client services and retention for the firm's securities fraud litigation practice groups.

During law school, Melissa gained substantial experience in all aspects of complex class action litigation while being employed as a paralegal and law clerk in Levi & Korsinsky's New York office, working with each of the Firm's practice groups.

### EDUCATION

• New York Law School, J.D., Dean's Scholar Award, member of the Dean's Leadership Council (2018)
• John Jay College of Criminal Justice, B.A. (2013), *magna cum laude*

### ADMISSIONS

• New York (2019)
• United States District Court for the Southern District of New York (2020)
• United States District Court for the Eastern District of New York (2025)



**LEVI&KORSINSKY**
Shareholder Advocates

# Exhibit I

# SCHUBERT JONCKHEER & KOLBE

Together with its predecessor firms, Schubert Jonckheer & Kolbe LLP has been in operation for over forty years. In addition to prosecuting cases in California federal and state courts, the firm has been actively involved in securities, antitrust, unfair competition, false advertising, data privacy, and employment class actions throughout the United States. Schubert Jonckheer & Kolbe has served as Lead Counsel or Co-Lead Counsel in class actions and shareholder derivative actions that have produced recoveries valued at over $850 million.

- ***Tucker v. Scrushy***, No. CV-02-5212 (AEH) (Ala. Cir., Jefferson Cty.). Co-Lead Counsel in shareholder derivative action on behalf of HealthSouth Corporation alleging breaches of fiduciary duty and insider trading arising from a restatement of financial results. Plaintiffs won partial summary judgment against former Chief Executive Officer Richard Scrushy for restitution of $47.8 million. Plaintiffs also settled HealthSouth's claims against additional directors and officers for $100 million and against its investment banker for an additional $133 million. At trial against Mr. Scrushy on additional claims, Plaintiffs obtained a $2.9 billion judgment, which was later upheld by the Alabama Supreme Court.

- ***In re Google AdWords Litigation***, No. 5:08-CV-03369-EJD (N.D. Cal.). Lead Counsel for nationwide class of advertisers alleging Google placed their ads on low-quality parked domains and error pages in violation of California's false advertising laws. We obtained a $22.5 million settlement on behalf of over one million class members, which was finally approved in the Northern District of California.

- ***Ciapessoni et al. v. United States***, No. 1:15-cv-00938-LAS (Fed. Cl.). Co-Counsel for nationwide class of raisin growers alleging that the federal government's practice of setting aside a portion of their raisin crop constituted an unconstitutional taking of private property for public use in violation of the Fifth Amendment of the U.S. Constitution. We obtained an $85.8 million settlement on behalf of over 6,000 raisin growers who opted-in to the class, which was finally approved by the U.S. Court of Federal Claims.

- ***Poertner v. The Gillette Company***, No. 12-CV-803 (M.D. Fla.). Co-Lead Counsel in nationwide consumer class action alleging false and misleading advertising of certain Duracell batteries regarding the batteries' longevity, in violation of various state laws. We obtained a settlement valued at approximately $50 million on behalf of approximately 7.26 million class members.

- ***In re The Home Depot, Inc. Shareholder Derivative Litigation***, No. 1:15-CV-2999-TWT (N.D. Ga.). Co-Lead Counsel in shareholder derivative action alleging breaches of fiduciary duty against certain officers and directors concerning The Home Depot 2014 data breach. We successfully resolved the litigation through settlement by causing The Home Depot to enact comprehensive corporate governance reforms and structural improvements to its data security protocols.

- ***Marsh & McLennan Companies, Inc. Derivative Litigation***, No. 753-VCS (Del. Ch.). As co-counsel, we helped obtain a $205 million settlement in a shareholder derivative action brought on behalf of Marsh & McLennan Companies ("MMC"). The complaint alleged that MMC, the world's largest insurance broker, failed to adequately disclose that it was paid commissions to steer insurance business to favored companies. When the practices were revealed, MMC paid huge fines, to the detriment of its shareholders.

- ***In re Banc of California Inc. Stockholder Derivative Litigation,*** No. 8:19-cv-00621-DMG-DFM (C.D. Cal.). Co-lead counsel in shareholder derivative action alleging breach of fiduciary duty against officers and directors based on alleged false disclosures and conflicts of interest. Plaintiffs obtained a settlement improving whistleblower procedures.

- ***In re Mattel, Inc. Stockholder Derivative Demand Refusal Litigation***, No. 2021-0782-MTZ (Del. Ch.). Co-lead counsel in shareholder derivative action alleging breach of fiduciary duty against officers and directors arising out of a financial restatement. Plaintiffs obtained a $7 million cash settlement and governance reforms.

- ***3M Transparent Tape Cases***, No. 4:00-2810-CW (N.D. Cal.). Co-Lead Counsel in nationwide antitrust class action on behalf of purchasers of 3M transparent tape. Plaintiffs claimed that 3M maintained an unlawful monopoly in the market for invisible and transparent tape designed to restrict the availability of lower-priced comparable products to consumers and maintain supracompetitive prices for its own retail products. We obtained a settlement valued at approximately $42 million.

- ***Bonneville Pacific Corporation Securities Litigation***, No. 2:92-C-0181-DS (D. Utah). Co-Lead Counsel in securities class action involving fraudulent financial statements by a power cogeneration company. We obtained settlements totaling $26 million for the class, which recovered 100% of its damages, in one of the largest securities fraud cases in Utah history. We also obtained an important decision from the Utah Supreme Court holding that plaintiffs need not plead or prove reliance under the Utah Uniform Securities Act.

- ***Qwest Communications International, Inc. Derivative Litigation***, No. 02-CV-8188 (Colo. Dist. Ct., Denver). Co-Lead Counsel in shareholder derivative action alleging breaches of fiduciary duty and insider trading arising out of the telecommunications company's earnings restatement. We obtained a $25 million settlement on the company's behalf.

- ***Pfeiffer v. Toll***, No. 4140-VCL (Del. Ch.). Primary counsel in shareholder derivative action alleging breaches of fiduciary duty and insider trading arising out of missed earnings projections. We recovered a $16.25 million settlement on the company's behalf and obtained a key legal ruling rejecting the argument that Delaware's leading insider trading precedent should be overruled. *Pfeiffer v. Toll*, 989 A.2d 683 (Del. Ch. 2010).

- ***Hernandez v. Radio Systems Corporation***, No. 5:22-cv-01861-JGB-DTB (C.D. Cal). Class Counsel for purchasers of unsafe PetSafe shock collar products for dogs. We obtained a $1.9 million settlement for a California class, which is pending final approval.

- ***In re MacBook Keyb. Litig.***, No. 5:18-cv-02813 (N.D. Cal.). Member of the Executive Committee on behalf of a certified class of Apple customers with defective MacBook keyboards. We obtained a $50 million settlement for over 15 million class computers.

- ***In re Altria Group, Inc. Derivative Litig.***, No. 3:20-cv-00772 (E.D. Va.). Co-counsel in shareholder derivative action alleging breaches of fiduciary duty in connection with Altria's acquisition of JUUL Labs. Plaintiffs obtained a settlement providing for a $117 million funding commitment by Altria for youth prevention programs, appointment of an independent monitor to oversee the spending, and corporate governance reforms.

- ***Public School Teachers' Pension and Retirement Fund of Chicago v. Gary Guthart, et al.,*** Case No. CIV-526930 (San Mateo County Superior Court). Co-counsel in shareholder derivative action alleging breaches of fiduciary duty and insider trading against officers and directors. Plaintiff obtained a settlement including a return to the company of cash and options by certain officers and directors, and corporate governance reforms.

- ***In re Myriad Genetics, Inc. Stockholder Derivative Litigation***, No. 2021-0686-SG (Del. Ch.). Co-Lead Counsel in shareholder derivative action alleging breaches of fiduciary duty against certain of Myriad Genetics, Inc.'s officers and directors. Plaintiffs obtained a settlement providing for enhanced disclosure procedures and other corporate governance improvements across the company.

### Data Privacy Leadership Positions

- ***In re Blue Shield of California Privacy Litigation***, No. 4:25-cv-03209-YGR (N.D. Cal.). Interim Co-Lead Class Counsel in privacy class action against Blue Shield of California for unauthorized disclosure of the protected health information of 4.7 million health insurance subscribers to Google.

- ***Aguilar-Vasquez v. Russell Cellular, Inc., et al.***, No. 6:26-cv-03218-MBB (W.D. Mo.). Interim Co-Lead Class Counsel in data breach class action involving the personally identifying information of 6.3 million Russell Cellular and Verizon customers.

- ***In Re WestJet Airlines Data Breach Litigation***, No. 3:25-cv-02785-LL-MSB (S.D. Cal). Interim Class Counsel in data breach class action involving private travel records of 1.2 million WestJet passengers.

- ***In Re Discord Inc. Data Breach Litigation***, No. 25-cv-08582-JD (N.D. Cal). Interim Co-Lead Counsel in data breach class action in which ransomware threat actor exfiltrated personally identifying information of 1.7 million Discord users.

- ***Cordell v. Patelco Credit Union***, No. 24CV082095 (Cal. Super. Ct., Alameda Cnty.). Interim Co-Lead Counsel in data breach and ransomware attack involving private information of 1.1 million Patelco credit union members.

- ***In re Perry Johnson & Associates Medical Transcription Data Security Breach Litigation***, No. 24-MD-3096 (E.D.N.Y.). Additional Class Counsel for Bon Secours Mercy Health, Inc. plaintiffs in data breach class action concerning breach of 13.3 million confidential patient' health records.

- ***In Re Phia Group LLC Data Security Litigation***, Case No. 1:26-cv-10530-AK (D. Mass.). Interim Co-Lead Class Counsel in data breach class action involving over private health records of over 500,000 subscribers of third-party administered health plans.

- ***In re Goshen Medical Center, Inc. Data Incident Litigation***, 7:26-cv-00032 (E.D.N.C.) Interim Co-Lead Class Counsel in data breach class action involving private health records of 456,000 patients of healthcare provider.

- ***Scott v. Healthcare Management Solutions et al.***, No. 1:25-cv-00012 (N.D. W. Va.). Lead Counsel in data breach and ransomware attack involving financial and medical records of 254,000 Medicare beneficiaries.

- ***In re Cierant Corporation Data Breach Litigation***, No. 3:25-cv-01095-KAD (D. Conn.). Interim Co-Lead Class Counsel in data breach class action involving private health records of 232,000 health insurance subscribers.

- ***In re Community Clinic of Maui Data Breach Litigation***, No. 1:24-cv-00431 (D. Haw.). Interim Co-Lead Class Counsel in data breach class action involving private health records of 123,000 patients of health-care provider.

- ***Hunt v. Charleston Area Medical Center***, Case No. 2:25-cv-00113 (S.D.W.V.). Interim Co-Lead Class Counsel in data breach action involving private health records of 67,000 patients of healthcare provider.

- ***Baguindo v. Community Health Systems, Inc.***, Case No. CVRI2603154 (Cal. Super. Ct., Riverside Cty.). Interim Co-Lead Class Counsel in data breach class action involving over private health records of patients of community health centers.

- ***In re Salesforce Customers Security Incidents Litigation***, No. 3:25-cv-07232-JSC (N.D. Cal.). Liaison Counsel and Member of the Executive Committee in hub-and-spoke data breach involving over 8 million customers of TransUnion, Allianz, Farmers, and others

- ***Doe et al. v. GoodRx Holdings, Inc. et al.***, No. 3:23-cv-00501-AMO (N.D. Cal.). Liaison counsel in privacy class action against GoodRx, Criteo, Meta Platforms, and Google for the unauthorized use of over 20 million consumers' personal health information. Responsible for class certification, expert discovery, and third-party discovery.

- ***In re PowerSchool Holdings, Inc. Customer Security Breach Litigation***, No. 25-md-3149-BEN-MSB (S.D. Cal.). Member of Plaintiffs' Steering Committee in data breach class action involving 62.4 million students and 9.5 million teachers.

- ***In re LastPass Data Security Incident Litigation***, No. 22-cv-12047-PBS (D. Mass.), No. 22-cv- 12047 (D. Mass.). Member of the Executive Committee and Chair of Third-Party Discovery Committee in data breach class action involving the breach of 33 million users' password vaults.

- ***Hasson v. Comcast Cable Communications, LLC***, No. 2:23-05039-JMY (E.D. Pa.). Member of Executive Committee in data breach class action concerning 36 million customer account records.

- ***In re HealthEC LLC Data Breach Litigation***, No. 2:24-cv-00026-JKS-ESK (D.N.J.) Member of Plaintiffs' Steering Committee in data breach class action involving 4.5 million patients' health records.

- ***Skurauskis et al. v. NationsBenefits Holdings, LLC et al.***, No. 23-CV-60830-RAR (S.D. Fla.). Member of the Plaintiffs' Executive Committee in data breach class action concerning 3 million health insurance subscribers' personal and health records.

- ***In re Set Forth Data Security Breach Litigation***, No. 1:24-cv-11688 (N.D. Ill.). Member of Plaintiffs' Executive Committee and Co-Chair of Law & Briefing Committee in data breach class action involving private records of 1.5 million loan borrowers.

- ***In re Young Consulting Data Breach Litigation***, No. 1:24-cv-03938-TWT (N.D. Ga.). Member of Plaintiffs' Steering Committee responsible for law and briefing in data breach class action involving private health records of 1.2 million health insurance subscribers.

- ***In re Louis Vuitton North America, Inc. Data Breach Litigation***, No. 1:25-cv-7109 (S.D.N.Y.). Member of Plaintiffs' Executive Committee in data breach class action involving breach of personally identifying information of 350,000 consumers.

- ***In re Salesloft, Inc. Data Breach Litigation***, No. 1:25-cv-05877-ELR (N.D. Ga.). Member of Plaintiffs' Steering Committee in data breach class action concerning breach third-party AI chatbot integration that exposed user and CRM records.

- ***In re WEL Companies Data Incident Litigation***, No. 1:25-CV-1851-BBC (E.D. Wis.). Member of Plaintiffs' Executive Committee in data breach class action concerning breach of customers' private information of transportation, logistics, and warehousing company.

- ***In re Johnson Controls, Inc. Data Incident Litigation***, No. 2:25-cv-0955 (E.D. Wis.). Member of Plaintiffs' Executive Committee in data breach class action concerning breach of customers' private information of global building technology and automation company.

- ***In re AnnieMac Data Breach Litigation***, No. 1:24-cv-10678-RMB-MJS (D. N.J.). Member of Executive Committee in data breach class action concerning breach of customers' private information of mortgage-loan provider.

- *Fazenbaker et al. v. Community Health Care, Inc. dba CompleteCare Health Network*, No. CUM-L-000036-24 (N.J. Super. Ct.). Member of the Executive Committee in data breach class action concerning breach of patients' personal and health records.

### Shareholder Derivative Leadership Positions

- *Fisher v. United States*, No. 13-CV-608-MMS (Fed. Cl.). Lead Counsel in shareholder derivative action on behalf of Fannie Mae alleging unconstitutional taking of private property against U.S. government based on net worth sweep of all profits.

- *In re Amgen Inc. Stockholder Derivative Litigation,* No. 2024-1063-JTL (Del. Ch.). Co-Lead Counsel in shareholder derivative action alleging breaches of fiduciary duty against certain of Amgen Inc.'s officers and directors in connection with transfer pricing strategy and related disclosure violations.

- *In re Rivian Automotive, Inc. Stockholder Derivative Litigation,* No. 2024-0127-MTZ (Del. Ch.). Co-Lead Counsel in shareholder derivative action alleging breaches of fiduciary duty against certain of Rivian Automotive, Inc.'s officers and directors in connection with vehicle production costs and disclosure violations.

- *In re Lucid Group, Inc. Stockholder Derivative Litigation,* No. 2024-0927-NAC (Del. Ch.). Co-Lead Counsel in shareholder derivative action alleging breaches of fiduciary duty against certain of Lucid Group, Inc.'s officers and directors in connection with vehicle production volume projections.

- *In re Verrica Pharmaceuticals Inc. Shareholder Derivative Litigation*, No. 24-cv-05561-MSG (E.D. Pa.). Co-Lead Counsel in shareholder derivative action alleging breaches of fiduciary duty against certain of Verrica Pharmaceuticals Inc.'s officers and directors in connection with U.S. Food and Drug Administration drug approval statements.

- *In re The Chemours Company Stockholder Derivative Litigation*, No. 2025-0364-JTL (Del. Ch.). Co-Lead Counsel in shareholder derivative action alleging breaches of fiduciary duty against certain of The Chemours Company's officers and directors in connection with potential manipulation of accounting metrics.

- *In re Super Micro Computer, Inc. Shareholder Derivative Litigation*, No. 24CV452241 (Santa Clara Sup. Ct.). Co-Lead Counsel in shareholder derivative action alleging breaches of fiduciary duty against certain of Super Micro Computer, Inc.'s officers and directors in connection with an alleged accounting scandal.

- *In re Hawaiian Electric Industries, Inc. and Hawaiian Electric Company, Inc. State Court Derivative Litigation,* No. 1CCV-23-0001181 (Haw. 1st Cir.). Member of Executive Committee in shareholder derivative action alleging breaches of fiduciary duty against certain of Hawaiian Electric Industries, Inc.'s and Hawaiian Electric Company, Inc.'s officers and directors in connection with August 2023 Maui wildfires.

## Our Attorneys

**Robert C. Schubert** received a B.S. degree from the New York State School of Industrial and Labor Relations at Cornell University in 1966, where he graduated first in his class. He received his J.D. *cum laude* from Harvard Law School in 1969, after which he taught law at Columbia University and Golden Gate University. He has actively practiced law at both the trial and appellate levels. He specializes in complex litigation, particularly securities and antitrust class actions and shareholder derivative suits. He is a member of the state and federal bars of California, Massachusetts, and New York. Since 1971, he has also arbitrated numerous disputes for the Federal Mediation and Conciliation Service. He is the author of several published articles and lectures on class actions at the University of California Hastings College of the Law. Mr. Schubert was selected to Super Lawyers from 2007-2009 and 2013-2023.

**Willem F. Jonckheer** received his B.A. degree from Colgate University in 1990. He received his J.D. degree in 1995 from the University of San Francisco School of Law, where he served as an article editor on the USF Maritime Law Journal and participated in the Philip C. Jessup International Law Moot Court Competition. Mr. Jonckheer was a law intern with the Pacific Stock Exchange, where he researched regulatory issues affecting national securities exchanges, and the U.S. Securities & Exchange Commission, where he worked on enforcement cases. Mr. Jonckheer was a member of the Board of Trustees of Live Oak School, an independent K-8 school in San Francisco, where he served as Chairman of the Audit Committee, and as a member of select committees on Head of School compensation and school bylaws. Mr. Jonckheer is a member of the Northern California Chapter of the Netherland-America Foundation, an organization dedicated to bilateral cultural exchange between the Netherlands and the United States. He was admitted to the State Bar of California in 1995.

**Dustin L. Schubert** received his B.A. from the University of California, Berkeley in 2003. He was awarded his J.D. degree in 2007 from Vanderbilt University Law School. Mr. Schubert was admitted to the State Bar of California in 2007. He previously interned with the San Francisco Superior Court for the Hon. A. James Robertson II and for Bay Area Legal Aid. Mr. Schubert was selected to Super Lawyers Rising Stars for 2017 and to Super Lawyers for 2021-2024.

**Amber L. Schubert** received her J.D. *cum laude* from the University of San Francisco School of Law in 2011, where she served as Editor-in-Chief of the USF Law Review. Ms. Schubert authored a comment titled *Replacement Justice on the U.S. Supreme Court: The Use of Temporary Justices to Resolve the Recusal Conundrum*, 46 U.S.F. L. Rev. 215 (2011), and was awarded Best Oral Argument in the Moot Court Program. Prior to law school, Ms. Schubert worked as the Online Editor for the Center for American Progress in Washington, DC and served as the Online Media Manager for the 2004 Democratic National Convention in Boston, MA. She has also served as part of the National Advance Staff for the Kerry-Edwards campaign and former Vice President Al Gore. She received her B.A. from the University of California, Berkeley in 2003. Ms. Schubert was selected to Super Lawyers Rising Stars for 2021. She is also an active member of the LGBTQ community.

**Gregory T. Stuart** received his J.D. from the University of California at Davis School of Law in 2005. In 2002, Mr. Stuart was awarded a B.S. in Business Administration, *cum laude*, with a minor in Philosophy, from Humboldt State University. He participates in most aspects of the firm's practice but has over a decade of focused experience in document discovery, representing both producing and receiving parties during that time.

**Sonum Dixit** received her J.D. cum laude from University of Arizona James E. Rogers College of Law in 2023, where she served as Senior Note Editor for Arizona Journal for Environmental Law and Policy and participated in the National Appellate Advocacy Competition moot court. She interned with Harvard Legal Aid Bureau and was a Peggy Browning Fellow at Rothner, Segall & Greenstone. Before joining the firm, Ms. Dixit clerked for the Hon. Jane B. Yohalem at the New Mexico Court of Appeals and Hon. Evan H. Nordby at the United States Department of Labor Office of Administrative Law Judges. She graduated from Amherst College with a B.A. in Neuroscience in 2013.

**Celina Reynes** received her J.D. cum laude from University of California College of the Law, San Francisco (formerly UC Hastings) in 2025. She was admitted to the Bar in 2025 and previously interned at the ACLU of Northern California and the Alameda County Public Defender's Office. Prior to law school, Ms. Reynes was a high school English teacher. She received her B.A. from Wellesley College, where she graduated magna cum laude with a degree in English and creative writing.