M. Anderson Berry (Bar No. 262879)
**EMERY REDDY, PC**
333 University Avenue, Suite 200
Sacramento, CA 95825
Telephone: (916) 823-6955
anderson@emeryreddy.com

Israel David (*pro hac vice* forthcoming)
**ISRAEL DAVID LLC**
60 Broad St., Suite 2900
New York, NY 10004
Telephone: (212) 350-8850
israel.david@davidllc.com

Thiago M. Coelho (SBN: 324715)
**WILSHIRE LAW FIRM, PLC**
660 S. Figueroa Street, Sky Lobby
Los Angeles, CA 90017
Telephone: (213) 381-9988
thiago.coelho@wilshirelawfirm.com

John J. Nelson (SBN: 317598)
**MILBERG, PLLC**
280 S. Beverly Drive-Penthouse
Beverly Hills, CA 90212
Telephone: (858) 209-6941
jnelson@milberg.com

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| TAMERA HICKMAN-WISE and JENNIFER WISE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>1LIFE HEALTHCARE, INC. dba ONE MEDICAL,<br><br>Defendant. | Case No. 3:26-cv-06142-RFL<br><br>**NOTICE OF ERRATA RE FILED NOTICE OF MOTION AND MOTION FOR APPOINTMENT OF INTERIM CLASS COUNSEL; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT** |

NOTICE OF ERRATA RE FILED NOTICE OF MOTION AND MOTION FOR
APPOINTMENT OF INTERIM CLASS COUNSEL; MEMORANDUM OF POINTS AND
AUTHORITIES IN SUPPORT

| | |
|---|---|
| JONATHAN RYAN BEST, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>1LIFE HEALTHCARE, INC., dba ONE MEDICAL, a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 3:26-cv-06145-PHK |
| JOANN WHITING, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br><br>1LIFE HEALTHCARE, INC., D/B/A ONE MEDICAL,<br><br>Defendant. | Case No.: 3:26-cv-06161-LJC |
| AMANDA ASKINS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>1LIFE HEALTHCARE, INC., D/B/A ONE MEDICAL,<br><br>Defendant. | Case No.: 3:26-cv-06166-LB |
| SCOTT THURBER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>1LIFE HEALTHCARE, INC. DBA ONE MEDICAL,<br><br>Defendant. | Case No. 3:26-cv-06186-RFL |

NOTICE OF ERRATA RE FILED NOTICE OF MOTION AND MOTION FOR APPOINTMENT OF INTERIM CLASS COUNSEL; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT

| | |
|---|---|
| MATTHEW ARDI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>1LIFE HEALTHCARE, INC., D/B/A ONE MEDICAL,<br><br>Defendant. | Case No. 3:26-cv-06189-RFL |
| PATRICIA McDOUGALL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>1LIFE HEALTHCARE INC., D/B/A ONE MEDICAL SENIOR HEALTH,<br><br>Defendant. | Case No. 3:26-cv-06278-RFL |
| DONNA SANDERS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>1LIFE HEALTHCARE, INC., D/B/A ONE MEDICAL,<br><br>Defendant. | Case No.: 3:26-cv-07053-RFL |

NOTICE OF ERRATA RE FILED NOTICE OF MOTION AND MOTION FOR APPOINTMENT OF INTERIM CLASS COUNSEL; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD AS WELL AS THIS HONORABLE COURT:

Upon review of the Notice of Motion and Motion for Appointment of Interim Class Counsel; Memorandum of Points and Authorities in Support filed on August 11, 2026, counsel for Plaintiffs, has realized that the hearing date chosen for this motion is incorrect. The correct date needs to be based on Local Rule 7-2(a), which would make the correct chosen date to be September 15, 2026.

Respectfully submitted,

DATED: August 12, 2026                              EMERY REDDY, PC


BY:/s/ M. Anderson Berry
    M. Anderson Berry, Esq.
    Attorneys for Plaintiffs

-1-

NOTICE OF ERRATA RE FILED NOTICE OF MOTION AND MOTION FOR APPOINTMENT OF INTERIM CLASS COUNSEL; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT