M. Anderson Berry (Bar No. 262879)
**EMERY REDDY, PC**
333 University Avenue, Suite 200
Sacramento, CA 95825
Telephone: (916) 823-6955
anderson@emeryreddy.com

Israel David (*pro hac vice* forthcoming)
**ISRAEL DAVID LLC**
60 Broad St., Suite 2900
New York, NY 10004
Telephone: (212) 350-8850
israel.david@davidllc.com

Thiago M. Coelho (SBN: 324715)
**WILSHIRE LAW FIRM, PLC**
660 S. Figueroa Street, Sky Lobby
Los Angeles, CA 90017
Telephone: (213) 381-9988
thiago.coelho@wilshirelawfirm.com

John J. Nelson (SBN: 317598)
**MILBERG, PLLC**
280 S. Beverly Drive-Penthouse
Beverly Hills, CA 90212
Telephone: (858) 209-6941
jnelson@milberg.com

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| TAMERA HICKMAN-WISE and JENNIFER WISE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>1LIFE HEALTHCARE, INC. dba ONE MEDICAL,<br><br>Defendant. | Case No. 3:26-cv-06142-RFL<br><br>**[PROPOSED] ORDER APPOINTING INTERIM CLASS COUNSEL** |

[PROPOSED] ORDER APPOINTING INTERIM CLASS COUNSEL

| | |
|---|---|
| JONATHAN RYAN BEST, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> 1LIFE HEALTHCARE, INC., dba ONE MEDICAL, a Delaware corporation; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: 3:26-cv-06145-PHK |
| JOANN WHITING, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br><br> 1LIFE HEALTHCARE, INC., D/B/A ONE MEDICAL, <br><br> Defendant. | Case No.: 3:26-cv-06161-LJC |
| AMANDA ASKINS, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> 1LIFE HEALTHCARE, INC., D/B/A ONE MEDICAL, <br><br> Defendant. | Case No.: 3:26-cv-06166-LB |
| SCOTT THURBER, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> 1LIFE HEALTHCARE, INC. DBA ONE MEDICAL, <br><br> Defendant. | Case No. 3:26-cv-06186-RFL |

[PROPOSED] ORDER APPOINTING INTERIM CLASS COUNSEL

| | |
|---|---|
| MATTHEW ARDI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>1LIFE HEALTHCARE, INC., D/B/A ONE MEDICAL,<br><br>Defendant. | Case No. 3:26-cv-06189-RFL |
| PATRICIA McDOUGALL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>1LIFE HEALTHCARE INC., D/B/A ONE MEDICAL SENIOR HEALTH,<br><br>Defendant. | Case No. 3:26-cv-06278-RFL |
| DONNA SANDERS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>1LIFE HEALTHCARE, INC., D/B/A ONE MEDICAL,<br><br><br>Defendant. | Case No.: 3:26-cv-07053-RFL |

[PROPOSED] ORDER APPOINTING INTERIM CLASS COUNSEL

Before the Court is the Moving Plaintiffs' Motion for Appointment of Interim Class Counsel. Having considered the motion, the supporting Joint Declaration, the record, and the factors set forth in Federal Rule of Civil Procedure 23(g)(1)(A), the Court finds the proposed counsel qualified and the requested structure appropriate. The Executive Committee is warranted by the anticipated discovery, expert, and briefing workstreams and shall operate under Interim Co-Lead Counsel's direction. The Court ORDERS as follows:

1.  Pursuant to Federal Rule of Civil Procedure 23(g)(3), the Court appoints Israel David of Israel David LLC; Thiago M. Coelho of Wilshire Law Firm, PLC; and John J. Nelson of Milberg, PLLC as Interim Co-Lead Class Counsel.

2.  The Court appoints M. Anderson Berry of Emery Reddy, PC as Liaison Counsel.

3.  The Court appoints Amber L. Schubert of Schubert Jonckheer & Kolbe LLP; Raina Borrelli of Strauss Borrelli PLLC; Kristen Lake Cardoso of Kopelowitz Ostrow Ferguson Weiselberg Gilbert P.A.; Gerald D. Wells, III of Lynch Carpenter LLP; and Melissa G. Meyer of Levi & Korsinsky, LLP to the Executive Committee.

4.  Interim Co-Lead Counsel shall coordinate and supervise Plaintiffs' litigation, communicate with the Court and counsel on matters affecting the related actions as a whole, assign work, and monitor time and expenses to avoid duplication. Liaison Counsel shall perform assigned administrative and communication functions. Executive Committee members shall perform only work assigned or approved by Interim Co-Lead Counsel and shall not exercise independent decision-making authority.

5.  Interim Co-Lead Class Counsel shall have sole authority to communicate with Defendant's counsel and the Court on behalf of any Plaintiff unless that authority is expressly delegated to other counsel. Defendant's counsel may rely on all agreements made with Interim Co-Lead Class Counsel, and such agreements shall be binding on all other Plaintiffs' counsel.

6.  Each appointment is personal to the attorney named, is supported by that attorney's firm, and is subject to the attorney's admission to practice before this Court. No substitution may

[PROPOSED] ORDER APPOINTING INTERIM CLASS COUNSEL

be made without prior Court approval. The appointments remain interim and subject to modification until the Court appoints class counsel or orders otherwise.

**IT IS SO ORDERED.**

Dated: _____     _____

RITA F. LIN
United States District Judge

[PROPOSED] ORDER APPOINTING INTERIM CLASS COUNSEL