**LATHAM & WATKINS LLP**
Melanie M. Blunschi (Bar No. 234264)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 395-8129
melanie.blunschi@lw.com

Michael J. Reiss (Bar No. 275021)
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
Telephone: (213) 891-7522
michael.reiss@lw.com

*Attorneys for Defendant*
*1Life Healthcare, Inc. d/b/a One Medical*

*(additional counsel listed on signature page)*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE 1LIFE HEALTHCARE, INC. D/B/A ONE MEDICAL DATA BREACH LITIGATION<br><br>This Document Relates To: All Actions. | Master File No. 3:26-cv-06142-RFL<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE**<br><br>Hon. Rita F. Lin |

Pursuant to Civil Local Rules 6-1 and 6-2, Plaintiffs Tamera Hickman-Wise, Jennifer Wise, Jonathan Best, Joann Whiting, Amanda Askins, Scott Thurber, Matthew Ardi, Patricia McDougall, and Donna Sanders ("Plaintiffs") and Defendant 1Life Healthcare, Inc. d/b/a One Medical ("Defendant") by and through undersigned counsel of record, respectfully submit this Stipulation Setting a Briefing Schedule for Defendant's Response to the Consolidated Amended Complaint (the "Stipulation"), the Appendix, and the Declaration of Melanie M. Blunschi in Support of the Stipulation (the "Blunschi Declaration") concurrently filed herewith. The parties stipulate as follows:

WHEREAS, pursuant to the parties' July 28, 2026, stipulation, the parties agreed that, if Plaintiffs' Motion to Consolidate were granted, Defendant shall file its response to the Consolidated Amended Complaint 45 days after the Consolidated Complaint is filed, and proposed that Defendant's deadline to respond to Plaintiffs' complaint would be vacated in the interim (ECF No. 24);

WHEREAS, on July 30, 2026, the Court so-ordered the aforementioned stipulation (ECF No. 26);

WHEREAS, on August 31, 2026, the Court granted Plaintiffs' Motion to Consolidate and, on September 14, 2026, Plaintiffs filed their Consolidated Amended Complaint (ECF Nos. 32, 33);

WHEREAS, the parties have conferred further and agree to the following briefing schedule in connection with any motions Defendant may make in response to the Consolidated Amended Complaint:

- Defendant's Opening Brief(s): November 2, 2026
- Plaintiffs' Opposition(s): December 21, 2026
- Defendant's Reply(ies): January 21, 2027

WHEREAS, there is good cause to grant this request, which is not made for the purposes of delay; and

WHEREAS, in addition to vacating Defendant's deadline to respond to the original complaint in this action (ECF No. 26), the Court vacated the Initial Case Management Conference and all deadlines triggered thereby (ECF No. 35).

It is therefore **STIPULATED** and **AGREED** that:

1. Defendant's deadline to respond to Plaintiffs' Consolidated Amended Complaint is November 2, 2026; Plaintiffs' deadline to oppose any motions Defendant makes in response to the Consolidated Amended Complaint is December 21, 2026; and Defendant's deadline to reply is January 21, 2027.

2. Nothing in this Stipulation shall be construed as a waiver of any Party's rights or position in law or equity, or as a waiver of any defenses.

It is therefore **ORDERED** that:

3. Defendant's deadline to respond to Plaintiffs' Consolidated Amended Complaint is November 2, 2026; Plaintiffs' deadline to oppose any motions Defendant makes in response to the Consolidated Amended Complaint is December 21, 2026; and Defendant's deadline to reply is January 21, 2027.

Dated: October 1, 2026

By: */s/ Melanie M. Blunschi*

**LATHAM & WATKINS LLP**
Melanie M. Blunschi (Bar No. 234264)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 395-8129
melanie.blunschi@lw.com

Michael J. Reiss (Bar No. 275021)
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
Telephone: (213) 891-7522
michael.reiss@lw.com

Serrin Turner (*pro hac vice*)
Matthew Valenti (*pro hac vice*)
1271 Avenue of the Americas
New York, New York 10020-4834
Telephone: (212) 906-1200
serrin.turner@lw.com
matthew.valenti@lw.com

*Attorneys for Defendant 1Life Healthcare, Inc. d/b/a One Medical*

By: /s/ Israel David

**ISRAEL DAVID LLC**
Israel David (*pro hac vice*)
60 Broad St., Suite 2900
New York, NY 10004
Telephone: (212) 350-8850
israel.david@davidllc.com

**WILSHIRE LAW FIRM, PLC**
Thiago M. Coelho (SBN: 324715)
660 S. Figueroa Street, Sky Lobby
Los Angeles, CA 90017
Telephone: (213) 381-9988
thiago.coelho@wilshirelawfirm.com

**MILBERG, PLLC**
John J. Nelson (SBN: 317598)
280 S. Beverly Drive-Penthouse
Beverly Hills, CA 90212
Telephone: (858) 209-6941
jnelson@milberg.com

*Interim Co-Lead Counsel for the Proposed Class*

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Stipulation and [Proposed] Order Setting Briefing Schedule. Pursuant to L.R 5-1(i)(3) regarding signatures, I, Melanie M. Blunschi, attest that concurrence in the filing of this document has been obtained.

Dated: October 1, 2026

*/s/ Melanie M. Blunschi*
Melanie M. Blunschi

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:

______________________________________
Hon. Rita F. Lin
United States District Judge

## APPENDIX: SUMMARY CHART OF PROPOSED CHANGES TO SCHEDULE

Pursuant to Paragraph 11 of this Court's Standing Order for Civil Cases, the parties respectfully submit the following chart reflecting the currently scheduled deadlines and the parties' proposed deadlines:

| Currently Scheduled Deadline | Proposed Deadlines |
|---|---|
| October 29, 2026 – Defendant's Response to Consolidated Amended Complaint | November 2, 2026 – Defendant's Response to Consolidated Amended Complaint<br>December 21, 2026 – Plaintiffs' Opposition<br>January 21, 2027 – Defendant's Reply |