**LATHAM & WATKINS LLP**
Melanie M. Blunschi (Bar No. 234264)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 395-8129
melanie.blunschi@lw.com

Michael J. Reiss (Bar No. 275021)
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
Telephone: (213) 891-7522
michael.reiss@lw.com

*Attorneys for Defendant*
*1Life Healthcare, Inc. d/b/a One Medical*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE 1LIFE HEALTHCARE, INC. D/B/A ONE MEDICAL DATA BREACH LITIGATION<br><br>This Document Relates To: All Actions. | Master File No. 3:26-cv-06142-RFL<br><br>**DECLARATION OF MELANIE M. BLUNSCHI IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE**<br><br>Hon. Rita F. Lin |

I, Melanie M. Blunschi, submit this Declaration in support of the Stipulation and [Proposed] Order Setting Briefing Schedule ("Stipulation"). I have personal knowledge of the following facts, and if called as a witness, could and would testify competently thereto.

1. I am a partner at Latham & Watkins LLP, counsel of record for Defendant 1Life Healthcare, Inc. d/b/a One Medical ("Defendant"). I respectfully submit this declaration in support of the Stipulation to set a briefing schedule for Defendant's response to Plaintiffs' Consolidated Amended Complaint.

2. Pursuant to the parties' July 28, 2026, stipulation, the parties agreed that, if Plaintiffs' Motion to Consolidate were granted, Defendant shall file its response to the Consolidated Amended Complaint 45 days after the Consolidated Complaint is filed, and proposed that Defendant's deadline to respond to Plaintiffs' complaint would be vacated in the interim (ECF No. 24).

3. On July 30, 2026, the Court so-ordered the aforementioned stipulation (ECF No. 26).

4. On August 31, 2026, the Court granted Plaintiffs' Motion to Consolidate and, on September 14, 2026, Plaintiffs filed their Consolidated Amended Complaint (ECF Nos. 32, 33).

5. The parties have conferred further and agree to the following briefing schedule in connection with any motions Defendant may make in response to the Consolidated Amended Complaint:

- Defendant's Opening Brief(s): November 2, 2026
- Plaintiffs' Opposition(s): December 21, 2026
- Defendant's Reply(ies): January 21, 2027

6. This schedule accounts for the factual investigation Defendant is undertaking to support its motion(s) in response to the Consolidated Amended Complaint and the holiday periods over the next few months. Thus, good cause exists to order the briefing schedule described in Paragraph 5.

7. The parties previously requested that (i) the Court vacate Defendant's deadline to respond to the initial complaint in *Hickman-Wise, et al. v. 1Life Healthcare, Inc. dba One Medical*

*et al.*, No. 3:26-cv-06142-RFL, pending resolution of Plaintiffs' Motion to Consolidate, which the Court granted (ECF No. 26), and (ii) the Court vacate the Initial Case Management Conference and all deadlines triggered thereby, which the Court granted (ECF No. 35).

8. The requested extension is not for purposes of delay.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 1st day of October, 2026, at San Francisco, California.

*/s/ Melanie M. Blunschi*
Melanie M. Blunschi